IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



| | |
|---|---|
| **MELANIE YOUNG** | **PLAINTIFF** |
| V. | CIVIL ACTION NO. 3:24-cv-615-CWR-ASH |
| **MISSISSIPPI DEPARTMENT OF**<br>**CHILD PROTECTION SERVICES** | **DEFENDANT** |

*Consolidated With*

| | |
|---|---|
| **ASHLEY FALGOUT** | **PLAINTIFF** |
| V. | |
| **MISSISSIPPI DEPARTMENT OF**<br>**CHILD PROTECTION SERVICES** | **DEFENDANT** |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441(c), the Mississippi Department of Child Protection Services ("Defendant") hereby removes this action styled *Melanie Young v. Mississippi Department of Child Protection Services,* No. 25C 1:22-cv-00618-EFP Consolidated With *Ashley Falgout v. Mississippi Department of Child Protection Services,* No. 25C 1:22-cv-00619-DHG, from the Circuit Court of Hinds County, Mississippi, to the United States District Court for the Southern District of Mississippi, Northern Division. In support of this removal, Defendants state as follows:

1. In their Amended Complaint filed September 11, 2024, Melanie Young and Ashley Falgout ("Plaintiffs") allege that Defendant discriminated against them

in violation of federal law; specifically, they allege violations of the False Claims Act (FCA), 31 U.S. C. §§ 3729-3733.

2.     Because Plaintiffs are now seeking relief for alleged violations of federal law in their Amended Complaint, this Court has subject matter jurisdiction over this suit pursuant to 28 U.S.C. § 1331 and § 1441(c).

3.     Plaintiffs filed their original Complaint on September 22, 2022, but that original Complaint did not allege violations of federal law. Then on September 11, 2024, Plaintiffs filed their Amended Complaint alleging violations of federal law, and Plaintiff served this Amended Complaint on Defendants on September 11, 2024. Therefore, this notice of removal is timely under 28 U.S.C. § 1446(b), because it is being filed no later than thirty days after service of process of the Amended Complaint upon the Defendants.

4.     The United States District Court for the Southern District of Mississippi, Northern Division, embraces Hinds County, Mississippi, where the action is pending in state court. Thus, venue is proper in this Court pursuant to 28 U.S.C. § 1441(a).

5.     Pursuant to Uniform Local Rule 5(b) and 28 U.S.C. § 1446(a), a copy of the entire state court record including all process, pleadings, and orders served upon Defendants are collectively appended to this notice as *Exhibit A*.

6.     Defendants are filing this written notice of removal with the Clerk of the Hinds County Circuit Court, First Judicial District, where this action is currently pending, pursuant to 28 U.S.C. § 1446(d). Pursuant to 28 U.S.C. § 1446(d), a copy of

this notice of removal is also being served on Plaintiffs through their attorney of record.

WHEREFORE, Defendants respectfully remove this action from the Circuit Court of the First Judicial District of Hinds County, Mississippi, to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

Respectfully submitted this the 8th day of October, 2024.

MISSISSIPPI DEPARTMENT OF CHILD PROTECTION SERVICES, *Defendant*

LYNN FITCH
Attorney General of Mississippi

BY: /s/ *Bethany B. Johnson*
Special Assistant Attorney General
Mississippi Bar No. 10423
Post Office Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-4245
E-mail: bethany.johnson@ago.ms.gov

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the ECF system which provided a copy to all counsel of record.

This, the 8th day of October, 2024.

/s/ *Bethany B. Johnson*
Bethany B. Johnson