# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**MELANIE YOUNG AND ASHLEY FALGOUT**　　　　　　　　　　　　　　　　**PLAINTIFFS**

**v.**　　　　　　　　　　　　　**CIVIL ACTION NO.: 3:24-cv-615-CWR-ASH**

**MISSISSIPPI DEPARTMENT OF CHILD PROTECTION SERVICES**　　　　　　　　　　　　　　　　**DEFENDANT**

## MOTION FOR LEAVE TO FILE EXCESS PAGES

COMES NOW, Plaintiffs Ashley Falgout and Melanie Young, by and through undersigned counsel, and respectfully moves this Court for leave to exceed the 35-page limit for reply memoranda, as prescribed by Local Uniform Civil Rule 7(b)(5) of the United States District Courts for the Northern and Southern Districts of Mississippi, and to file a Reply to Defendant's Response to Plaintiff's Motion for Summary Judgment of up to 48 pages.

This unopposed motion is being filed on behalf of Plaintiff's Reply to Defendant's Motion for Summary Judgment. Plaintiff seeks leave because there are extensive arguments raised in Defendant's Response that require an in-depth and comprehensive rebuttal that could not be fully articulated within the 35-page limit.

Moreover, good cause exists for this extension due to the complexity of the legal issues and the extensive factual record in this case. Plaintiff's claims require detailed analyses under multiple legal theories, and Defendant's Motion introduces numerous arguments that necessitate thorough rebuttal to ensure a complete record for the

Court's consideration. The extension will not prejudice Defendant, as Plaintiff is willing to extend such extension request to Defendant if necessary or needed.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that this Court grant their Motion for Leave to Exceed the Page Limit, permitting the filing of a Reply to Defendant's Response to Plaintiff's Motion for Summary Judgment of up to 48 pages, and grant such other and further relief as the Court deems just and proper.

THIS, the 27th day of October, 2025.

Respectfully submitted,

/s/Jane A. Watson
JANE A. WATSON (MSB #106877)

OF COUNSEL:

WATSON & NORRIS, PLLC
1501 Jackson Avenue West
STE 113, PMB 101
Oxford, Mississippi 38655
Phone: (601) 968-0000
Facsimile: (601) 968-0010
jane@watsonnorris.com

## **CERTIFICATE OF SERVICE**

I, Jane A. Watson, attorney for Plaintiff, do hereby certify that I have this day filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing or mailed, via United States Mail, postage prepaid, to all counsel of record.

THIS, the 27th day of October, 2025.

/s Jane A. Watson
JANE A. WATSON