**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**MELANIE YOUNG AND ASHLEY FALGOUT**　　　　　　　　　　　　　　　　**PLAINTIFFS**

**v.**　　　　　　　　　　　**CIVIL ACTION NO.: 3:24-cv-615-CWR-ASH**

**MISSISSIPPI DEPARTMENT OF CHILD PROTECTION SERVICES**　　　　　　　　　　　　　　**DEFENDANT**

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

COMES NOW, Plaintiff in the above numbered and styled cause, and files her Motion for Extension of Time. In support thereof, Plaintiff would show as follows:

1. On September 12, 2025, the Defendant's filed their Motion for Summary Judgment.

2. Plaintiff is requesting until November 3, 2025, to file her response to said Motion for Summary Judgment. This is because such is a complicated legal issue and more time is needed to ensure complete and total accuracy of the facts and issues central to Plaintiffs claims.

3. One of the partners responsible for final approval is currently out of the country, and the other is managing an unusually heavy caseload on ongoing matters.

4. This request is made in good faith and not for the purposes of delay. The Defense has been contacted and has no objection to said request for said extension of time.

WHEREFORE PREMISES CONSIDERED, Plaintiff respectfully requests that the Court extend the time for Plaintiff to respond to Defendant's Motion for Summary Judgment to November 3, 2025.

THIS, the 3rd day of November, 2025.

        Respectfully submitted,
         s/Jane A. Watson
        JANE A. WATSON (MSB #106877)

OF COUNSEL:

WATSON & NORRIS, PLLC
1501 Jackson Avenue W.
STE 113, PMB 101
Phone: (601) 968-0000
Facsimile: (601) 968-0010
jane@watsonnorris.com

## **CERTIFICATE OF SERVICE**

 I, Jane A. Watson, attorney for Plaintiff, do hereby certify that I have this day filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing or mailed, via United States Mail, postage prepaid, to all counsel of record.

 THIS, the 3rd day of November, 2025.

        /s Jane A. Watson
        JANE A. WATSON