IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MELANIE YOUNG AND ASHLEY FALGOUT**  **PLAINTIFFS**

**v.**  **CIVIL ACTION NO.: 3:24-cv-615-CWR-ASH**

**MISSISSIPPI DEPARTMENT OF CHILD PROTECTION SERVICES**  **DEFENDANT**

### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COMES NOW the Plaintiffs by and through counsel and serves this their Response to Defendant's Motion for Summary Judgment. In support, Plaintiff attaches the following exhibits:

A. Exhibit "A" – Affidavit of Plaintiff, Ashley Falgout

B. Exhibit "B" – Affidavit of Plaintiff, Malanie Young

C. Exhibit "C" – Letter to Commissioner Sanders

D. Exhibit "D" -- Supplemental Terms and Conditions

E. Exhibit "E" – General Terms and Conditions for Mandatory Grant Programs

F. Exhibit "F" – 2025 Foster Care Policy

G. Exhibit "G" – Complete Deposition of Jason Hulitt

H. Exhibit "H" – Terminaiton Investigation Emails

I. Exhibit "I" – Child and Family Services Plan

J. Exhibit "J" – Personnel Files

K. Exhibit "K" – MDE Policy on Educational Stability for Students in Foster Care

L. Exhibit "L" – Metadata of Hulitt's Report

For the reasons explained in Plaintiff's supporting memorandum brief, the Defendant's Motion for Summary Judgment should be denied.

THIS the 3rd day of November, 2025.

                                        Respectfully submitted,

                                        s/ Jane A. Watson
                                        JANE A. WATSON (MB# 106877)
                                        NICK NORRIS (MB# 101574)
                                        LOUIS H. WATSON, JR. (MB# 9053)
                                        Attorney for Plaintiff

OF COUNSEL:
WATSON & NORRIS, PLLC
1501 Jackson Avenue W.
STE 113 PMB 101
P: 601-968-0000
F: 601-968-0010
Oxford, Mississippi 38655
jane@watsonnorris.com

## CERTIFICATE OF SERVICE

I, Jane A. Watson , attorney for Plaintiff, do hereby certify that I have this day served a true and correct copy of the above and foregoing pleading via ECF filing or by United States Mail with postage fully prepaid thereon to all counsel of record.

SO CERTIFIED, this the 3rd day of November, 2025.

                                        s/ Jane A. Watson
                                        JANE A. WATSON