

November 14, 2024

Andrea Sanders
Commissioner
Mississippi Department of Child Protective Services
P.O. Box 346
Jackson, Mississippi 39205

Dear Commissioner Sanders:

Thank you for submitting Mississippi's Child and Family Services Plan (CFSP) for fiscal years (FYs) 2025 – 2029, Final Report for FYs 2020 - 2024, including the annual report on the use of funds under the Child Abuse Prevention and Treatment Act, and the CFS-101 forms requesting funding for fiscal year (FY) 2025 to address the following programs:

- Title IV-B, subpart 1 of the Social Security Act (the Act) – the Stephanie Tubbs Jones Child Welfare Services Program
- Title IV-B, subpart 2 of the Act - the MaryLee Allen Promoting Safe and Stable Families Program and Monthly Caseworker Visit Grant
- Child Abuse Prevention and Treatment Act (CAPTA) State Grant
- Chafee Foster Care Program for Successful Transition to Adulthood (Chafee Program)
- Education and Training Vouchers (ETV) Program

These programs provide important funding to help state child welfare agencies ensure safety, permanency, and well-being for children, youth and their families. The CFSP facilitates continued assessment, development, and implementation of a comprehensive continuum of services for children and families. It provides an opportunity to integrate each state's strategic planning around use of federal funds with its work relating to the Child and Family Services Reviews and continuous program improvement to ensure better, more equitable outcomes for all children, youth and families.

**Approval**
The Children's Bureau (CB) has reviewed your CFSP, Final Report, and the annual report on the use of CAPTA funds and finds they comply with applicable federal statutory and regulatory requirements. Therefore, we approve FY 2025 funding for the programs listed above. For the Chafee program, your state has elected to serve eligible youth up to age 21.

Counter-signed copies of the CFS-101 forms are enclosed for your records.

Page 2 – Commissioner Andrea Sanders

The Administration for Children and Families' Office of Grants Management (OGM) will issue a grant notification award letter with pertinent grant information, which will be sent to the email address listed on the FY 2025 CFS-101 forms. Grant recipients are required to submit additional financial reports, using the form SF-425, at the close of the expenditure period according to the terms and conditions of the award.

**Training Plan**
The CFSP submitted for review and approval included the state's training plan for titles IV-B and IV-E. Please note that states must assure that training costs included in the training plan and charged to title IV-E of the Act comply with the requirements at 45 CFR 1356.60(b) and (c) and 45 CFR 235.63 through 235.66(a), including properly allocating costs to all benefiting programs in accordance with the state's approved cost allocation plan.

**Additional Information Required**
Pursuant to Section 424(f) of the Act, states are required to collect and report on caseworker visits with children in foster care. The FY 2024 caseworker visit data must be submitted to the Regional Office by December 16, 2024. States that wish to use a sampling methodology to obtain the required data must obtain prior approval from the Regional Office.

The CB looks forward to working with you and your staff. Should you have any questions or concerns, please contact Dianne Kelly, Child Welfare Regional Program Manager in Region 4, at (404) 562-2781 or by e-mail at dianne.kelly@acf.hhs.gov. You also may contact Tinaddine Paul-Bazil, Child and Family Program Specialist, at (202) 401-5524 or tinaddine.paul-bazil@acf.hhs.gov.

Sincerely,

Rebecca Jones Gaston, MSW
Commissioner
Administration on Children, Youth and Families

Enclosure: Counter-signed copies of the CFS-101 forms

cc: Karen Austin, Director of Federal Reports; MDCPS; Jackson, MS
    Christopher Rand, Inspector General; MDCPS; Jackson, MS
    Dianne Kelly, Child Welfare Regional Program Manager; CB, Region 4; Atlanta, GA
    Tinaddine Paul-Bazil, Program Specialist; CB, Region 4; Atlanta, GA