

# SUPPLEMENTAL TERMS and CONDITIONS

The **General Terms and Conditions** apply to all mandatory grant programs. These Supplemental Terms and Conditions are additional requirements applicable to the program named below.

By acceptance of awards for this program, the grantee agrees to comply with the requirements included in both the General and Supplemental Terms and Conditions for this program.

**Administration on Children, Youth, and Families (ACYF)**
**Children's Bureau (CB)**

## JOHN H. CHAFEE FOSTER CARE PROGRAM FOR SUCCESSFUL TRANSITION TO ADULTHOOD
Catalog of Federal Domestic Assistance (CFDA) Program No. 93.674

### APPLICABLE LEGISLATION, STATUTE, REGULATIONS

1. The administration of this program is authorized under Title IV, Part E, Section 477, of the Social Security Act (Act).

2. The program is codified at 42 U.S.C. § 677.

3. The program-specific implementing regulations are located at 45 CFR Parts 1355, 1356, and 1357.

4. The Uniform Administrative Requirements, Cost Principles, and Audit Requirements for HHS Awards is located under 45 CFR Part 75. In accordance with 45 CFR § 75.101(e) Applicability, guidance in subpart C (except for section 75.202) does not apply to this program. All other 45 CFR Part 75 subparts apply.

5. Additional applicable regulations and requirements can be found in the General Terms and Conditions for Mandatory: Formula, Block and Entitlement Grants.

### COST SHARING OR MATCHING (NON-FEDERAL SHARE) OF PROGRAM FUNDING

6. The Federal Financial Participation (FFP) rate, per Section 474(a)(4)(A)(i) of the Act, is **80 percent** of the amount expended for this program. The States and Tribes are required to contribute the remaining **20 percent** of the total expended for this program. Federal reimbursement ends once the entity expends its allotted amount.

7. In accordance with Section 477(d)(2) of the Act, the John H. Chafee Foster Care Program for Successful Transition to Adulthood funds may be used to supplement but not supplant any other funds which are available for the same general purposes in the State or tribe.

### FINANCIAL REPORTING

8. Financial Reporting form and submission.
    a. The expenditure reporting form used is the SF-425 Federal Financial Report.
    b. This report is submitted annually and must be submitted no later than December 30  - 90 days

Effective October 1, 2021 (Previous versions are obsolete.)                              Page 1 of 2
Exhibit "D" at 000001

FALGOUT 000441

    c. following the end of each Federal Fiscal year. Two SF-425 reports must be submitted for each grant award: an interim report covering year one of the project period and a final report (cumulative) covering the entire project period.

    c. These annual reports must be submitted electronically through the HHS Payment Management System (PMS)

9. <u>Funding (project) period and obligation period</u>. In accordance with Section 477(d)(3) of the Act, this program has a 2-year project/obligation period starting the first day of the Federal Fiscal Year, October 1, for which funds were awarded and ending the last day of the following Federal Fiscal Year, September 30. Any Federal funds not obligated by the end of the respective obligation period will be recouped by this Department. Such funds shall then be subject to redistribution to other program grantees in accordance with Section 477(d)(5) of the Act.

10. <u>Liquidation period</u>. In accordance with 45 CFR § 75.309(b), all obligated Federal funds awarded under this grant must be liquidated no later than 90 days after the end of the funding/obligation period. Any Federal funds not liquidated by December 30 will be recouped by this Department.

## PROGRAM REPORTING

11. In accordance with 45 CFR §§ 1357.15 and .16, a five-year Child and Family Services Plan must be submitted following instructions in the applicable Program Instruction and be approved by ACF, Annual Progress and Service Reports and CFS-101 forms are required, no later than June 30 each year. These reports must establish goals and objectives for a five-year period, provide information on accomplishments and progress made during the previous fiscal year, and provides update on program areas selected for improvement and other activities in the next year in accordance with guidance provided in an annual Program Instruction. These annual reports must be submitted for approval to the appropriate ACF Regional Program Office.

12. *States Only:* In accordance with Section 477(f) of the Act and federal regulations at 45 CFR §§ 1356.80-.86, states are required to submit data to the National Youth in Transition Database (NYTD), including information on youth who are receiving independent living services and the outcomes of certain youth who are in foster care or who have aged out of foster care. States must submit data files semi-annually, by May 15 and November 14.

## REAL PROPERTY REPORTING

13. <u>Real Property Reports (SF-429s).</u> The SF-429 Real Property forms are not applicable to this program. Purchase, construction, and major renovation are not an allowable activity or expenditure under this grant.

## EFFECTIVE PERIOD

14. These program-specific Supplemental Terms and Conditions are effective on the date shown in the footer at the bottom of the page and will remain in effect until updated. They will be updated and reissued only as needed whenever a new program-specific statute, regulation or other requirement is enacted or whenever any of the applicable existing Federal statutes, regulations, policies, procedures or restrictions is amended, revised, altered, or repealed.

## POINTS OF CONTACT

15. Points of contact for additional information or questions concerning either the operation of the program or related financial or grant matters may be found on the Notice of Award.

Effective October 1, 2021 (Previous versions are obsolete.)                    Page 2 of 2
Exhibit "D" at 000002

FALGOUT  000442