STATE OF MISSISSIPPI
MISSISSIPPI DEPARTMENT OF CHILD PROTECTION SERVICES

# Section D:
# Foster Care Policy

Exhibit "F" at 000001

| Mississippi MDCPS Policy | Section D |
|---|---|
| Revised 2-15-2024 | |

## Foster Care

| | | |
|---|---|---|
| I. | FOSTER CARE SERVICES OVERVIEW | 11 |
| A. | Scope of Services | 11 |
| B. | Goals | 11 |
| C. | Legal Basis for Authority | 11 |
| | 1. State Laws | 11 |
| | 2. Federal Laws | 13 |
| | a) Indian Child Welfare Act (ICWA) | 13 |
| | b) The Rehabilitation Act | 14 |
| | c) The Adoption Assistance & Child Welfare Act of 1980 | 14 |
| | d) The Abandoned Infants Assistance (AIA) Act of 1988 | 15 |
| | e) The Multi-Ethnic Placement Act (MEPA) of 1994 | 15 |
| | f) Civil Rights Act of 1964 | 16 |
| | g) Adoption & Safe Families Act (ASFA) of 1997 | 16 |
| | h) Promoting Safe & Stable Families Amendments of 2001 | 17 |
| | i) Individuals with Disabilities Education Act (IDEA) 2004 | 17 |
| | j) Fostering Connections to Success and Increasing Adoptions Act of 2008 | 18 |
| | The Preventing Sex Trafficking and Strengthening Families Act (P.L. 113-183/H.R. 4980) | 18 |
| D. | Definitions | 20 |
| | 1. Permanency Planning | 20 |
| | 2. Concurrent Planning | 20 |
| | 3. Custody | 21 |
| | 4. Diligent Search | 21 |
| | 5. Family Centered Practice | 21 |
| | 6. Family Team Meetings (FTM) | 22 |
| | a) FTM Philosophy and Practice | 22 |
| | 7. Fictive Kin | 23 |
| | 8. Foster Child | 23 |
| | 9. Legal Father | 23 |
| | 10. Parent | 23 |
| | 11. Sibling | 24 |
| | 12. Placement Service | 24 |
| | 13. Putative Father | 24 |
| | 14. Primary Caretaker | 24 |
| | 15. Relative Caretaker | 24 |
| II. | CONFIDENTIALITY | 24 |
| A. | Case Records | 25 |
| B. | Child – Specific Information | 25 |
| C. | Photographs and Interviews | 25 |
| | 1. Photographs | 25 |
| | 2. Interviews | 26 |
| III. | METHODS OF ENTRY INTO PLACEMENT | 26 |
| A. | Court Orders | 26 |
| | 1. Components of a Court Order | 27 |

