**Exhibit 1 Statements**

## Fwd: Phone Update

Marcus Davenport <Marcus.Davenport@mdcps.ms.gov>
Tue 09/14/21 10:55 AM

To: Jason Hulitt <Jason.Hulitt@mdcps.ms.gov>; Shannon Rushton <shannon.rushton@mdcps.ms.gov>

---

**From:** Natasha Ivory <Natasha.Ivory@mdcps.ms.gov>
**Sent:** Tuesday, September 14, 2021 10:53 AM
**To:** Marcus Davenport
**Subject:** Phone Update

Received a call from Marcus, he wanted to know what schedule for Sept 2. I asked morning or afternoon. Discussed my zoom meeting with teen present for the meeting the teen, counselor Ben and myself.

Then Marcus inquired about the morning... I stated we had a meeting at Strange Brew... I become emotional.. Marcus inquired about we...I said I am not good about lying...

I told Marcus that Greg called me earlier stating that if anyone asked if we had a meeting on Sept 2nd say yes.... Marcus said call is being recorded... Marcus or the other guy asked for more detail about the call with Greg...Greg mentioned how Ashley has missed days from work something about Marcus and Ashley not getting along. The guy wanted to know if I put the meeting at Strange Brew on my calendar and I said no. He stated good...

Greg talked about seeing Carrier Coggins, I told him I haven't seen her in a while. He mentioned that she said she was stressed. I told him front line is stressful. I told him about the situation that occurred yesterday with a teen and her stepdad while I was visiting.

I asked who I was speaking with...someone with MBI....I asked if phone is bugged he stated no...He said Greg might have had Ashley and Melaine on the there, but the phones are not bugged.

I was told not to mention the call with anyone

**Natasha Ivory,**
**Child/Family Protection Specialist**
Mississippi Department of Child Protection Services
Lee County CPS
220 S. Industrial Street
Tupelo, Mississippi 38802

MAIN: (662) 841-9737
DIRECT: (769) 257-1804

Child Abuse & Neglect Hotline: 1-800-222-8000
www.mdcps.ms.gov

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   MDCPS 0040

**Marcus Davenport,**
**Deputy Director of Permanency**
Mississippi Department of Child Protection Services
750 North State Street
Jackson, Mississippi 39202

MAIN: (601) 359-4368
DIRECT: (601) 359-4499
MOBILE: (601) 906-2370

Child Abuse & Neglect Hotline: 1-800-222-8000
www.mdcps.ms.gov

**Marcus Davenport,**
**Deputy Director of Permanency**
Mississippi Department of Child Protection Services
750 North State Street
Jackson, Mississippi 39202

MAIN: (601) 359-4368
DIRECT: (601) 359-4499

Child Abuse & Neglect Hotline: 1-800-222-8000
www.mdcps.ms.gov

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    MDCPS 0041

## Re: Follow Up to 9/14/21 Conversation

**Exhibit 2**

Virginia Lambert <Virginia.Lambert@mdcps.ms.gov>
Tue 09/14/21 4:38 PM

**To:** Marcus Davenport <Marcus.Davenport@mdcps.ms.gov>
**Cc:** Jason Hulitt <Jason.Hulitt@mdcps.ms.gov>

I received a phone call this morning regarding a meeting which was not held on September 2nd...and I told you we had a meeting which was untrue. I did not see or talk to Ashley on that day and do not know where she was or what she was doing. I thought I was helping someone when in fact it was anything but .


My activities for that day include the following:

Emails sent to the following:

8:20 email from John Moore (foster success) regarding updated information for Makayla Wyers ETV

10:56 a.m. COR Artisha Pomerlee regarding youth appraisal completed with youth Alyssa Jones on 9/01/21 with information to be used to develop IL/TL plans in MACWIS, information regarding stipends for Alyssa, and of Alyssa sharing she was needing school computer for assignments but unable to receive the new school computer as her old one is at her mom's and needs turned in before she can get the new one.

3:15 email to Lena Parker cc'd Greg regarding stipend on tickler being denied for Rachel Michaels GED

3:16 email to Tina Burnett with cc to Greg regarding Aundavin Cook Senior Year stipend

3:24 email to Teresa with cc to Greg regarding Enayallullah Wadju PE stipend which was not listed on spreadsheet.

3:34 email to Patricia Ann Smith and Greg regarding Jayvion Mayes Pandemic stipend request having different name as provider.

3:39 email to Jacqueline Potters and Greg regarding Lequila Miskell IL stipend which was no on spreadsheet.

3:45 email to D'Andrea and Greg regarding Cheyenne Webb PE stipend not on spreadsheet

3:52 email to Jaszmen and Greg regarding Sannizya Biggs Start Up stipend no on spreadsheet

Text 2:09 from Caitlin Dean asking when her money would be in as she had called Tippah office and was told it had not come yet.


