

STATE OF MISSISSIPPI:

2020-2024: CHILD AND FAMILY SERVICES PLAN (CFSP)

2022 ANNUAL PROGRESS SERVICE REPORT (APSR)
JULY 1, 2020 -JUNE 30, 2021

Exhibit "I" at 000001

**2022 Annual Progress and Service Report**

# Table Contents

I. Organizational Structure, Vision and Mission ...................................................................... 4

  A.  State Agency Administering the Programs ...................................................................... 4

  B. Vision, Mission and Philosophy of the State ................................................................... 8

II.  Collaboration .................................................................................................................... 10

  A. On-Going Collaborative Efforts ...................................................................................... 10

  B.  Collaboration with State Courts, Legal and Judicial Community .................................. 25

III. Assessment of Current Performance in Improving Outcomes ........................................ 29

  A.  Safety Outcomes 1 and 2 (1355.34 (b)(1)(i)) .............................................................. 29

  B.   Permanency Outcomes 1 and 2 (1355.34 (b)(1)(i)) ..................................................... 32

  C. Well-being Outcomes 1, 2 and 3 (1355.34(b)(1)(iii)) ................................................... 38

IV. Plan for Enacting the State's Vision ................................................................................ 81

  A.  Updates to Goals and Objectives .................................................................................. 81

V. Quality Assurance System ................................................................................................ 92

VI. Update on the Service Descriptions ................................................................................ 92

  A. Stephanie Tubbs Jones Child Welfare Services Program (title IV-B, subpart 1) ............................. 92

  B. Services for Children Adopted from Other Countries (section 422(b)(11) of the Act)) ................... 92

  C.   Services for Children Under the Age of Five (section 422(b)(18) of the Act) ................................. 93

  D. Efforts to Track and Prevent Child Maltreatment Deaths ................................................. 99

  E. Emergency Funding for MaryLee Allen Promoting Safe and Stable Families (Division X) ........... 100

  F. Updates to Adoption Promotion and Support Services .................................................... 106

  G. Service Decision-Making process for Family Support Services (45 CFR 1357.15(r)) .................. 111

  H. Populations at Greatest Risk of Maltreatment (section 432(a)(10) of the Act) .............................. 111

  I. Kinship Navigator Funding (title IV-B, subpart 2) .......................................................... 114

  J. Monthly Caseworker Visit Formula Grants and Standards for Caseworker Visits ......................... 117

  K. Additional Services Information .................................................................................... 120

    1.  Adoption and Legal Guardianship Incentive Payments (section 473A of the Act) ................ 120

    2.  Family First Prevention Services Act Transition Grants .................................................... 122

VII. John H. Chafee Foster Care Program for Successful Transition to Adulthood (the Chafee Program) (section 477 of the Act) ................................................................................... 122

  A.  Services ....................................................................................................................... 122

  B.  NYTD Data Collection and Collaboration .................................................................... 135

  C.  Coordinating Services with "Other Federal and State Programs for Youth ................... 136

  D.  Education and Training Vouchers (ETV) Program (section 477(i) of the Act) ................ 137

  E.  Chafee Training ........................................................................................................... 138

F.   Consultation with Tribes (section 477(b)(3)(G) of the Act) ........................................................ 138

VIII. Consultation and Coordination Between States and Tribes ................................................ 140

IX. Supplemental CAPTA Funding (American Rescue Plan) .................................................... 140

X. Updates to Targeted Plans within the 2020-2024 CFSP ...................................................... 141

XI. Statistical and Supporting Information ............................................................................. 153

    A.  Information on Child Protective Service Workforce: ............................................... 153

    B.  Juvenile Justice Transfers: .................................................................................... 165

    C.  Education and Training Vouchers: .......................................................................... 166

    D.  Inter-Country Adoptions: ....................................................................................... 166

    E.  Monthly Caseworker Visit Data: ............................................................................ 166

XII. Financial Information ..................................................................................................... 167

XIII. Publication and State Contact ...................................................................................... 168

    A.  Publication ............................................................................................................ 168

    B.  State Contact ........................................................................................................ 168

XIV. 2021 APSR ATTACHMENTS ...................................................................................... 168

    A.  CAPTA State Plan Requirements and Updates – See Attachment A ...................... 168

    B.  Financial Information – See Attachment B ............................................................. 168

    C.  MDCPS's Organizational Chart – See Attachment C ............................................. 168

    D.  ETV Attachment – See Attachment D .................................................................... 168

**Adoption Savings**

The Mississippi Department of Child Protection Services (MDCPS) uses the Children's Bureau (CB) Method with random sampling to calculate its annual adoption savings. The CB Method with Actual Amounts was previously used by MDCPS, and it proved to be challenging due to the internal, manual processing involved.

A meeting was held on May 4, 2021, to discuss the use of Adoption Savings and the services that will be provided to children and families. As of the submission of the Annual Adoption Savings Calculation and Accounting report for FFY 2020, MDCPS reported a cumulative unexpended adoption savings balance of $16,386,533. A total of $7,676,608.98 was applied to existing SFY 2019 and SFY 2020 expenditures, and the Department anticipates expending the remaining balance ($8,709,924.02) by the submission of the FFY 2021 report. The SFY 2019 and SFY 2020 expenditures mentioned above include salaries and travel for employees whose primary area of focus is adoption, publishing expenditures for termination of parental rights cases, and administrative costs for maintaining and storing finalized adoption records. The Department is continuing to explore avenues to apply 30% of savings to post-adoption services, post-guardianship services, or services to support positive permanent outcomes for children at risk of entering foster care. Adoption savings applied to date was applied to salaries and travel for current adoption staff whose positions are state-funded (IV-B).

Discussions regarding the use of adoption savings to expand prevention services for youth at risk on entering foster care and post adoption services to keep adoptive placements intact are ongoing. Additionally, the Department is exploring the implementation of financial support through post guardianship services for families who pursue durable legal custody (making the child ineligible for continued benefits) in Mississippi.