Exhibit "F" at 000002

| Mississippi MDCPS Policy | Section D |
|---|---|
| Revised 2-15-2024 | |

**Foster Care**

| | |
|---|---|
| a) Custody .................................................................................................... | 27 |
| b) Reasonable Efforts: ................................................................................ | 27 |
| c) Welfare of the child: .............................................................................. | 27 |
| 2. Reasonable Efforts ................................................................................ | 28 |
| 3. Exceptions to Reasonable Efforts ......................................................... | 28 |
| B. Parental Request for Placement (Voluntary Placement) ........................... | 29 |
| C. Voluntary Consent for Adoption ............................................................... | 29 |
| D. Safe Babies ................................................................................................ | 30 |
| E. Child In Need of Supervision (CHINS) ..................................................... | 30 |
| IV. NOTIFICATION OF REMOVAL ............................................................... | 31 |
| A. Diligent Search ........................................................................................... | 32 |
| B. Putative Fathers ......................................................................................... | 33 |
| V. CHOOSING THE MOST SUITABLE PLACEMENT ................................. | 33 |
| A. Screening and Assessments ....................................................................... | 33 |
| B. Consideration for Child during Placement Efforts .................................... | 35 |
| C. Siblings Placed Together or In Close Proximity ....................................... | 36 |
| D. Proximity to Parents and the County of Origin ......................................... | 37 |
| E. Foster Teen Parents .................................................................................... | 37 |
| F. The Multi-Ethnic Placement Act ............................................................... | 38 |
| 1. Child Factors to Consider ...................................................................... | 38 |
| 2. Resource Parent Factors to Consider .................................................... | 38 |
| G. Types of Placement Resources .................................................................. | 39 |
| 1. Relative Resource Home ....................................................................... | 39 |
| a) Admission Criteria ................................................................................. | 39 |
| b) Admission Procedure ............................................................................. | 39 |
| c) Emergency Placement Safety Standards .............................................. | 39 |
| d) Expedited Resource Licensure .............................................................. | 39 |
| e) Waivers ................................................................................................... | 41 |
| f) Management Protocol of Unlicensed Placements ................................ | 42 |
| 2. Resource Family Home .......................................................................... | 43 |
| a) Admission Procedure ............................................................................. | 43 |
| 3. Therapeutic Foster Home ...................................................................... | 44 |
| a) Admission Criteria ................................................................................. | 45 |
| b) Admission Procedure ............................................................................. | 45 |
| c) Discharge Requirements ........................................................................ | 45 |
| 4. 4.Residential Child Care Facility .......................................................... | 45 |
| a) Admission/Procedure Criteria ............................................................... | 45 |
| 5. Institutions ............................................................................................... | 46 |
| a) Admission/Procedure Criteria ............................................................... | 46 |
| 6. Independent Living Placements ............................................................. | 46 |
| a) Admission Criteria/Procedure: See Independent Living Section ........ | 46 |
| 7. Adoptive Home ....................................................................................... | 46 |
| 8. Emergency Shelter ................................................................................. | 47 |
| a) Admission Criteria ................................................................................. | 47 |

Exhibit "F" at 000003

**Mississippi MDCPS Policy**                                                                 **Section D**
Revised 2-15-2024

## Foster Care

      b)    Admission Procedure .................................................................................................. 48  
      c)    Extension of Shelter Time ......................................................................................... 48  
      d)    Exit Procedure ............................................................................................................ 49  
   9.    Court Ordered Non-Licensed Homes ........................................................................... 49  
VI.   RESOURCE HOMES IN ANOTHER JURISDICTION ............................................................. 49  
  A.   Moving a Mississippi Resource Home to Another State ................................................ 49  
  B.   Board Payments for Mississippi Foster Children in Other States' Resource Homes ........ 50  
  C.   International Movement of Resource Homes/Foster Children ........................................ 51  
  D.   Medicaid Cards for Foster Children from Other States .................................................. 52  
VII.  PLACEMENT ACTIVITIES ...................................................................................................... 52  
  A.   Pre- Placement Activities .................................................................................................. 52  
         Information to be shared with Resource Parents/Child Caring Facility/Child Placing Agency .............................................................................................................................. 52  
      Pre-Placement Planning with Licensed Child Caring Facilities and Child Placing Agencies ........................................................................................................................... 54  
   3.    Psychotropic Medication ............................................................................................. 55  
    a)    Worker's Responsibilities ........................................................................................... 56  
    b)    Resource Parent's Responsibilities ............................................................................. 56  
   4.    Pre-placement Visits .................................................................................................... 56  
  B.  Actual Placement ............................................................................................................. 57  
   1.    Placement Documentation/Documents ....................................................................... 57  
   2.    Comprehensive Family Assessment ........................................................................... 58  
   3.    Placement Disruption .................................................................................................. 58  
    a)    Placement Disruption Meeting .................................................................................. 58  
    b)    Notice to Resource Families of Departure of Any Child Placed in Their Care ........ 59  
   4.    Family Engagement and Case Planning ..................................................................... 60  
    a)    Case Review System .................................................................................................. 60  
      (1) Case Plan ..................................................................................................................... 60  
    b)    Family Team Meetings ............................................................................................... 62  
      (1) Initial Family Team Meetings ..................................................................................... 62  
      (2) Ongoing Family Team Meetings ................................................................................ 62  
      (3) Final Family Team Meeting ........................................................................................ 63  
    c)    Family Service Plan .................................................................................................... 63  
    d)    Adult Individual Service Plan .................................................................................... 63  
      (1) Initial FSP .................................................................................................................... 64  
      (2) Review FSP ................................................................................................................. 65  
      (3) Add/Change FSP ......................................................................................................... 65  
      (4) Custody Change .......................................................................................................... 65  
      (5) Final FSP ..................................................................................................................... 65  
      (6) Working with Incarcerated Parents ............................................................................. 66  
    e)    FSP Custody Case Plan .............................................................................................. 67  
   5.    Services to the Child in Care ....................................................................................... 69  
    a)    Child's Rights and Responsibilities ........................................................................... 69  
    b)    Contacts with Child .................................................................................................... 69  