Stipend Approval for following youth in MACWIS:

Calvin Thompson- online skills
Christina Freeman- online skills
Sabrina Dixon- PE denied due to being previously approved by Greg on 9/01/21
Helen Porter - PE pandemic funds 1200
Yasmin Harris- Pandemic funds 2000
Adreanna Ard- Pandemic funds 3500
Addason Ard Pandemic funds 3500
Lester Losell Pandemic funds 1200
Amber Quillen - Pandemic funds 1200

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER  MDCPS 0042

Joei Gunter- Pandemic funds 2000
Ashley Johnson- Pandemic funds 1200
Laketha Lewis Pandemic funds 2500
Joshua Jones- Pandemic funds 2000
Asa Hopson- Pandemic funds 600
Shanta Bentley - Pandemic funds 1200
Cassidy Brown- Pandemic funds 1200
Nicholas Carpenter- Pandemic funds 1200
Forrest Allen - Pandemic funds 1200
Aundavin Cook- Senior year 600 denied with explanation sent
Rachel Michaels- Graduation stipend 200 denied with email sent
Jamiesun Vaughn- request on tickler with no information showing
Enayalullah Wadju - PE for tutoring - email sent as not on tickler
Jayvion Mayes- Pandemic funds- email sent as Johnny Mays was listed as Provider
Lequla Miskell- IL skills denied with email explanation sent
Cheyenne Webb- PE stipend for ID denied with email sent
Sannizya Biggs- Start Up stipend email sent as not listed on Stipend Spreadsheet

Thank you

---

**From:** Marcus Davenport <Marcus.Davenport@mdcps.ms.gov>
**Sent:** Tuesday, September 14, 2021 2:40 PM
**To:** Virginia Lambert <Virginia.Lambert@mdcps.ms.gov>
**Cc:** Jason Hulitt <Jason.Hulitt@mdcps.ms.gov>
**Subject:** Follow Up to 9/14/21 Conversation

Ginger,

Please reply to this email with the information you provided to me and Investigator Hulitt today by phone. We need a detailed account of your workday on Thursday, September 2, 2021. All meetings, specific times, locations, attendees, and etc. must be included. This information is due by 5 pm today.

Let me know if you have questions.

Marcus

**Marcus Davenport,**
**Deputy Director of Permanency**
Mississippi Department of Child Protection Services
750 North State Street
Jackson, Mississippi 39202

MAIN: (601) 359-4368
DIRECT: (601) 359-4499

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   MDCPS 0043

MOBILE: (601) 906-2370

Child Abuse & Neglect Hotline: 1-800-222-8000
www.mdcps.ms.gov


**Marcus Davenport,**
**Deputy Director of Permanency**
Mississippi Department of Child Protection Services
750 North State Street
Jackson, Mississippi 39202

MAIN: (601) 359-4368
DIRECT: (601) 359-4499

Child Abuse & Neglect Hotline: 1-800-222-8000
www.mdcps.ms.gov


**Virginia Lambert,**
**Child/Family Protection Specialist**
Mississippi Department of Child Protection Services
Lee County CPS
220 S. Industrial Street
Tupelo, Mississippi 38802

MAIN: (662) 841-9737
DIRECT: (662) 701-8419

Child Abuse & Neglect Hotline: 1-800-222-8000
www.mdcps.ms.gov

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   MDCPS 0044

```
MNPH667   MW13         STATEWIDE PAYROLL AND HUMAN RESOURCE SYSTEM        09/14/2021
PHOMEP3D PHOMEP3M             Separate Employee within PIN                 03:08 PM

*Action: _  (B,C,D,M,N,P)        Current Record

*Agency: 0662     *SSN: 427515213 YOUNG, MELANIE M
  *PIN: 1056__  Occu:       1959  DIVISION DIRECTOR   II
   Effective Date: 09 14 2021      Approval: A_

       *Separation Reason: DS   Dismissed
             *RIF Reason: _
         Separation Date: 09 14 2021
         In Good Standing: N
LOA Expected Return Date: __ __ ____
       Exit Interview Date: __ __ ____
          Service Status: 16  NS - Employees Reporting to Key Excluded
              Vacate PIN: Y
   Leave Balances:
       Personal: 116.00    Major Medical: 88.00
     Agency Comp: 12.50         FLSA Comp:          Transmit for Approval: N
Direct Command: _____
Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      Help  Main  End         Note                                       Quit
3015I Pending record has been Updated  - APPROVED by system
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDCPS 00738

```
MNPH667   MW13
PHOMEP3D  PHOMEP3M      STATEWIDE PAYROLL AND HUMAN RESOURCE SYSTEM
                               Separate Employee within PIN            09/14/202.
 *Action: _ (B,C,D,M,N,P)         Current Record                       03:06 PM
 *Agency: 0662   *SSN: 428491702  FALGOUT, ASHLEY LEIGH
 *PIN: 1427___   Occu: 4406       BUREAU DIRECTOR II
 Effective Date: 09 14 2021       Approval: A_

 *Separation Reason: DS  Dismissed
 *RIF Reason: __
 Separation Date: 09 14 2021
 In Good Standing: N
 LOA Expected Return Date:
 Exit Interview Date: __ __ __
 Service Status: 14  NS - Time-Limited Employees
 Vacate PIN: Y
 Leave Balances:
   Personal: 357.05     Major Medical: 605.40
   Agency Comp: 19.00   FLSA Comp:
 Direct Command:                                Transmit for Approval: N
 Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
       Help  Main  End              Note
 3015I Pending record has been Updated  - APPROVED by system           Quit
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   MDCPS 0048