### 2. Family First Prevention Services Act Transition Grants

MDCPS has not yet utilized its FFPSA transition grant funds. In October 2020, MDCPS solicited subgrant proposals from therapeutic group home providers to distribute transition grant funds to cover the costs of transitioning providers to compliance with the Act's QRTP standards. Ultimately, MDCPS decided to forego making an award under that solicitation. Instead, MDCPS presently intends to use the transition act funds to pay supplemental rate to providers that successfully transition into compliance with the QRTP standards under the Act.

## VII. John H. Chafee Foster Care Program for Successful Transition to Adulthood (the Chafee Program) (section 477 of the Act)

The Chafee Foster Care Program for Successful Transition to Adulthood, including the Education and Training Voucher (ETV) Program, provides flexible funding to promote and support youth who have experienced foster care at age 14 or older in their transition to adulthood.

## A. Services

MDCPS and its Chafee partners work to increase the well-being of young people 14-21 years old as evidenced by stable housing, educational success, financial stability, safety, and permanency and supportive connections. The Independent Living Program (ILP) helps adolescents acquire basic life skills in their progress from dependency toward self-sufficiency. All youth ages 14-21

**2022 Annual Progress and Service Report**

have the opportunity participate in independent living activities regardless to the youth's permanent plan. Youth in care ages 14 to 21 are eligible to receive Independent Living Services, based on the youth's individual Transitional Living Plan (TLP). The Mississippi Band of Choctaw Indian (MBCI) youth are eligible for independent living services based on the same criteria for MDCPS youth in care. Youth are eligible for independent living services based upon the following criteria:

- Youth in care, ages 14 until their 21st birthday, are eligible for all IL services except for the criteria placed on the Education and Training Voucher program;
- Youth who leave custody, ages 18 to their 21st birthday have access to a Transition Navigator and are eligible for community-based referral services until their 21st birthday; and,
- Youth who enroll in post-secondary education and vocation program are eligible to receive Education and Training Voucher (ETV) services until their 26th birthday or for 60 consecutive months.

**GUIDING PRICIPLES**
- Achieve positive results for youth through purposeful, high-quality services.
- Promote youth voice by engaging youth people in the development, implementation and refinement of our work and practicing a youth-driven approach to service delivery.
- Cultivate collaboration relationships within and among our partner organizations and with other community organizations to maximize our ability to collectively support youth.
- Use data to measure progress and improve services; and
- Foster a culture of accountability throughout the organization for providing high-quality services that produce results for youth people.

The program's administration consists of the following staff: a Bureau Director, two (2) Division Director II (Director of Field Transition Support Services and Director of Education Support Services), 12 Transition Navigators with one vacant position in VII-E, and two (2) Education Liaisons with one vacant position in region I-N. The unit has completed the interview process and is recommending two (2) candidates for hire, filling all vacant positions. Please see descriptions below:

- **YTSS Bureau Director**-The YTSS Bureau Director is responsible for overseeing the operation of Youth Transitions Support Services. The Directors of Field Transition Support Services and Director of Education are directly under the Bureau Director's leadership. Other responsibilities include but are not limited to overseeing the Chafee budget, service contact management, policy development and implementation, data analysis for program/service improvement, Modified Settlement Agreement (MSA) reporting, federal reporting, community/provider engagement, and other duties as assigned.
- **YTSS Director of Field Transition Support Services**-The Directors of Field Transition Support Services are responsible for overseeing daily operations of the Independent Living Program. The director supervises twelve Transition Navigators. In the role, the YTSS Field Director provides training and coaching to Transition Navigators, collect program/service data for review, develop training curricula to improve program practices, work closely with field supervisory staff to

assist Transition Navigators training/coaching case workers in the area of Independent Living.

- **Transition Navigators**-Transition Navigators are responsible for ensuring case workers integrating IL specific services into practice with youth, provide technical assistance around developing youth engagement strategies, offer technical assistance to case managers around implementing appropriate services, complete the Youth Appraisal with youth in care aged 14 and older, assist workers to provide direct I.L. services to youth ages 14-21, complete monthly reporting requirements, attend case manager staff meetings, attend family team meetings, make I.L. stipend request, build community resources and make referrals to community resources based on a youth's identified needs.

- **Education Director** - The Director of Education Support Services is responsible for ensuring compulsory school aged children/youth in MDCPS custody educational stability and continuity is not disrupted while in care. The director supervises two (2) Education Liaisons, serves as the MDCPS/YTSS Education Point of Contact (POC) to the Mississippi Department of Education and state's school districts, monitor Education Record Reviews (ERR), monitor Custody Placement Reviews (CPR), and ensures children/youth in care with disabilities receive the appropriate educational services and educational placement to receive services.

- **Education Liaison** -Education Liaisons are responsible for assisting case managers with ensuring school enrollment, attendance and implementation of education related services for all compulsory school aged youth in care through conducting Education Record Reviews (ERR), conducting Custody Placement Reviews (CPR), providing Best Interest Determination (BID) consultations to case managers, providing Individualized Education Program (IEP) training to field staff, ensuring enrollment in special education services and programs for youth with an IEP, act as an education advocate for youth in care and meet education monthly reporting requirements

**YTSS EDUCATION**

The Education Support Services team is responsible for supporting the educational stability for all compulsory school aged children/ youth in MDCPS custody by providing the child/youth, parents, foster parents and MDCPS field staff with the advocacy, training, and knowledge necessary to ensure the child/youth is provided and receiving the same educational opportunities as their non-foster care peers. The Education Liaison will be the agency's subject area expert regarding education and the implementation of services to support the federal and state statues for children/youth in foster care.  The Education Liaison will serve as the agency liaison for the youth, school districts and MDCPS staff to ensure the following:

- Children/youth are enrolled in and attending school within seven (7) days of entry into care or subsequent placement change.
- Children/youth are enrolled in the correct grade.
- Children/youth are receiving the appropriate services based on their FSP, Education Plan and IEP (if applicable).
- Children/youth are referred for