Exhibit "F" at 000004

**Mississippi MDCPS Policy**  
**Revised 2-15-2024**  

Section D

## Foster Care

| | |
|---|---|
| 6.   Guidelines for Visitation | 70 |
|    a) Visits with Siblings | 71 |
|    b) Visits with Relatives | 71 |
|    c) Visits for Maintaining Connections | 72 |
|    d) Visits Outside the Placement Setting | 72 |
|    e) Outings and Overnight Stays | 72 |
|    f) Notice of Outings and Overnight Stays | 72 |
|    g) Out of State Travel for Foster Child | 72 |
|    h) Exceptions to Visits | 73 |
|    i) Visitation Planning and Documentation | 73 |
| 7. Medical Services – Initial Medical, Yearly Physical, EPSDT | 74 |
|    a) Early Intervention Program | 75 |
|    b) Medical Records | 75 |
|    c) Immunizations | 75 |
| 8.   Mental Health Services | 76 |
| 9.   Dental/ Orthodontic Services | 76 |
| 10.  Educational Services | 77 |
|    a) Educational Records | 79 |
|    b) Surrogate Parents | 79 |
|       (1) Legal Base | 79 |
|       (2) Criteria | 79 |
|       (3) Procedure | 80 |
|       (4) Roles and Responsibilities | 81 |
| 11.  Religion | 81 |
| 12.  Legal Services | 82 |
| 13.  Family Planning Services | 82 |
| 14.  Rehabilitation Services | 82 |
| 15. Working with Mexican National Minors | 82 |
| 16.  Unaccompanied Refugee Minors | 84 |
| 17. Services to the Parents | 85 |
|    a) Parents Rights and Responsibilities | 85 |
|    b) Worker Contacts with Parents | 85 |
|    c) Notification to Parents of Major Changes | 85 |
|       (1) Protocol for Reporting Runaway/Missing Youth in Care | 86 |
|       (2) Protocol When Youth is Located or Returns | 88 |
|    d) Visits and Communications | 89 |
|       (1) Frequency | 89 |
|       (2) Setting and Supervision | 89 |
|       (3) Activities | 90 |
|    e) Drug and Alcohol Screenings | 90 |
|    f) Specific Circumstances that are Considered Child Abuse or Neglect Include | 90 |
|    g) Breastfed Infants | 91 |
| 18. Services to Resource Parents | 91 |
|    a) Worker Contacts with Resource Parents | 91 |