- A FAPE is provided to children/youth with disabilities.
- The referral of children/youth with disabilities to the LEA where the child is residing to evaluate the child or confirm current eligibility for IDEA.
- Participate in the development, review, and revision of the Individualized Education Program (IEP) of children with disabilities placed in Foster Care.
- Adherence to the decision of the IEP Committee. In the event of a dispute, the MDCPS shall follow proper dispute procedures outlined in the IDEA, the IDEA's implementing regulations, and State Board rules and regulations.
- The expedient transfer of education records, court orders, BIDs, Notification of Placement Change, and other relevant documents.
- MDCPS field staff and foster parents receive regular training on policies, procedures, and practices guiding the educational stability for children/youth in foster care.
- Children/youth and parents are aware of their educational rights.
- Review the education records of compulsory school age youth in their assigned area to ensure the child/youth are enrolled in and receiving the appropriate services.
- The school districts in their assigned area know the Education Liaison is their point of contact for the children/youth enrolled in their schools.
- Services are coordinated with MDCPS, schools, foster parents, parents, and community partners to support the child/youth's education plan.
- Assist with planning, facilitating, and supervising the two annual retreats one youth conference.
- The development of a community partner network within their assigned service area.
- All compulsory school aged children/youth in MDCPS have an advocate or representative for any education related decisions made on their behalf.

- MDCPS supported the virtual school platform for youth in care provided through school districts during the COVID-19 Pandemic based on the guidelines set forth by the Mississippi Department of Education. The agency ensured all youth had access to the necessary technology to continue their education if they participated in the virtual platform. The agency has not seen any significant educational changes due to youth participating in virtual learning.

- MDCPS will continue to make all reasonable efforts to ensure continuity of a child's educational experience by keeping the child in a familiar or current school and neighborhood when this is in the child's best interests and feasible, and by eliminating the number of schools change the child experiences.  Therefore, any child that comes into MDCPS custody or placement changes while in custody, a Best Interest Determination (BID) must take place with the local education agency (LEA)/ district of origin or facility if there is a school change.  A BID is not needed if there is no school change.  The custodial agency must notify the LEA within one day that the child has come into care, or their placement has changed. All factors should be considered as part of evaluating the

**2022 Annual Progress and Service Report**

appropriateness of the current educational setting, to make a holistic and well-informed determination.  In July 2018, a BID form and guide was presented to all MDCPS staff.

**2022 Annual Progress and Service Report**

# Chafee Service Map



**Independent Living Program Objectives and Initiatives**

**YTSS preserving connection goals consisted of the following by the end of the fiscal year:**

1. Provide all current and newly hired MDCPS field staff with hands on technical assistance by way of providing more county level training and support services which is designed to strengthen independent living placement services provided to eligible youth.
   **Update:**
   YTSS Transition Navigators are housed in a county office within their service area region to provide one on one assistance and training to workers. Transition Navigators attend regional and county staff meetings/trainings to build to strengthen the communication and sharing of information which results in better services for the youth.

2. MDCPS/YTSS community partnership efforts were streamlined to include First Place for Youth and the Anne E. Casey Jim Casey Initiative. This partnership is focused on increasing the continuity of Independent Living Services provided in-house by MDCPS/YTSS. Additional partners in the areas of education and employment will be added to this partnership as our service array expands.
   **Update:**
   MDCPS/YTSS continues to work with First Place for Youth and the Anne E. Casey Jim Casey Initiative. MDCPS is working with First Place for Youth and Annie E. Casey to build a state administered community based Supervised Independent Living Program in Mississippi. This program will provide housing for youth at age 18 while they continue their education, enter the workforce, and receive daily living skills to support stable independence when they exit care.

3. YTSS has developed and released Independent Living training modules to MDCPS staff through Cornerstone. Workers have been assigned the following training modules: Adolescent Brain Development; Healing Comes First; Permanence; Stable Housing; Successful Connections; Young Parents; Family Team Meetings; MDCPS Foster Youth Needs; Population Needs; Transition Planning; Youth Assessment; and Youth Engagement.
   **Update**:
   YTSS is collaborating with the Mississippi Department of Education, Jim Casey Initiative, First Place for Youth, Legal Center for Foster Care and Education and The Annie E. Casey Foundation to develop a training for MDCPS staff, foster parents and community stakeholders to increase foster care awareness, service availability and to demonstrate how to incorporate education, safety, permanency, child/youth involvement and child/adolescent development to improve outcomes for children/youth who experience foster care and interrupt generational cycles.

4. Recruit a minimum of 10 youth per sub-grantee period for ILP apartment placement. Currently, two (2) youth meet the minimum criteria for apartment placement. To help meet this objective, ILP staff would promote Independent Living Apartment Placement program to youth through the Teen Advisory Board (TAB) and field staff.

**Update:**
MDCPS/YTSS did not meet the goal of recruiting 10 youth per sub-grantee due to the lack of housing options in the state, but an MOU with the Tennessee Regional Valley Housing Authority and HUD has been adopted to implement the HUD FYI vouchers for youth exiting foster care as well as the development of the statewide Supervised Independent Living program with First Place for Youth and Annie E. Casey.
.
5. Develop and implement a process to conduct annual credit checks on youth in care starting at age 14.

   **Update**:
   YTSS is not currently conducting credit checks for youth in care due to the lapse of an agreement with the credit bureaus and previous YTSS leadership. The program paused around early 2017 with the occurrence of staff transitions. The agency is actively working to restore the program for youth in care who are ages 16 and older. YTSS is currently working with agency leadership, the MACWIS team and the MIS team to build a platform that allows for the exchange of information between the agency and the credit bureaus. Currently, we're in the process of identifying the system, system access, and permissions needed to run the checks. The goal is to restore the program by September 1, 2022, but the agency will work to have it accomplished well before that date if technical/security issues are not too complex.