Exhibit "F" at 000005

**Mississippi MDCPS Policy**  **Section D**
Revised 2-15-2024

## Foster Care

| | |
|---|---|
| b) Therapeutic Resource Parents | 91 |
| c) Notification of Resource Parents of Placement Changes | 92 |
| d) Visits and Communications | 92 |
| e) Respite Care | 93 |
| (1) Guidelines for Use of Respite Care | 93 |
| 19. Multiple County Involvement | 94 |
| a) Role of Counties | 94 |
| (1) County of Responsibility (COR) | 94 |
| (2) County of Services (COS) | 95 |
| b) Communications Between Counties | 95 |
| 20. Agency of Service | 96 |
| C. Family Centered Permanency Planning | 96 |
| 1. Permanency Planning (Permanent and Concurrent) | 96 |
| a) Definition of Permanency Planning | 96 |
| b) Making a Permanent and Concurrent Plan | 96 |
| c) Permanent Plan Options and Achievement Criteria | 98 |
| 2. Reunification | 99 |
| a) Worker's Responsibilities in Achieving Reunification | 100 |
| b) Achievement Criteria - Reunification | 102 |
| 3. Custody with a Relative | 102 |
| a) Worker's Responsibilities in Achieving Custody with a Relative | 102 |
| b) Achievement Criteria – Custody with a Relative | 103 |
| 4. Durable Legal Custody or Legal Guardianship | 103 |
| a) Durable Legal Custody | 103 |
| b) Legal Guardianship | 103 |
| c) Worker's Responsibility in Achieving Durable Legal Custody and/or Legal Guardianship | 104 |
| d) Achievement Criteria – Durable Legal Custody or legal Guardianship | 105 |
| 5. Adoption | 105 |
| a) COR's Responsibilities in Achieving Adoption | 106 |
| b) Adoption Specialist's Responsibilities in Achieving Adoption | 106 |
| c) Documentation of Efforts to Adopt | 108 |
| d) Achievement Criteria- Adoption | 108 |
| e) Another Permanent Plan Living Arrangement (APPLA) | 109 |
| D. Reviews | 110 |
| 1. Supervisory Administrative Review | 110 |
| 2. Special Permanency Reviews | 110 |
| 3. Foster Care Review (FCR) | 111 |
| a) Periodic Review of Foster Care Monitoring | 113 |
| b) County Conference (a/k/a Foster Care Review Conference) | |
| c) During the County Conference | 113 |
| d) Legal Basis | 113 |
| (1) State | 113 |
| (2) Federal | 113 |
| (3) Provisions for Both Laws | 113 |

**Mississippi MDCPS Policy**  
**Revised 2-15-2024**

**Section D**

## Foster Care

|     |     |     |
| --- | --- | --- |
| e) MDCPS Compliance | | 114 |
| (1) Invitations | | 114 |
| (2) Exceptions to Invitations | | 115 |
| (3) "No Contact" Orders | | 115 |
| (4) Time Frames for Invitations | | 116 |
| f) Documentation of the Review in Case Record | | 116 |
| g) Corrective Action | | 116 |
| h) Filing the Review Report with the Court | | 117 |
| 4. Court Hearings | | 117 |
| a) Shelter Hearing | | 117 |
| b) Adjudicatory Hearing | | 117 |
| c) Disposition Hearing | | 118 |
| d) Permanency Plan, Updating and Review | | 118 |
| e) Permanency Hearing | | 118 |
| (1) Purpose of Hearing | | 119 |
| (2) Timeline | | 119 |
| (3) Who Should Be Invited | | 120 |
| (4) Worker's Responsibilities for Hearings and Notification of Hearings | | 121 |
| 5. Termination of Parental Rights | | 121 |
| a) Legal Basis | | 122 |
| b) Grounds | | 122 |
| c) When to Initiate | | 124 |
| d) Exceptions and Compelling Reasons not to File TPR | | 125 |
| e) Worker Responsibilities | | 125 |
| f) Diligent Searches | | 127 |
| g) TPR Packet Checklist | | 128 |
| h) Health Department Form 913 | | 129 |
| 6. Types of Referrals | | 129 |
| a) Court Ordered | | 129 |
| b) Voluntary Surrender of Parental Rights | | 129 |
| c) Regular Referrals | | 131 |
| d) Special Referrals | | 132 |
| e) Rights of the Parents in the TPR Process | | 132 |
| f) Evaluation of TPR Referrals | | 132 |
| g) Attorney General's Office | | 134 |
| VIII. FISCAL ASPECTS OF FOSTER CARE | | 134 |
| A. Board Payment | | 134 |
| 1. Title IV-E Funds | | 135 |
| 2. Title IV-B Funds | | 135 |
| B. Resource Board Payment Schedule | | 135 |
| 1. Special Board Rate | | 137 |
| 2. Foster Teen Parent Board Rate | | 139 |
| 3. Contractual Rates | | 139 |
| C. Child's Own Income | | 139 |

| Mississippi MDCPS |  |
|---|---|
| Policy | Section D |
| Revised 2-15-2024 |  |