**Policy Initiatives**
The Youth Appraisal is used to identify needs of all youth ages 14-21 in care. The Youth Appraisal was co-developed by MDCPS/YTSS, First Place for Youth and Jim Casey and adopted by MDCPS as the new Independent Living assessment tool. As of July 1, 2021, 1,315 youth have completed the YTSS Youth Appraisal and based on the data captured through the Youth Appraisal, YTSS has implemented the following:

- The MOU with the Tennessee Regional Valley Housing Authority and HUD has been signed and adopted to implement the HUD FYI vouchers for youth exiting foster care. YTSS has referred the first youth for this housing program and are currently awaiting HUD's funding of the voucher.
- The development of the statewide Supervised Independent Living program with First Place for Youth and Annie E. Casey.
- Contract with Foster Success for direct payments of ETV funds to youth via debit cards.
- Contract with Instructional Access to provide online daily living skills training.
- Contract with Mississippi Families for Kids to provide workforce development through a partnership with Wendy's.
- A partnership with The Mississippi Department of Education and The Legal Center for Foster Care and Education to support youth in foster care by providing workforce development training, daily living skills and post- secondary/vocational preparation in the schools across the state.
- A partnership with Youth Village's to provide Life Set services to youth in care.

**Update:**  YTSS is building an agency administered financial literacy matched savings program for youth ages 16 and older in care to support the youth's ability to maintain stable housing, continue educational goals, enter the workforce, and maintain personal transportation.

**2022 Annual Progress and Service Report**

| |
|---|
| **Youth Appraisal** |
| 1315 youth with a completed Youth Appraisal age 14-21 |
| **Permanency** |
| • 524 youth with four (4) or more placements within two (2) years<br>390 youth report being in a residential treatment facility within the last 90 days |
| **Pregnancy Prevention** |
| • 50 youth who have a child (14 – 21)<br>29 youth are currently expecting a child 29 |
| **Education** |
| • 460 youth report having an IEP<br>• 200 youth have been suspended or expelled from school within the last year<br>• 135 youth aged 18 or older report on having some middle school or high school education<br>• 69 youth have not passed state level tests<br>230 youth ages 14-21 report not being enrolled in an educational program |
| **Safety** |
| • 411 youth report not feeling safe in their current placement<br>• 32 youth report receiving food or housing for sexual services<br>• 317 youth report being arrested |

**YTSS PLANNED ACTIVITIES ARE AS FOLLOWS:**

• **Aftercare Services:**  Aftercare services shall be offered to youth ages eighteen (18) to twenty-one (21). YTSS aftercare will function as an assessment/community-based program to youth out of care ages 18-21. Transition Navigators will administer the Youth Appraisal to youth seeking aftercare assistance to identify needs and make soft referral recommendations.

• **Additional Transitional Living Services:**  Provide additional transitional services to youth ages seventeen (17) to twenty-one (21) years old as they leave MDCPS.  Services rendered will assist youth in making a successful transition to adulthood.  A successful transition includes the following:  Maintaining stable and suitable housing; remaining free from legal involvement; Participation in an educational/vocational program; developing life skills; build social and financial capital; build community connections; and connect youth to needed community-based resources necessary to pave the path to self-sufficiency.  All eligible youth are encouraged to participate in community-based life skill learning opportunities offer through Families First and other community-based organizations.  Youth ages 17-21 will be strongly encouraged to strengthen life skills through participation in life skill classes offer by Families First and one on one coaching from their Transition Navigator.

• **Youth Advisory Committee:**   Continue to engage youth in I.L. program and policy changes/updates through monthly regional meetings and quarterly state level meetings. Mississippi's Youth Advisory Committee (YAC) is a youth leadership and advocacy training program coordinated through the YTSS Office. 11 Regional YACs for Mississippi are held with

the overall goal of de-traumatizing their experience in custody based on things they see need change, provide them with leadership skills, advocacy skills, and professional decorum. Regional TAB boards meet quarterly at a minimum, with each regional TAB board sending a representative for State TAB board, which will also meet quarterly. The Mississippi Teen Advisory Board will focus on incorporating the voice of youth who are in the custody of MDCPS, into the policy surrounding the age group. Board advisors (staff) and members will collaborate on bringing awareness to the specific issues they face, adequately addressing the correct chains of command, and strategically having their voices heard.

- **The Commissioner's Council for Change:** The Commissioner's Council for Change is a unique opportunity for older youth in care to share lived foster care experience with the Commissioner of MDCPS as advocates and stakeholders. The Commissioner's Council will also serve a mentoring program for the youth to experience support and guidance from the Commissioner to develop mentoring skills that will foster a mentoring community among the youth. This program is designed to build a bridge between youth in care and the adults who develop policy and implement practice to improve the service delivery, supports and outcomes for youth in care through a partnership-based approach to child welfare.

- **Peer Support Network:** Peer Support Specialist will serve in a mentorship capacity as an advocate to transition age youth in MDCPS custody by providing the following direct services:
  - Will be former foster youth with lived experience;
  - Liaise between agency decision makers and the youth to ensure youth representation in policy and procedures;
  - Act as a point of contact for transition age youth to offer advice and experience.
  - Attend the YAC meetings in their service area;
  - Assist with education and transition support; and,
  - Assist with the planning and facilitation of the two annual retreats and one annual youth conference.

**Division X Supplemental Chafee Funds**

YTSS implemented the distribution of the Division X funds in May 2021 by issuing direct stimulus payments to all youth in care as well as providing a technology stipend to all youth in care to purchase computers, tablets, phones, hot spots, software, hardware, etc. The agency is also issuing need-based payments to former foster youth via an online application process in addition to issuing direct stimulus payments to youth who exited foster care at or after the age of 14 and are not yet 27. We have not encountered any barriers other than the timeliness of payments reaching the youth.

- The Division X Pandemic Relief Funds are being distributed via check at the county level to youth in care and youth who are out of care that complete the application process.
- Youth in care age 14 and 15 received a $1,000.00 technology stipend and a one-time direct payment of $600.00. This includes the URM youth in MDCPS custody.