**Foster Care**

    1. Lump Sum Payments .................................................................................................. 140  
    2. Social Security Benefits ............................................................................................ 140  
        a) Direct Payment of Social Security Benefits to Child......................................... 140  
    3. Use of Trust Funds .................................................................................................... 141  
        a) Expenditure of Trust Funds............................................................................... 141  
        b) Termination of Trust ......................................................................................... 141  
        c) Special Needs .................................................................................................... 143  
    4. Child Support ............................................................................................................ 143  
    5. Working Child .......................................................................................................... 143  
    6. Savings Bonds .......................................................................................................... 143  
  D. School Lunches ............................................................................................................... 143  
  E. Federal-State Monies....................................................................................................... 144  
    1. Clothing and Child's Personal Allowance ................................................................ 145  
    2. Child Care ................................................................................................................. 146  
    3. Family Planning Services ......................................................................................... 146  
    4. Rehabilitation Services ............................................................................................. 147  
    5. Medicaid for Foster Children ................................................................................... 147  
        a) Eligibility For Medicaid .................................................................................... 147  
        b) Effective Date of Eligibility .............................................................................. 148  
        c) Identification Card ............................................................................................ 148  
        d) Duplicate Card .................................................................................................. 148  
        e) Medicaid Services ............................................................................................. 149  
        f) EPSDT .............................................................................................................. 149  
        g) Expanded EPSDT ............................................................................................. 149  
        h) Purchase of Insurance for Foster Children ....................................................... 149  
IX. INDEPENDENT LIVING SERVICES ................................................................................ 150  
  A. Worker's Responsibility in Providing Independent Living Services .............................. 150  
    1. Roles and Responsibilities of the Worker ................................................................ 152  
    2. Roles and Responsibilities of the Area Social Work Supervisor (ASWS) ................ 153  
  B. Credit Check Policy and Procedure ................................................................................ 154  
    1. Resolution Protocol .................................................................................................. 154  
    2. Roles and Responsibility of Workers (State Office, Front Line and ASWS'S) ......... 155  
    3. Role of MDCPS Staff …............................................................................................ 156  
  C. Programs and Services .................................................................................................... 157  
    1. Independent Living Module Training Workshops ................................................... 157  
    2. Youth Retreats .......................................................................................................... 158  
    3. Statewide Youth Conference .................................................................................... 158  
    4. Stipends .................................................................................................................... 158  
    5. Transitional Independent Living Placements........................................................... 158  
    6. Quarterly Newsletter ................................................................................................ 158  
    7. Handbook for Youth in Care..................................................................................... 159  
    8. Teen Advisory Board ................................................................................................ 159  
  D. Stipend Requirement and How to Apply......................................................................... 159  
    1. Pre-Assessment Stipend (Initial) .............................................................................. 159

| Mississippi MDCPS Policy | Section D |
|---|---|
| Revised 2-15-2024 | |

## Foster Care

|     |     |     |
|---|---|---|
| 2. | Post-Assessment Stipend (Final) | 159 |
| 3. | Module Training Workshop Life Skills Stipend | 160 |
| 4. | Youth Retreat Stipend | 160 |
| 5. | Youth Conference Stipend | 160 |
| 6. | Newsletter Stipend | 160 |
| 7. | Personal Enhancement Stipend | 160 |
| 8. | Senior Year Stipend: | 161 |
| 9. | High School Graduation Stipend | 161 |
| 10. | General Education Diploma (GED)/Certificate of Attendance Stipend | 161 |
| 11. | College Bound Stipend | 161 |
| 12. | College Graduation Stipend: | 162 |
| 13. | Start-Up Stipend | 162 |
| 14. | Youth Trainer Stipend | 163 |
| E. | Driver's License for Youth in Care | 163 |
| F. | Motor Vehicles for Youth in Care | 163 |
| G. | Transitional Living Plan | 163 |
| H. | Independent Living Placements | 164 |
| 1. | Placement Requirements | 165 |
| 2. | Role of the Child Placing Agency | 165 |
| 3. | Responsibilities of the Youth: | 165 |
| 4. | Responsibilities of the Worker: | 166 |
| 5. | Responsibilities of the ASWS | 167 |
| I. | Education and Training Voucher Program (ETV) | 167 |
| 1. | ETV Approval Process | 169 |
| 2. | Cost of Attendance | 170 |
| 3. | Institution of Higher Education | 171 |
| X. | PLANNING FOR CASE CLOSING | 172 |
| A. | Developing the Plan | 172 |
| B. | Service Delivery | 173 |
| XI. | CASE CLOSING AND AFTERCARE | 173 |
| A. | Introduction | 173 |
| B. | Trial Home Visit | 174 |
| C. | Approval by ASWS | 174 |
| D. | Notification to the Courts | 174 |
| E. | Planning Youth Age 18 to Leave Custody | 175 |
| F. | Custody Beyond Age 20 | 175 |
| G. | Closeout Procedures in MACWIS | 176 |
| H. | Personal Documents to be Given To A Child/Youth or (Parent/Guardian) Upon Discharge from Custody | 176 |
| I. | Aftercare Services | 177 |