- Youth in care age 16 and up received a $1,000.00 technology stipend and a one-time direct payment of $1,200.00. This includes the URM youth in MDCPS custody.
- Youth who exited care at or after the age of 14 and are not yet 27 received a direct stimulus payment of $1,200 and additional funds for housing (rent, deposits, down payments, mortgage payments, etc.) transportation (down payments, care payments, insurance, maintenance, repairs, etc.), education, childcare, healthcare, utilities, groceries, and personal needs through the online application process.
- Applications are verified for eligibility by YTSS staff through a case search in MACWIS.
- Once eligibility is verified requests are sent to the field staff to enter in MACWIS for payment
- The process to distribute funds is as follows:
  - A MACWIS Service request is entered by a county worker
  - The service request is approved by the worker's supervisor
  - The service request is approved by YTSS
  - The bookkeeper issues a purchase order in MACWIS
  - Funds are deposited in the county bank account for the purchase order
  - A check is written to the youth or provider by the county bookkeeper
  - The check is mailed to the youth, or the youth is contacted to pick up the check from the county office based on what the youth indicated on their application
- 367 youth in care age 14 & 15 have received pandemic stimulus funds
- 479 youth in care age 16-20 have received pandemic stimulus funds
- YTSS has processed 1,922 applications for Pandemic Funds
- 1,112 former foster youth have received Pandemic Fund payments
- The number of staff dedicated to this project and the method for payment have been barriers to the timeliness of fund distribution.

**Independent Living Support Services/Stipends**

Please see the service stipend descriptions below for independent living services:

1. **Life Skills Training Stipend:** A $25.00 stipend can be earned for the completion of six (6) Skills Hours. These skills groups are available through the Transition Care Coaches (TCC). The Specialist will document earned skills hours and will notify the COR Worker that the youth has accumulated the required hours. The Worker will submit the request to the Independent Living Coordinator through MACWIS under State Funds. Youth will receive hour for hour credit for skills group participation. This stipend will be issued directly to the youth. Teen parents shall receive six (6) hours for completion of parenting classes.

2. **Teen Advisory Board (TAB) Participation Stipend:** A $25.00 stipend can be earned for participation in scheduled YAC activities. The Navigator will document satisfactory participation in the training and will notify the COR Worker. The Worker will submit the request through MACWIS under State Funds. This stipend will be issued directly to the youth

3. **Youth Conference Stipend:** A youth will receive a $40.00 cash stipend for successful completion of participation in the annual conference. This stipend will be requested in MACWIS by the COR Worker.)

4. **Senior Year Stipend:** A $600.00 stipend is available to help defray senior/final year expenses for youth receiving a diploma, GED, or a Certificate of Attendance at the close of the school/program year in which the stipend is requested. The youth shall also be a participant in Independent Living Program activities. This stipend should be requested during the youth's senior year, in MACWIS, by the COR Worker under State Funds. This stipend must be issued to the vendor(s). A re-imbursement payment may be issued to an individual/party, including the youth, in the event a purchase was made, and proof of payment was rendered. An itemized receipt must be presented to the COR bookkeeper before a check can be issued. A statement from the youth's school verifying enrollment, as a senior/final year with anticipated graduation/completion being that same academic/program year, must be filed in the paper case record in the county. Typical senior/final year expenses include, but not limited to, pictures, invitations, cap and gown, prom attire, senior trip expenses. All purchases must be receipted, and all receipts kept in the COR office.

5. **High School Graduation/GED Stipend:** A $200.00 Graduation Stipend is available to all youth in custody who receive a high school diploma or successfully completing a GED program. A copy of the diploma or GED Certificate must be filed in the paper case record in the COR office. This stipend can be accessed from the appropriate MACWIS screen. This one-time should be issued to the youth as a graduation gift to spend as the youth wishes. A signed receipt from the youth must be sent to the bookkeeper in the COR.

6. **College Stipend:** A $600.00 (1st year of college) College Bound Stipend is available to youth in care who plan to attend a post-secondary education program. A $250.00 College bound stipend can be requested each year thereafter until their senior year to assist youth with initial college registration needs. This stipend is requested through the appropriate MACWIS screens after the COR Worker receives verification that the youth has been accepted in a post-educational program. This stipend must be issued to the vendor(s). A reimbursement payment may be issued to an individual/party, including the youth, in the event a purchase was made, and proof of payment was rendered. An itemized receipt must be presented to the COR bookkeeper before a check can be issued. All purchases must be receipted, and all receipts kept in the COR office. Allowable purchases are items needed to furnish a residence (on or off campus) such as, but not limited to bedspreads, curtains, rugs, refrigerator, microwave, trunk, bookcase, small appliances, computer, furniture items, and books/resource materials.

7. **Start-Up Stipend:** A $1500.00 Start-Up Stipend is available to youth who leave care after turning age eighteen (18) and who have participated in the available Independent Living Program activities. This stipend may be requested during the six months prior to release from custody and up to the six months following release from custody. Youth who have been approved for the Independent Living Placement, shall have the option to utilize this one-time stipend upon approval. This stipend must be issued directly to the vendor(s). A reimbursement payment may be issued to an individual/party including the youth in the event a purchase was made and proof of payment was rendered. An itemized receipt must be given to the COR bookkeeper before a check can be issued. All purchases must be receipted, and all receipts kept in the COR office. Acceptable purchases may include any items associated with the establishment of a home such as, but not limited to dishes, cooking utensils,

appliances, linens, furniture, cleaning supplies, curtains, and rugs.  The COR Worker should request this one-time stipend through the appropriate MACWIS screens.  A youth released from custody at age 17 or older and already has a job may use a portion of this stipend to assist in the purchase or repair of a vehicle, if the vehicle is needed in the youth's job and if the youth already have the minimal essential items needed to live independently.  This youth must show proof of having a driver's license and State required liability insurance

8. **Personal Enhancement Stipend:**  The Personal Enhancement Stipend is available to youth who need additional financial assistance with secondary educational needs, extracurricular activities, and college prep activities.  Education needs are defined as but are not limited to tutoring; GED prep; ACT prep; and/or additional academic opportunities beyond school curricula.  Extra-curricular activities include but are not limited to fees for sports; fees for school clubs; participation in other extracurricular activities.  College prep activities include but are not limited to housing fees; college/post-secondary education application fees; or college/postsecondary education registration fees.  This stipend was developed to fill the financial gaps for youth needing additional funds to participate in school activities and to continue their education beyond high school or GED.  The amount of this stipend is based on the need.  A maximum of $500.00 will be allowed per request.  Youth are allowed two (2) requests per FFY.