| | |
|---|---|
| **Mississippi MDCPS Policy**<br>Revised 2-15-2024 | **Section D** |

**Foster Care**

---

Is familiar with the child's needs;

Is capable of vigorously representing the child at each stage of special education for handicapped children process and;

The surrogate parents shall participate in formal training sessions as scheduled and held by the State Department of Education, which includes several one-half day meetings to inform the surrogate parent of the placement process, rights of the surrogate parent, the hearing process, procedural safeguards, information about the institution and other related matters.

### (3) Procedure

Resource Family Homes

When a foster child placed in a licensed foster family home is suspected or diagnosed as handicapped, the following procedures shall be followed:

The COR or COS (if applicable) shall evaluate the Resource Parent as the potential surrogate parent, based on the criteria listed above.

If the Resource Parent is unwilling or unable to serve as the surrogate parent, the Resource Parent and the Worker shall discuss other qualified persons who might serve as the surrogate parent.

If no community person is appropriate, the ASWS may appoint the COR Worker or the COS (if applicable) as the surrogate parent, with approval of the assigned RD.

The COR ASWS shall appoint, in writing a person who is willing to serve as the child's surrogate parent. The roles and responsibilities shall be fully explained. A copy of this letter shall be sent to the COS and the Resource Parent (if Resource Parent is not the surrogate parent). The eligibility of the surrogate parent, according to the criteria listed, shall be documented in the child's case record.

The COR ASWS shall notify the educational facility in writing of the child's surrogate parent. The eligibility of the surrogate parent, according to the criteria listed, shall be documented in the child's case record. The eligibility of the surrogate parent, according to the criteria listed, shall be documented in the child's case record.

**Foster Care**

Other Residential Facilities

When a handicapped foster child is placed in a residential facility other than a licensed foster home, the following procedures shall be used:

> The COR shall write the facility, asking that they identify a surrogate parent for the child. The person shall meet all the criteria listed above and be willing to serve.
>
> The COR shall insure that the identified surrogate parent meets the criteria and this shall be documented in the child's case record.
>
> The COR shall notify in writing the surrogate parent, the educational facility, and the residential facility of the appointment.

### (4) Roles and Responsibilities

The roles and responsibilities of the surrogate parents include the following:

- Become familiar with the child's educational needs through direct contact with the child, Resource Parent (if surrogate parent is not the Resource Parent), house parents, Worker, and school or residential staff.
- Participate in training sessions conducted by the State Department of Education.
- Advocate for the child if the educational needs of the child are not being met, through the following methods:

  Coordinate with the Worker on the needs of the child;
  - Confer with school personnel on needs of child and ability of the educational system to serve the child;

  Sign relevant educational documents;

  Request an appeal through the appropriate educational process;
  - Request assistance from any individual, association, or organization which has its objective the well-being of children;

  Intervene through the judicial system, if necessary.

### Religion

Once a child enters foster care the assigned Worker will identify religious beliefs and/or affiliations of the child. Every effort to continue the child's religious traditions will be made. A child's religion should be considered in determining appropriate placement for the child. If a child is not able to be placed with a Resource Family of the same religious beliefs and/or