9. **Peer Mentoring Stipend:**  A $25.00 Peer Mentoring Stipend is available to young people participating as a program peer mentor to younger youth in care.  A peer mentor must see their mentee in-person at least twice a month to earn the stipend.  Mentors are identified through the Teen Advisory Board.  Mentor/mentee interaction happens as a part of Teen Advisory Board activities.  This stipend was developed to encourage youth participating in Teen Advisory Board to become mentors.

| Support Service/Stipend<br>June 1, 2020 – June 30, 2021 | FY20<br># Youth | FFY 20: Amount Disbursed |
|---|---|---|
| I.L. Aftercare | 0 | 0 |
| I.L. College Bond Stipend | 14 | $8,400.00 |
| I.L. College Graduation Stipend | 0 | 0 |
| I.L. Contract Services | 0 | 0 |
| I.L. Educational Training Voucher (ETV) | 141 | $705,000.00 |
| I.L. GED/Certificate of Attendance Stipend | 17 | $3,400.00 |
| I.L. High School Graduation Stipend | 25 | $5,000.00 |
| Initial Pre-Assessment Stipend | 0 | 0 |
| I.L. Personal Enhancement Stipend | 505 | $278,450.45 |
| I.L. Senior Year Stipend | 51 | $25,335.18 |

**2022 Annual Progress and Service Report**

| | | |
|---|---|---|
| I.L. Skill Stipend | 511 | $12,775.00 |
| I.L. Start-up Stipend | 105 | $157,500.00 |
| I.L. Youth Conference Allowance | 0 | 0 |
| **Total** | **1,369** | **$1,195,860.63** |

## B. NYTD Data Collection and Collaboration

Currently, there are no new strategies to strengthen NYTD data collection. The State began offering independent living services to youth ages 14 and up in-house through the newly developed Youth Transition Support Services (YTSS) on June 1, 2018. This allows the agency to improve the outcomes for youth transitioning out of care and broaden the service array available to youth based on individualized needs. NYTD outcomes will directly affect our ability to indicate any gaps in services for youth while in care, during their transition out of care, and once they are out of care by implementing updated policy and procedures identified through the completion of the NYTD survey.

The data captured through NYTD is presented to agency leadership, the Youth Advisory Council and to community partners as evidence to support to ongoing planning to implement services based on lived experience of youth. YTSS is currently developing a redesign to provide individual case management to youth at age 17 until their exit form care as a direct result of information collected through NYTD. The housing and transportation plan submitted by YTSS was built based on the experiences surrounding housing and transportation that youth who exit care have faced. The data captured trough NYTD allows YTSS to identify gaps in services and preparation for youth that could potentially mitigate the adverse outcomes youth are experiencing after their release from care.

The NYTD 2019 reporting period began on October1, 2018. The NYTD 2019 A file was submitted to ACF by May 15, 2019, and the NYTD 2019 B file was submitted to ACF by November 15, 2019. The NYTD 2020 reporting period began on October1, 2019 and the Mississippi NYTD 2020 A Served Population and Baseline Population files were submitted to ACF on May 15, 2020. The Served Population A file contained 694 records and the Baseline Population A file contained 85 records.  The files were compliant and error free. The NYTD 2020 B file will be submitted to ACF by November 15, 2020.   The agency submitted the NYTD 2021 A file on May 5, 2021. There was a total number of 681 records. The file was compliant with no assessed penalties.  Currently, the agency is in the process of collecting the data for the NYTD 2021 B file to be submitted by November 15, 2021.

Youth Transition Support Services provides on-going training and coaching to all MDCPS staff which focuses on YTSS policy, services and NYTD specific documentation instructions and data requirements. Each MDCPS region has an assigned Transition Navigator to provide the needed support to youth and field staff which allows us to capture and report more accurate and consistent data. Stakeholders and community partners are included in the implementation of program and service improvement standards through shared outcome data which is collected through the NYTD

surveys. The data collected through NYTD allows MDCPS to identify how the services we provide impact youth and target any identified gaps.

## C. Coordinating Services with "Other Federal and State Programs for Youth

During the 2021 APSR reporting period, the state continued to collaborate with youth by selecting them to represent their peers in foster care as members of the Teen Advisory Board (TAB). TAB meetings are youth driven and co-facilitated by Transition Navigators. The Mississippi Youth Alumni Board also assist MDCPS/YTSS with program structure and policy development. The Teen Advisory Board and Youth Alumni Board are engaged in the CFCIP, CFSR, NYTD and other related agency efforts through regular scheduled meetings. The state has shifted its focus to a smaller partnership board that consist of MDCPS/YTSS, First Place for Youth and Jim Casey. Through this collaboration, this partnership has worked together to restructure Independent Living program and services.

The Independent Living program continues to coordinate efforts by collaborating with the Mississippi Department of Rehabilitation Services, Jim Casey Youth Opportunities Initiative, Methodist Children's Home (Transitional Living Placement for youth with special needs) and the Mississippi Integrated Basic Education and Skills (MI-best) program (GED/High School diploma attainment with progression into post-secondary school opportunities). Additionally, Independent Living has collaborated with governmental or other community entities to promote a safe transition to independence by reducing the risk that youth and young adults in the child welfare system will be victims of human trafficking.

Collaboration examples consist of ILP implementing Teen Advisory Board and Youth Alumni Boards to engage government and non-profit agencies to assist in providing needed services to transition age youth. Government agencies such as the Mississippi Department of Human Services, Institution of Higher learning (IHL), Community Colleges, Mental Health, Health and Medicaid are engaged to ensure processes to receive services are clear and manageable for youth transitioning out of custody. Non-profit agencies that focus on education, employment, housing, and various needed services are engaged to ensure youth have connections to community-based organizations that can assist them during transition. Participating non-profit agencies are:

o **Methodist Children's Home**: Congregate care/ transitional living facilities.
o **Open Arms Health Clinic**: Health and counseling services; Free STI testing/treatment; and Services for LGBTQ persons.
o **First Place for Youth:** First Place for Youth, based in Oakland California, is an agency that focused on best practices for transition age youth. First Place has partnered with MDPCS to assist in creating the Youth Transition Support Services program design, youth centered training modules and practice guides for MDCPS workers and building capacity for the Jim Casey Youth Opportunities Initiative. First Place for Youth is continuing to partner with MDCPS/YTSS to improve data collection, policy development/implementation, and program design.
o **Jim Casey Youth Opportunities Initiative:** Jim Casey, based in Baltimore, Maryland, is a youth initiative driven agency that focused on youth development based on brain science research and youth empowerment. The agency has partnered with MDCPS and First Place for Youth to implement Race Equity and Inclusion work, the Opportunity Passport Match Savings program and assist MDCPS with building capacity around education and employment

resources. Jim Casey is invested in Mississippi's foster care system. The foundation is continuing to provide financial support implement the Opportunity Passport Program.

o **Mississippi Integrated Basic Education and Skills Training (Mibest):** Mibest, a Mississippi based program, quickly teaches students literacy, work, and college-readiness skills so they can move through school and into living wage jobs. Mibest has dedicated staff and funding to youth who have experienced foster care in Mississippi. This partnership allows MDCPS to connect current and former foster youth to a non-traditional education setting that leads to a living wage job. Mibest continues to look for opportunities to serve older youth in care seeking post-secondary education achievement. MDCPS/YTSS make referrals to Mibest sites based on youth's education goals.

o **Collaboration with Unaccompanied Refugee Minor Programs (URM) for Chafee Services and Education and Training Vouchers:** MDCPS/YTSS works with MDCPS Hinds Co. staff and Catholic Charities to ensure URM youth are aware and offered YTSS and ETV Program opportunities and services. MDCPS works closely with unaccompanied refugee minors in the Education and Training Vouchers Program. MDCPS staff works closely with Catholic Charities' Unaccompanied Refugee Program to ensure that youth are aware of the program and application process. There are currently two URM's in custody and five emancipated URM that are receiving ETV funds. MDCPS/YTSS works with MDCPS Hinds Co. staff and Catholic Charities to ensure URM youth are aware and offered YTSS and ETV Program opportunities and services.

Lastly, YTSS is actively working to fully utilize HUD Housing vouchers for youth transitioning out of care. The State is building a plan to communicate what our need is to each Regional Housing Authority in the state. That plan is not completed. The plan will be finished and partially implemented by June 2020.

## D. Education and Training Vouchers (ETV) Program (section 477(i) of the Act)

Youth Transition Support Services (YTSS) is responsible for enrolling, approving, and tracking current and former foster youth receiving Educational Training Voucher (ETV) funds. This number may increase or decrease from year to year based on the following factors:

o Youth attending accredited post-secondary educational programs.
o Youth's ability to maintain a 2.0 GPA necessary for eligibility.
o Youth completing the enrollment process required to receive funds.
o Youth who are eligible to receive ETV funds based on the federal guidelines.

Yearly ETV enrollment for this reporting period can be found in the ETV (Attachment D). YTSS provides support services to assist with youth achieving educational success based on each youth's identified individual needs.

**ETV Policy Updates**

MDCPS/YTSS policy has been updated to extend eligibility to youth who experienced custody based on the following criteria:

• Youth who have left custody at the age of 16 year or older, and not yet reached 21 years of age;
• Youth who were reunified on or after reaching age 16 and have not yet attained 21 years of age;

**2022 Annual Progress and Service Report**

- Youth who were adopted on or after reaching age 16 and have not attained 21 years of age; and
- Youth who participated in the ETV Program prior to their 21st birthday.

Youth participating in the ETV Program prior to their 21st birthday are eligible to continue receiving ETV funds until their 26th birthday or for a maximum of 60 months. A month is calculated at 30 calendar days. The months of enrollment so not have to be consecutive. Failure of a class or semester will still be counted for use of ETV funds. Youth who have not participated in the ETV program prior to their 21st birthday will not be eligible for ETV funds.

**ETV Financial Disbursements**

Youth are eligible to receive up to $5000.00 per federal fiscal year for post-secondary education advancement. Payment of tuition takes priority over non-tuition post-secondary cost. Youth must present proof of tuition payment or loan approval before ETV funds are released. Youth who apply for ETV funds during the enrollment period specified by MDCPS/YTSS will be eligible to the maximum ETV amount. Youth who enroll after the specified enrollment period ends may receive a decreased amount of ETV funds, based on Chafee ETV availability.

Additional ETV Pandemic Funds are currently being allocated to eligible current and former foster youth and will continue to be utilized until September 30, 2022.

**Division X Supplemental/ETV Funds**

The distribution of the Division X ETV funds will begin October 1, 2021 after youth have enrolled in the ETV Program and for youth who requested pandemic funds for education and meet the Division X requirements. Division X ETV funds will be distributed through the county offices as follows:

- A MACWIS Service request is entered by a county worker
- The service request is approved by the worker's supervisor
- The service request is approved by YTSS
- The bookkeeper issues a purchase order in MACWIS
- Funds are deposited in the county bank account for the purchase order
- A check is written to the youth or provider by the county bookkeeper
- The check is mailed to the youth, or the youth is contacted to pick up the check from the county office based on what the youth indicated on their application

# E. Chafee Training

Chafee training is being provided by the Navigator in their services areas directly to the frontline staff, supervisors, and Regional Directors monthly to ensure the youth receive the supports and services necessary for a successful transition out of foster care. YTSS leadership provides Chafee training during week six of Pre-Service for new hires and Supervisors on an on-going basis.

# F. Consultation with Tribes (section 477(b)(3)(G) of the Act)

YTSS leadership and staff will schedule meetings/trainings with Mississippi Band of Choctaw Indians (MBCI) in 2020. MDCPS consults with MBCI about the program services and activities

to be carried out under the CFIP through written communication. Through meeting with the tribe, the tribe has communicated that there have been no youth to meet Independent Living Services eligibility criteria. Although no youth meet the criteria for Independent Living Services, MDCPS continue its efforts to coordinate program and activities with the tribe. Consistent phone calls, e-mails, and traditional forms of written communication are done to encourage tribal participation. The MDCPS Youth Transition Support Services unit invites Choctaw Child Welfare staff to IL events and program related meetings.  When invited, YTSS will attend Choctaw Child welfare trainings and staff meetings to coordinate services for youth in this population. Within Mississippi, Choctaw Child Welfare operates outside of MDCPS as its own functioning agency.  Although MBCI functions as a separate entity, programs and services continue to be available to youth in the custody of Choctaw Child Welfare. The tribe is constantly made aware of this through email communication.  Normally, all youth who are determined to be members of the Choctaw tribe are fully serviced through their child welfare system without assistance from MDCPS.  Additionally, MDCPS has a Memorandum of Understanding (MOU) with Choctaw Child Welfare Services that outlines how the state shall proceed in administering and supervising services provided by MDCPS.  This MOU guides the procedures in place for both MDCPS and Choctaw Child Welfare to provide needed services to families and youth. There have been no concerns for accessing Chafee services.

## 2022 Update

A partnership between the MBCI has been developed and Choctaw youth will be eligible to receive Division X Pandemic Relief Funds through the John H. Chafee Program administered by the MDCPS Youth Transition Support Services (YTSS) as well as ongoing services and funds provided by MDCPS YTSS began in June of 2021.  As mentioned, stimulus payments along with technology stipends will be issued to all eligible youth.  Through this partnership, YTSS will make all services, programs, initiatives, and stipends available to eligible Choctaw youth as outlined in the MDCPS policy. The processes for documentation and fund requests are being developed by MDCPS leadership to ensure compliance with all federal requirements. The MBCI will be included in the annual MDCPS joint planning session and the Youth Advisory Council (YAC) in an effort to provide the needed services and programs specific to tribal youth through a youth driven model. Eligible tribal youth will receive individualized services from the Transition Navigator assigned to their region.

The Transition Navigators assigned to region IV-N and IV-S make monthly contact with the Mississippi Band of Choctaw Indians (MBCI) to offer supports and services to youth in care age 14 and older that are provided through MDCPS. The services available to the MBCI are as follows:

- Youth Appraisal completion to identify needs
- Community based resources
- Stipends
- Youth Advisory Council participation
- Educational stability support
- ETV enrollment

**2022 Annual Progress and Service Report**

The MBCI are provided the opportunity to request services, resources, and supports through direct communication with the Transition Navigators assigned to their area. The MBCI was also provided the information regarding the Chafee Division X funds application process and the availability of funds for current and former foster youth.

## VIII. Consultation and Coordination Between States and Tribes

As mentioned earlier, the MDCPS collaborated with Mississippi Band of Choctaw Indians to finalize the MOU in October 2020 for the ongoing coordination of engagement between the two entities (see Attachment F). A copy of the state's 2021 APSR final report will be available on MDCPS's website. The MDCPS website is: https://www.mdcps.ms.gov/reports/. Additionally, an electronic copy of the State's 2021 APSR will be emailed to MBCI's designated contact.

### Tribal On-going Collaboration

MDCPS collaborated with Mississippi Band of Choctaw Indians to finalize the MOU in October 2020 for the ongoing coordination of engagement between the two entities (see Attachment F). MDCPS consults with tribe representatives, Mae Bell, Coress Brandon, Melinda Ben, and Alyssa Ben. A copy of the state's 2022 APSR final report will be available on MDCPS's website. The MDCPS website is: https://www.mdcps.ms.gov/reports/. Additionally, an electronic copy of the State's 2022 APSR will be emailed to MBCI's designated contact.

Also, MDCPS and the Choctaw tribe meet quarterly to discuss any issues or concerns and share information and resources. Representatives from MDCPS and the tribe are invited to attend the quarterly meetings. Representatives from MDCPS include a staff attorney; the Eastern Region Office Director; and field staff from the Eastern Region, including Regional Directors, Regional Social Work Supervisors, and Area Social Work Supervisors. Representatives from the tribe include a staff attorney from the Office of the Attorney General, individuals from the Children and Family Services Program, and individuals from the Department of Early Childhood Development.

ICWA sets out federal requirements regarding removal and placement of Native American children in foster or adoptive homes. ICWA aims to preserve tribal culture and safeguard the rights of Native American children to their heritage. There was no Annual Indian Child Welfare (ICWA) Conference due to the COVID-19 pandemic. However, the 10th ICWA Conference is tentatively scheduled for August 25, 2021.

## IX. Supplemental CAPTA Funding (American Rescue Plan)

The Prevention Unit plans to release RFPs in efforts to diverse intensive in-home services and to expand access to primary and secondary prevention services. These services will include but are not limited to: Respite Care, Parenting Education/Support Services, Case Management services, Fatherhood Initiatives, Mentoring, and other primary and secondary prevention services. Currently, the RFPs are in the beginning stages. These RFPs will be available for viewing in the CBCAP Report in January. The plan is to have at least three subgrantees targeting North, South, and Central Mississippi.