RECEIVED BY PERSONNEL

JUL 2 6 2018

# Mississippi State Personnel Board
## Performance Development Assessment

Revision Date: May 21, 2013

○ Management    ● Non-management

## A. Demographics/Signatures

### Section 1. Employee Demographics

ACE Id: **AF4546693**

Number of People Supervised: 

Employee Name: **Ashley Falgout**

Job Title: **Program Administrator, I.L.**    PIN: **122**

Agency: **Ms. Dept. of Child Protection Services**    County: **SO**

Supervisor Name: **Mario Johnson**

Assessment Start Date: **July** | **01** | **2017**

Assessment Completion Date: **June** | **30** | **2018**

Reason for Assessment:

○ Promotion    ○ Transfer    ● Reallocation    ○ Reclassification

○ Resignation    ○ New Duties    ○ Annual    ○ Other

First Level Reviewer Signature: _____    Date: _____

The supervisor has reviewed with me the Job Duties, Individual Development Plan, Competencies and Behavioral Anchors.

Employee Signature: _____    Date: _____

Supervisor Signature: _____    Date: _____

### Section 2. Review and Feedback Acknowledgement

Employee Signature: _____    Date: _____

Supervisor Signature: _____    Date: _____

### Section 3. Final Assessment Rating

**3.5**

4    Outstanding    2 - 2.9 Improvement Needed

3 - 3.9 Successful    1 - 1.9 Not Demonstrated

First Level Reviewer Signature: _____    Date: **7/26/18**

Employee Signature: _____    Date: **7-25-18**

Supervisor Signature: _____    Date: **07-25-2018**

I acknowledge that this assessment has been discussed with me and I do __X__ do not _____ concur with this rating.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDCPS 00225

Exhibit "J" Plaintiff's Performance Reviews at 000001

RECEIVED BY PERSONNEL

JUL 2 8 2016

## B. Job Content - statements which describe a distinct, major role or function assigned to a position which is a principal responsibility and which occupies a significant portion of work time.

| Job Complexity | 2. Routine or repetitive and follows prescribed standards |
|---|---|

**Job Summary** *(Short statement of the job's basic purpose; why the job exists.)*

Supervise Youth Transition Support Service field staff, oversee the implementation of transition support service programs and direct oversee the MDCPS human trafficking process.

---

**Duty Statement #1**

Oversee the implementation of the MDCPS Human Trafficking processes and procedures statewide.

| % of Time Devoted to this Duty | 50 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) | |
|---|---|---|---|---|
| ○ Essential  or   ○ Marginal | | Regularly | Choose One: | 4 - High |

**Duty Statement #2**

Oversee the implementation of Youth Transition Support Services field programs and services and implement the National Youth in Transition Database (NYTD) program statewide.

| % of Time Devoted to this Duty | 20 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) | |
|---|---|---|---|---|
| ○ Essential  or   ○ Marginal | | Regularly | Choose One: | 3 - Moderate |

**Duty Statement #3**

Supervise Youth Transition Support Services Transition Navigators.

| % of Time Devoted to this Duty | 20 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) | |
|---|---|---|---|---|
| ○ Essential  or   ○ Marginal | | Regularly | Choose One: | 3 - Moderate |

Employee Initials: _AF_

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   MDCPS 00226

| Duty Statement #4 | | | | |
|---|---|---|---|---|
| Continuously monitor human trafficking and National Youth in Transition Database (NYTD) policy changes and program updates. | | | | |
| % of Time Devoted to this Duty | 10 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) | |
| ⊙ Essential   or   ○ Marginal | | Periodically | Choose One: | 3 – Moderate |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDCPS 00227

Exhibit J Plaintiff's Performance Reviews at 000003

## C. Competency Assessment

| Public Sector Core Competencies | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|
| **1. INTEGRITY** - Demonstrates a sense of responsibility and commitment to the public trust through statements and actions. | | | | | | |

| INTEGRITY - Behavioral Anchors | | | | | | |
|---|---|---|---|---|---|---|
| | | Remove Behavioral Anchor(s) | | | | |
| Models high standards of integrity, trust, openness and respect for others. | Yes | ☐ | ✔ | ☐ | ☐ | ☐ |

**RESULTS FOR INTEGRITY:** | 3 |

Comments

| **2. WORK ETHIC** - Is productive, diligent, conscientious, timely and loyal. |
|---|

| WORK ETHIC - Behavioral Anchors | | | | | | |
|---|---|---|---|---|---|---|
| | | Remove Behavioral Anchor(s) | | | | |
| Abides by program policy and guidelines governing work. | Yes | ✔ | ☐ | ☐ | ☐ | ☐ |

**RESULTS FOR WORK ETHIC:** | 4 |

Comments

| **3. SERVICE ORIENTATION** - Demonstrates a commitment to quality public service through statements and actions. |
|---|

| SERVICE ORIENTATION - Behavioral Anchors | | | | | | |
|---|---|---|---|---|---|---|
| | | Remove Behavioral Anchor(s) | | | | |
| Provides accurate and timely services to Transition Navigator and COR workers. | Yes | ☐ | ✔ | ☐ | ☐ | ☐ |

**RESULTS FOR SERVICE ORIENTATION:** | 3 |

Employee Initials: _AF_

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDOC-S 00226

Exhibit J Plaintiff's Performance Reviews at 000004

Comments:

## 4. ACCOUNTABILITY - Accepts responsibility for actions and results.

ACCOUNTABILITY - Behavioral Anchors

Remove Behavioral Anchor(s)

| Focuses on quality and expends the necessary time and effort to achieve goals | Yes | ✓ | | | | |

RESULTS FOR ACCOUNTABILITY:    4

Comments:

## 5. SELF MANAGEMENT SKILLS - Effectively manages emotions and impulses and maintains a positive attitude.

SELF MANAGEMENT SKILLS - Behavioral Anchors

Remove Behavioral Anchor(s)

| Works effectively and cooperatively with others to achieve program goals. | Yes | | ✓ | | | |

RESULTS FOR SELF-MANAGEMENT SKILLS:    3

Comments:

## 6. INTERPERSONAL SKILLS - Shows understanding, courtesy, tact, empathy and concern to develop and maintain relationships.

INTERPERSONAL SKILLS - Behavioral Anchors

Remove Behavioral Anchor(s)

| Demonstrates cross cultural sensitivity and understanding | Yes | | ✓ | | | |

RESULTS FOR INTERPERSONAL SKILLS:    3

Comments:

## 7. COMMUNICATION SKILLS - Receives, attends to, interprets, and responds to verbal messages and expresses information to individuals or groups effectively.

Employee Initials: AF

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDOC'S 00225

Exhibit J Plaintiff's Performance Reviews at 000005

COMMUNICATION SKILLS - Behavioral Anchors

| | Remove Behavioral Anchor(s) | | | | |
|---|---|---|---|---|---|
| Receives other cues such as body language in ways that are appropriate to listeners and situation. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |
| Makes verbal presentations related to Youth Transition Support Services. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |

| RESULTS FOR COMMUNICATION SKILLS: | 3.5 |
|---|---|

Comments

8. **SELF-DEVELOPMENT** - Adapts behavior or work methods in response to new information, changing conditions, or unexpected obstacles.

SELF-DEVELOPMENT - Behavioral Anchors

| | Remove Behavioral Anchor(s) | | | | |
|---|---|---|---|---|---|
| Uses training, feedback and other opportunities for self-learning and development. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |

| RESULTS FOR SELF-DEVELOPMENT: | 3 |
|---|---|

Comments

| Technical Competencies | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|

1. **TECHNICAL PROFICIENCY** - The ability and willingness to exhibit competency in the technical areas needed to do a specific **job**.

TECHNICAL PROFICIENCY - Behavioral Anchors

| | Remove Behavioral Anchor(s) | | | | |
|---|---|---|---|---|---|
| Performs tasks with a minimum amount of supervision in areas that are familiar. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |

| RESULTS FOR TECHNICAL PROFICIENCY: | 3 |
|---|---|

Comments

Employee Initials: _AF_

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDOC'S 00206
Exhibit "J" Plaintiff's Performance Reviews at 000006

**2. WORKFLOW MANAGEMENT** - The ability and willingness to perform work within defined specifications and timelines and to manage conflicting priorities.

WORKFLOW MANAGEMENT - Behavioral Anchors

| | | Remove Behavioral Anchor(s) | | | | |
|---|---|---|---|---|---|---|
| Operates under specific time constraints and within specified deadlines | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |
| Effectively prioritizes tasks to meet time-lines | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |

RESULTS FOR WORKFLOW MANAGEMENT: 4

Comments:

**3. PROBLEM SOLVING/DECISION MAKING** - The ability and willingness to work with people and to identify problems in order to effectively and efficiently complete assigned tasks.

PROBLEM SOLVING/DECISION MAKING - Behavioral Anchors

| | | Remove Behavioral Anchor(s) | | | | |
|---|---|---|---|---|---|---|
| Exhibits ability to identify and address issues that arise. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |
| Ensures that all problems encountered are addressed at the appropriate level and communicates all relevant information on a timely basis. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |
| Exercises sound reasoning. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |
| Effectively deals with difficult issues and people. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |
| Displays the ability and willingness to work with other MDHS programs to collectively complete assigned tasks and address problems as they arise. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |

RESULTS FOR PROBLEM SOLVING/DECISION MAKING: 3.4

Comments:

Employee Initials: _AF_

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDHS 00207

**4. STAKEHOLDER RELATIONS** - The ability and willingness to interact and communicate effectively with **stakeholders.**

STAKEHOLDER RELATIONS - Behavioral Anchors

| | | | Remove Behavioral Anchor(s) | | | | |
|---|---|---|---|---|---|---|---|
| Acts as advocate for agency policy. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Provide stakeholders with accurate information in an effort to reduce the occurrences of future problems. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Supports agency mission and goals in all interactions with internal and external stakeholders. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ | ☐ |

RESULTS FOR STAKEHOLDER RELATIONS:    4

Comments

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDOC'S 00292

Exhibit J Plaintiff's Performance Reviews at 000008

## D. Individual Development Plan/Performance Improvement Plan

Check appropriate plan type:

Individual Development Plan (IDP) ☐    Informal Efforts (IE) ☐    Performance Improvement Plan (PIP) ☐

| Start Period: | July | 01 | 2017 |
|---|---|---|---|
| Completion Period: | June | 30 | 2018 |

**Short Term Career Goals:** To provide extensive training for MDCPS staff in the area of transitional living services in an effort
To accomplish in 1-2 years. to strengthen direct practice.

**Long Term Career Goals:** To strengthen COR workers knowledge and influence direct practice with youth ages 14-21.
To accomplish in 3-5 years.

| Competencies/ Behavioral Indicators | | Development Activities | Target Date for Completion | Evaluations/ Outcomes | Date of Actual Completion |
|---|---|---|---|---|---|
| Technical Proficiency | To become more familiar with agency systems. | Utilize reports to identify areas of improvement. | Ongoing | | Ongoing |
| Problem solving/ Decision making | Become more familiar with agency policies outside of Transition Support Services work | Participate in MDCPS trainings. | Ongoing | | Ongoing |
| Work flow management | Continue to manage task effectively. | Continue to prioritize task. | Ongoing | | Ongoing |

| First Level Reviewer Signature: | _(signature)_ | Date: 7/26/18 |
|---|---|---|
| Employee Signature: | _(signature)_ | Date: 7·25·18 |
| Supervisor Signature: | _(signature)_ | Date: 07·25·267 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDCPS 00208

Exhibit "J" Plaintiff's Performance Reviews at 000009

Exhibit "J" at 000010

# Mississippi State Personnel Board
## Performance Development Assessment

Revision Date: May 21, 2013

○ Management    ◉ Non-management

## A. Demographics/Signatures

### Section 1.  Employee Demographics

ACE Id: **AF4546693**

Number of People Supervised: [ ]

Employee Name: **Ashley Falgout**

Job Title: **Program Administrator, I.L.**    PIN: **122**

Agency: **MS Dept. Of Child Protection Services**    County: **SO**

Supervisor Name: **Mario Johnson**

Assessment Start Date: **November** | **01** | **2016**

Assessment Completion Date: **October** | **31** | **2017**

Reason for Assessment:    ○ Promotion    ○ Transfer    ◉ Reallocation    ○ Reclassification

○ Resignation    ○ New Duties    ○ Annual    ○ Other

First Level Reviewer Signature: _____    Date: _____

The supervisor has reviewed with me the Job Duties, Individual Development Plan, Competencies and Behavioral Anchors.

Employee Signature: _____    Date: _____

Supervisor Signature: _____    Date: _____

### Section 2.  Review and Feedback Acknowledgement

Employee Signature: _____    Date: _____

Supervisor Signature: _____    Date: _____

### Section 3.  Final Assessment Rating

**3.5**

4    Outstanding    2 - 2.9 Improvement Needed

3 - 3.9 Successful    1 - 1.9 Not Demonstrated

First Level Reviewer Signature: _____    Date: _____

Employee Signature: _____    Date: **10·12·2017**

Supervisor Signature: _____    Date: **10·12·2017**

I acknowledge that this assessment has been discussed with me and I do **✓** do not _____ concur with this rating.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDCPS 00

Exhibit "J" at 000011

**B. Job Content -** statements which describe a distinct, major role or function assigned to a position which is a principal responsibility and which occupies a significant portion of work time.

| Job Complexity | 2. Routine or repetitive and follows prescribed standards |
|---|---|

**Job Summary** *[Short statement of the job's basic purpose; why the job exists.]*

Supervise the Mississippi NYTD program.
Maintain the Mississippi NYTD portal.
Maintain correspondence with NYTD eligible youth pertaining to NYTD participation.
Assist youth and workers with Independent Living requirements and questions.
Develop, plan and facilitate Independent Living Training for MDHS staff.
Supervise the Transitional Living Apartment Placement Program to ensure the youth and contract staff meet the policy requirements of the program.
Assist youth and workers with the ETV application and approval process.
Approve/Deny requests entered into MACWIS.
Coordinate, plan and facilitate the Independent Living Computer Camp.
Assist with any Independent Living activities as needed.

---

**Duty Statement #1**

Supervise the Mississippi NYTD program.
Maintain the Mississippi NYTD portal.
Maintain correspondence with NYTD eligible youth pertaining to NYTD participation.

| % of Time Devoted to this Duty | 50 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) | |
|---|---|---|---|---|
| ⊙ Essential   or   ○ Marginal | | Regularly | Choose One: | 5 - Serious |

**Duty Statement #2**

Assist youth and workers with Independent Living requirements and questions.
Develop, plan and facilitate Independent Living Training for MDHS staff.
Supervise the Transitional Living Apartment Placement Program to ensure the youth and contract staff meet the policy requirements of the program.

| % of Time Devoted to this Duty | 25 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) | |
|---|---|---|---|---|
| ⊙ Essential   or   ○ Marginal | | Regularly | Choose One: | 4 - High |

Employee Initials: _AF_

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDCPS 000011

Exhibit "J" Plaintiffs Performance Reviews  at 000011

Exhibit "J" at 000012

| Duty Statement #3 | | | | |
|---|---|---|---|---|
| Coordinate, plan and facilitate the Independent Living Computer Camp. Assist with any Independent Living activities as needed. | | | | |
| % of Time Devoted to this Duty | 25 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) | |
| ⦿ Essential    or    ○ Marginal | | Periodically | Choose One: | 3 - Moderate |

Exhibit "J" at 000013

## C. Competency Assessment

| Public Sector Core Competencies | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|
| **1. INTEGRITY** - Demonstrates a sense of responsibility and commitment to the public trust through statements and actions. | | | | | | |

INTEGRITY- Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Models and demonstrates high standards of integrity, trust, openness and respect for others. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |

**RESULTS FOR INTEGRITY:** 3

Comments:

---

**2. WORK ETHIC** - Is productive, diligent, conscientious, timely and loyal.

WORK ETHIC - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Conscientiously abides by the rules, regulations and procedures governing work. | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ |

**RESULTS FOR WORK ETHIC:** 4

Comments:

---

**3. SERVICE ORIENTATION** - Demonstrates a commitment to quality public service through statements and actions.

SERVICE ORIENTATION - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Provides accurate and timely service. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |

**RESULTS FOR SERVICE ORIENTATION:** 3

Employee Initials: _AF_

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDCPS 0

Exhibit "J" Plaintiff's Performance Reviews at 000013

Comments:

## 4. ACCOUNTABILITY - Accepts responsibility for actions and results.

ACCOUNTABILITY - Behavioral Anchors

| | | Remove Behavioral Anchor(s) | | | |
|---|---|---|---|---|---|

| Focuses on quality and expends the necessary time and effort to achieve goals. | Yes | ✓ | | | | |
| Works to move special projects and initiatives forward. | Yes | ✓ | | | | |

**RESULTS FOR ACCOUNTABILITY:** 4

Comments:

## 5. SELF MANAGEMENT SKILLS - Effectively manages emotions and impulses and maintains a positive attitude.

SELF MANAGEMENT SKILLS - Behavioral Anchors

| Works effectively and cooperatively with others to achieve goals. | Yes | | ✓ | | | |

**RESULTS FOR SELF-MANAGEMENT SKILLS:** 3

Comments:

## 6. INTERPERSONAL SKILLS - Shows understanding, courtesy, tact, empathy and concern to develop and maintain relationships.

INTERPERSONAL SKILLS - Behavioral Anchors

| Demonstrates cross-cultural sensitivity and understanding. | Yes | ✓ | | | | |

**RESULTS FOR INTERPERSONAL SKILLS:** 4

Comments:

Employee Initials: AF

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDOC'S 000014

Exhibit "J" at 000015

## 7. COMMUNICATION SKILLS - Receives, attends, to, interprets, and responds to verbal messages and expresses information to individuals or groups effectively.

COMMUNICATION SKILLS - Behavioral Anchors

Remove Behavioral Anchor(s)

| | | | | | | |
|---|---|---|---|---|---|---|
| Receives other cues such as body language in ways that are appropriate to listeners and situations. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |
| Makes oral presentations related to Independent Living. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |

**RESULTS FOR COMMUNICATION SKILLS:** | 4 |

Comments:

## 8. SELF-DEVELOPMENT - Adapts behavior or work methods in response to new information, changing conditions, or unexpected obstacles.

SELF-DEVELOPMENT - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Uses training, feedback, or other opportunities for self-learning and development. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |

**RESULTS FOR SELF-DEVELOPMENT:** | 3 |

Comments:

| Technical Competencies | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|

## 1. TECHNICAL PROFICIENCY - The ability and willingness to exhibit competency in the technical areas needed to do a specific job.

TECHNICAL PROFICIENCY - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Performs work with a minimum amount of supervision in areas that are familiar. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |

**RESULTS FOR TECHNICAL PROFICIENCY:** | 3 |

Employee Initials: 

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    MDOC'S 002295

Exhibit "J" Plaintiff's Performance Reviews at 000015

Comments:

---

2. **WORKFLOW MANAGEMENT** - The ability and willingness to perform work within defined specifications and timelines and to manage conflicting priorities.

WORKFLOW MANAGEMENT - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Operates under specific time constraints and within specified deadlines. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |
| Effectively prioritizes tasks in order to meet timelines. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |
| Works on appropriate priorities to get the job done. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |

**RESULTS FOR WORKFLOW MANAGEMENT:** 3.7

Comments:

---

3. **PROBLEM SOLVING/DECISION MAKING** - The ability and willingness to work with people and to identify problems in order to effectively and efficiently complete assigned tasks.

PROBLEM SOLVING/DECISION MAKING - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Exhibits ability to identify and address issues that arise. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |
| Ensures that all problems encountered are addressed at the appropriate level and communicates all relevant information on a timely basis with accuracy and completeness. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |
| Exercises sound reasoning. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |
| Effectively deals with difficult issues and people. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - MSPB 000016
Exhibit "J" Plaintiff's Performance Reviews at 000016

Employee Initials: AF

Exhibit "J" at 000017

| Displays the ability and willingness to work with other officers or other divisions in order to collectively complete assigned tasks or problems as they arise. | Yes | | ✓ | | | |
|---|---|---|---|---|---|---|

| RESULTS FOR PROBLEM SOLVING/DECISION MAKING: | 3.4 |
|---|---|

Comments:

---

## 4. STAKEHOLDER RELATIONS - The ability and willingness to interact and communicate effectively with stakeholders.

STAKEHOLDER RELATIONS - Behavioral Anchors

| Proactively provides stakeholders with proper information in an effort to reduce the occurrence of future problems. | Yes | | ✓ | | | |
|---|---|---|---|---|---|---|
| Supports the agency mission and goals in all interactions with internal and external stakeholders. | Yes | | ✓ | | | |
| Acts as an advocate for agency policy. | Yes | | ✓ | | | |

| RESULTS FOR STAKEHOLDER RELATIONS: | 3 |
|---|---|

Comments:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDOT'S 0xxxx    Exhibit "J" Plaintiff's Performance Reviews at 000017

Exhibit "J" at 000018

## D. Individual Development Plan/Performance Improvement Plan

Check appropriate plan type:

Individual Development Plan (IDP) [✓]     Informal Efforts (IE) [ ]     Performance Improvement Plan (PIP) [ ]

Start Period: | November | 01 | 2016

to:

Completion Period: | October | 31 | 2017

| **Short Term Career Goals:** To accomplish in 1-2 years. | To provide extensive training for MDCPS staff in the area of Independent Living to improve services offered to youth in care. |
|---|---|

| **Long Term Career Goals:** To accomplish in 3-5 years. | To provide intensive individual training for specific Independent Living related issues. |
|---|---|

| Competencies/ Behavioral Anchors | Goals | Development Activities | Target Date for Completion | Evaluations/ Outcomes | Date of Actual Completion |
|---|---|---|---|---|---|
| Technical Proficiency | To become more familiar with agency systems. | Utilize reports to identify areas of improvement. | ongoing | | Ongoing |
| Problem solving/Decision making | To become more familiar with agency policies outside the I.L. area. | Participate in other DFCS trainings. | Ongoing | | Ongoing |
| Work flow management | To continue to manage tasks effectively. | Continue utilizing a schedule of events to prioritize tasks. | Ongoing | | Ongoing |

First Level Reviewer Signature: _____     Date: _____

Employee Signature: _____     Date: 10 . 12 . 2017

Supervisor Signature: _____     Date: 10 . 12 . 2017

Employee Initials: AF

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDCPS 000018

Exhibit "J" at 000019
DocuSign Envelope ID: 5108B197-B485-499A-AFF7-1F71-158483C2

## Mississippi State Personnel Board
### Performance Development Assessment

Revision Date: January 15, 2013

○ Management    ● Non-management

## A. Demographics/Signatures

### Section 1. Employee Demographics

ACE Id: **AF546693**

Number of People Supervised: **5**

Employee Name: **Ashley Falgout**

Job Title: **Division Director II**    PIN: **122**

Agency: **MDCPS**    County: **State Office**

Supervisor Name: **Marcus Davenport**

| | | | |
|---|---|---|---|
| Assessment Start Date: | September | 01 | 2019 |
| Assessment Completion Date: | August | 30 | 2020 |

**Reason for Assessment:**

● Promotion    ○ Transfer    ○ Reallocation    ○ Reclassification

○ Resignation    ○ New Duties    ○ Annual    ○ Other

First Level Reviewer Signature: _____ Date: _____

The supervisor has reviewed with me the Job Duties, Individual Development Plan, Competencies and Behavioral Anchors.

Employee Signature: _Ashley Falgout_    Date: _9 28 2020_

Supervisor Signature: _____ Date: _____

### Section 2. Review and Feedback Acknowledgement

Employee Signature: _Ashley Falgout_    Date: _9 28 2020_

Supervisor Signature: _____ Date: _____

### Section 3. Final Assessment Rating

**3.2**

4   Outstanding    2 - 2.9 Improvement Needed

3 - 3.9 Successful    1 - 1.9 Not Demonstrated

First Level Reviewer Signature _Tonya Rogillio_    Date: 9/29/2020 | 8:24 AM CDT
DocuSigned by:
D40524BB6F71460

Employee Signature: _Ashley Falgout_    Date: _9 28 2020_

Supervisor Signature: _M Davenport_    Date: _9/29/2020_

I acknowledge that this assessment has been discussed with me and I do __X__ do not _____ concur with this rating.

_(AF)_

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDCPS 00209    Exhibit J Plaintiffs Performance Reviews at 000019

DocuSign Exhibit "J" at 89002497-B485-499A-AFF7-1F7r158483C2

## B. Job Content – statements which describe a distinct, major role or function assigned to a position which is a principal responsibility and which occupies a significant portion of work time.

| Job Complexity | 1. Routine or highly repetitive and simple |
|---|---|

**Job Summary** *[Short statement of the job's basic purpose; why the job exists.]*

This is one of two director's positions that oversee the transition navigators' work in the Independent Living Unit.

### Duty Statement #1

Oversees the day to day work of transition navigators as they work with youth 14 and older on life skills.

| % of Time Devoted to this Duty | 60 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) |
|---|---|---|---|
| ⦿ Essential   or   ○ Marginal | | Regularly | Choose One:   3 - Moderate |

### Duty Statement #2

Assists with MSA quarterly reporting relating to the Independent Living Unit's work.

| % of Time Devoted to this Duty | 30 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) |
|---|---|---|---|
| ⦿ Essential   or   ○ Marginal | | Regularly | Choose One:   3 - Moderate |

### Duty Statement #3

Completes other duties as assigned by the Director of Permanency.

| % of Time Devoted to this Duty | 10 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) |
|---|---|---|---|
| ○ Essential   or   ⦿ Marginal | | Periodically | Choose One:   3 - Moderate |

Employee Initials: ___

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   MDHS 002110

Exhibit J Plaintiff's Performance Reviews at 000020

DocuSign Envelope ID: 00002197-B485-499A-AFF7-1F7r l58483C2
Exhibit "J" at 000021

## C. Competency Assessment

| Public Sector Core Competencies | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|
| **1. INTEGRITY** - Demonstrates a sense of responsibility and commitment to the public trust through statements and actions. | | | | | | |

INTEGRITY- Behavioral Anchors

| | | | | Remove Behavioral Anchor(s) | | |
|---|---|---|---|---|---|---|
| Models and demonstrates high standards of integrity, trust, openness and respect for others. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Demonstrates integrity by honoring commitments and promises. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Demonstrates integrity by maintaining necessary confidentiality. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |

| RESULTS FOR INTEGRITY: | 3 |
|---|---|

Comments:

| | | | | | | |
|---|---|---|---|---|---|---|
| **2. WORK ETHIC** - Is productive, diligent, conscientious, timely and loyal. | | | | | | |

WORK ETHIC - Behavioral Anchors

| | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|
| Conscientiously abides by the rules, regulations and procedures governing work. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Meets deadlines. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Work product is of high quality. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Sticks with assigned tasks until they are completed correctly. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |

Employee Initials:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   MDOC'S 00211
Exhibit J Plaintiffs Performance Reviews  at 000021

DocuSign Envelope ID: B06D2297-B485-499A-AFF7-1F7F658483C2

| Takes ownership of tasks and duties. | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ |

**RESULTS FOR WORK ETHIC:** [ 3.2 ]

Comments:

## 3. SERVICE ORIENTATION - Demonstrates a commitment to quality public service through statements and actions.

SERVICE ORIENTATION - Behavioral Anchors

| Seeks to understand and meet and/or exceed the needs and experiences of customers. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Treats customers with respect, responding to requests in a professional manner, even in difficult circumstances. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Provides accurate and timely service. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Develops positive relationships with customers. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Gets first-hand customer information and uses it to improve products and/or services. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |

**RESULTS FOR SERVICE ORIENTATION:** [ 3 ]

Comments:

## 4. ACCOUNTABILITY - Accepts responsibility for actions and results.

ACCOUNTABILITY - Behavioral Anchors

| Is productive and carries fair share of the workload. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Focuses on quality and expends the necessary time and effort to achieve goals. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |

MSPB Performance Development Assessment

Employee Initials: _____

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDOC'S 00212

Exhibit J Plaintiff's Performance Reviews at 000022

DocuSign Envelope ID: B18D4197-B486-499A-AFF7-1F7F158485C2
Exhibit "J" at 000023

| | | | | | | |
|---|---|---|---|---|---|---|
| Demonstrates loyalty to the job and the agency and is a good steward of state assets. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Steadfastly persists in overcoming obstacles and pushes self for results. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Maintains necessary attention to detail to achieve high level performance. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Deals effectively with pressure and recovers quickly from setbacks. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Takes ownership of tasks, performance, standards and mistakes. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Has knowledge of how to perform one's job. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Knows the organization's mission and functions and how it fits into state government. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |

**RESULTS FOR ACCOUNTABILITY:** 3

Comments:

## 5. SELF MANAGEMENT SKILLS - Effectively manages emotions and impulses and maintains a positive attitude.

SELF MANAGEMENT SKILLS - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Encourages and facilitates cooperation, pride, trust and group identity. | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ |
| Fosters commitment and team spirit. | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ |
| Works effectively and cooperatively with others to achieve goals. | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ |
| Treats all people with respect, courtesy, and consideration. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Communicates effectively. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Remains open to new ideas and approaches. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Avoids conflicts of interest. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Promotes cooperation and teamwork. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |

Employee Initials: _____

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDOC'S 00213

Exhibit "J" Plaintiff's Performance Reviews at 000023

| | | | | | | |
|---|---|---|---|---|---|---|
| Continuously evaluates and adapts; copes effectively with change. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| Allows self and others to make mistakes and learns from those mistakes. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| Adheres to high ethical standards. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

**RESULTS FOR SELF-MANAGEMENT SKILLS:** 3.3

Comments:

## 6. INTERPERSONAL SKILLS - Shows understanding, courtesy, tact, empathy and concern to develop and maintain relationships.

INTERPERSONAL SKILLS - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Demonstrates cross-cultural sensitivity and understanding. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| Identifies and seeks to solve problems and prevent or resolve conflict situations. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| Encourages others through positive reinforcement. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| Expresses facts and ideas both verbally and in writing in a clear, convincing and organized manner, helping others translate vision into action. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| Models appropriate behavior. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| Recognizes and develops potential in others; mentors. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| Builds constructive and effective relationships. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

**RESULTS FOR INTERPERSONAL SKILLS:** 3

Comments:

## 7. COMMUNICATION SKILLS - Receives, attends to, interprets, and responds to verbal messages and expresses information to individuals or groups effectively.

Employee Initials: AF

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDOC'S 00214
Exhibit J Plaintiff's Performance Reviews at 000024

DocuSign Envelope ID: B18D4197-B485-499A-AFF7-1F7F158483C2
Exhibit "J" at 000025

| COMMUNICATION SKILLS - Behavioral Anchors | | | | | | |
|---|---|---|---|---|---|---|
| Receives other cues such as body language in ways that are appropriate to listeners and situations. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| Takes into account the audience and nature of the information. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| Listens to others, attends to nonverbal cues, and responds appropriately. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| May make oral presentations. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| Communicates ideas, suggestions, and concerns, as well as outcomes and progress, throughout the process of an activity. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| Provides thorough and accurate information. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| Can accurately restate the opinions of others even when he/she disagrees. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

**RESULTS FOR COMMUNICATION SKILLS:**   3

Comments:

8. **SELF-DEVELOPMENT** - Adapts behavior or work methods in response to new information, changing conditions, or unexpected obstacles.

| SELF-DEVELOPMENT - Behavioral Anchors | | | | | | |
|---|---|---|---|---|---|---|
| Seeks efficient learning techniques to acquire and apply new knowledge and skills. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| Uses training, feedback, or other opportunities for self-learning and development. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| Develops and enhances skills to adapt to changing organizational needs. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| Remains open to change and new information and ideas. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   MDOC'S 00215
Exhibit J Plaintiff's Performance Reviews  at 000025

DocuSign Envelope ID: B18D4197-B485-499A-AFF7-1F7F 158483C2
Exhibit J at 000026

| | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|
| Is committed to and actively works to continuously improve himself/herself. | | | ✓ | | | |

**RESULTS FOR SELF-DEVELOPMENT:** 3

Comments:

| **Technical Competencies** | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|

1. **TECHNICAL PROFICIENCY** - The ability and willingness to exhibit competency in the technical areas needed to do a specific job.

TECHNICAL PROFICIENCY - Behavioral Anchors

| | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|
| Reads, comprehends, and correctly applies all rules, regulations, and policies applicable to work assignments. | | | ✓ | | | |
| Performs work with a minimum amount of supervision in areas that are familiar. | | | ✓ | | | |

**RESULTS FOR TECHNICAL PROFICIENCY:** 3

Comments:

2. **WORKFLOW MANAGEMENT** - The ability and willingness to perform work within defined specifications and timelines and to manage conflicting priorities.

WORKFLOW MANAGEMENT - Behavioral Anchors

| | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|
| Operates under specific time constraints and within specified deadlines. | | | ✓ | | | |
| Effectively prioritizes tasks in order to meet timelines. | | | ✓ | | | |
| Works on appropriate priorities to get the job done. | | ✓ | | | | |

**RESULTS FOR WORKFLOW MANAGEMENT:** 3.4

Employee Initials: AF

MSPB Performance Development Assessment

Page 8 of 11

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    MDOC'S 00216
Exhibit J Plaintiff's Performance Reviews  at 000026

DocuSign Envelope ID: B18D4197-B485-499A-AFF7-1F... 58483C2
Exhibit "J" at 000027

Comments:

## 3. PROBLEM SOLVING/DECISION MAKING - The ability and willingness to work with people and to identify problems in order to effectively and efficiently complete assigned tasks.

PROBLEM SOLVING/DECISION MAKING - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Exhibits ability to identify and address issues that arise. | | ✓ | | | | |
| Ensures that all problems encountered are addressed at the appropriate level and communicates all relevant information on a timely basis with accuracy and completeness. | | | ✓ | | | |
| Exercises sound reasoning. | | | ✓ | | | |
| Effectively deals with difficult issues and people. | | | ✓ | | | |
| Displays the ability and willingness to work with other officers or other divisions in order to collectively complete assigned tasks or problems as they arise. | | | ✓ | | | |

RESULTS FOR PROBLEM SOLVING/DECISION MAKING:    3.2

Comments:

## 4. STAKEHOLDER RELATIONS - The ability and willingness to interact and communicate effectively with stakeholders.

STAKEHOLDER RELATIONS - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Proactively provides stakeholders with proper information in an effort to reduce the occurrence of future problems. | | | ✓ | | | |
| Supports the agency mission and goals in all interactions with internal and external stakeholders. | | ✓ | | | | |

Employee Initials: AF

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER  MDOC'S 00217
Exhibit J Plaintiff's Performance Reviews at 000027

DocuSign Envelope ID: B18D4197-B485-499A-AFF7-1F7F158483C2
Exhibit "J" at 000028

| Acts as an advocate for agency policy. | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ |

**RESULTS FOR STAKEHOLDER RELATIONS:** 3.7

Comments:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDOC'S 00213

Exhibit J Plaintiff's Performance Reviews at 000028

DocuSign Envelope ID: 808529 97-B485-499A-AFF7-1F7r158483C2
Exhibit K at 000029

## D. Individual Development Plan/Performance Improvement Plan

Check appropriate plan type:

Individual Development Plan (IDP) ☐    Informal Efforts (IE) ☐    Performance Improvement Plan (PIP) ☐

| Start Period: | September | 01 | 2019 |
| to: | | | |
| Completion Period: | August | 30 | 2020 |

| Short Term Career Goals: To accomplish in 1-2 years. | |
| Long Term Career Goals: To accomplish in 3-5 years. | |

| Competencies/ Behavioral Anchors | Goals | Development Activities | Target Date for Completion | Evaluations/ Outcomes | Date of Actual Completion |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

First Level Reviewer Signature: *Tonya Rogillio*    Date: 9/29/2020 | 8:24 AM CDT

Employee Signature: _____    Date: 9.28 2020

Supervisor Signature: _____    Date: 9/29/2020

Employee Initials: AF

Page 11 of 11

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDOC'S 00219
Exhibit J Plaintiffs Performance Reviews at 000029

# Mississippi State Personnel Board
## Performance Development Assessment

Revision Date: January 15, 2013

○ Management    ● Non-management

## A. Demographics/Signatures

### Section 1. Employee Demographics

ACE Id: AF546693

Number of People Supervised: 5

Employee Name: Ashley Falgout

Job Title: Division Director II    PIN: 122

Agency: MDCPS    County: State Office

Supervisor Name: Marcus Davenport

Assessment Start Date: September    01    2019

Assessment Completion Date: August    30    2020

Reason for Assessment:    ● Promotion    ○ Transfer    ○ Reallocation    ○ Reclassification

○ Resignation    ○ New Duties    ○ Annual    ○ Other

First Level Reviewer Signature: _____    Date: _____

The supervisor has reviewed with me the Job Duties, Individual Development Plan, Competencies and Behavioral Anchors.

Employee Signature: _Ashley Falgout_    Date: 9.28.2020

Supervisor Signature: _____    Date: _____

### Section 2. Review and Feedback Acknowledgement

Employee Signature: _Ashley Falgout_    Date: 9.28.2020

Supervisor Signature: _____    Date: _____

### Section 3. Final Assessment Rating

3.2

4    Outstanding    2 - 2.9 Improvement Needed

3 - 3.9 Successful    1 - 1.9 Not Demonstrated

First Level Reviewer Signature: _Tonya Rogillio_
DocuSigned by:
D40524BB6F71460...    Date: 9/29/2020 | 8:24 AM CDT

Employee Signature: _Ashley Falgout_    Date: 9.28.2020

Supervisor Signature: _M Davenport_    Date: 9/29/2020

I acknowledge that this assessment has been discussed with me and I do __X__ do not _____ concur with this rating.

(AF)

MSPB Performance Development Assessment

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Exhibit J Plaintiffs Performance Reviews    MDCPS 009

## B. Job Content - statements which describe a distinct, major role or function assigned to a position which is a principal responsibility and which occupies a significant portion of work time.

| Job Complexity | 1. Routine or highly repetitive and simple |
|---|---|

**Job Summary** *[Short statement of the job's basic purpose; why the job exists.]*

This is one of two director's positions that oversee the transition navigators' work in the Independent Living Unit.

---

### Duty Statement #1

Oversees the day to day work of transition navigators as they work with youth 14 and older on life skills.

| % of Time Devoted to this Duty | 60 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) |
|---|---|---|---|
| ⦿ Essential   or   ◯ Marginal | | Regularly | Choose One:   3 - Moderate |

### Duty Statement #2

Assists with MSA quarterly reporting relating to the Independent Living Unit's work.

| % of Time Devoted to this Duty | 30 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) |
|---|---|---|---|
| ⦿ Essential   or   ◯ Marginal | | Regularly | Choose One:   3 - Moderate |

### Duty Statement #3

Completes other duties as assigned by the Director of Permanency.

| % of Time Devoted to this Duty | 10 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) |
|---|---|---|---|
| ◯ Essential   or   ⦿ Marginal | | Periodically | Choose One:   3 - Moderate |

Employee Initials: _AF_

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   Exhibit "J" Plaintiff's Performance Reviews at 000031   MDCPS 0010

## C. Competency Assessment

| Public Sector Core Competencies | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|

**1. INTEGRITY** - Demonstrates a sense of responsibility and commitment to the public trust through statements and actions.

INTEGRITY- Behavioral Anchors

| | | | | Remove Behavioral Anchor(s) | | |
|---|---|---|---|---|---|---|
| Models and demonstrates high standards of integrity, trust, openness and respect for others. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Demonstrates integrity by honoring commitments and promises. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Demonstrates integrity by maintaining necessary confidentiality. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |

**RESULTS FOR INTEGRITY:** | 3 |

Comments:

**2. WORK ETHIC** - Is productive, diligent, conscientious, timely and loyal.

WORK ETHIC - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Conscientiously abides by the rules, regulations and procedures governing work. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Meets deadlines. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Work product is of high quality. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Sticks with assigned tasks until they are completed correctly. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |

Employee Initials: _AF_

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    Exhibit "J" Plaintiff's Performance Reviews at 000032    MDOFS 0011

| Takes ownership of tasks and duties. | | ✓ | | | | |
|---|---|---|---|---|---|---|

**RESULTS FOR WORK ETHIC:**    3.2

Comments:

## 3. SERVICE ORIENTATION - Demonstrates a commitment to quality public service through statements and actions.

SERVICE ORIENTATION - Behavioral Anchors

| Seeks to understand and meet and/or exceed the needs and experiences of customers. | | | ✓ | | | |
|---|---|---|---|---|---|---|
| Treats customers with respect, responding to requests in a professional manner, even in difficult circumstances. | | | ✓ | | | |
| Provides accurate and timely service. | | | ✓ | | | |
| Develops positive relationships with customers. | | | ✓ | | | |
| Gets first-hand customer information and uses it to improve products and/or services. | | | ✓ | | | |

**RESULTS FOR SERVICE ORIENTATION:**    3

Comments:

## 4. ACCOUNTABILITY - Accepts responsibility for actions and results.

ACCOUNTABILITY - Behavioral Anchors

| Is productive and carries fair share of the workload. | | | ✓ | | | |
|---|---|---|---|---|---|---|
| Focuses on quality and expends the necessary time and effort to achieve goals. | | | ✓ | | | |

Employee Initials: _____

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   MDOPS 0012

Exhibit "J" Plaintiffs Performance Reviews at 000033

| | | | | | | |
|---|---|---|---|---|---|---|
| Demonstrates loyalty to the job and the agency and is a good steward of state assets. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Steadfastly persists in overcoming obstacles and pushes self for results. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Maintains necessary attention to detail to achieve high level performance. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Deals effectively with pressure and recovers quickly from setbacks. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Takes ownership of tasks, performance, standards and mistakes. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Has knowledge of how to perform one's job. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Knows the organization's mission and functions and how it fits into state government. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |

**RESULTS FOR ACCOUNTABILITY:**    3

Comments:

## 5. SELF MANAGEMENT SKILLS - Effectively manages emotions and impulses and maintains a positive attitude.

SELF MANAGEMENT SKILLS - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Encourages and facilitates cooperation, pride, trust and group identity. | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ |
| Fosters commitment and team spirit. | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ |
| Works effectively and cooperatively with others to achieve goals. | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ |
| Treats all people with respect, courtesy, and consideration. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Communicates effectively. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Remains open to new ideas and approaches. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Avoids conflicts of interest. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Promotes cooperation and teamwork. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |

Employee Initials: _____

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    Exhibit J Plaintiff's Performance Reviews at 000034    MDOPS 0013

| | | | | | |
|---|---|---|---|---|---|
| Continuously evaluates and adapts; copes effectively with change. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Allows self and others to make mistakes and learns from those mistakes. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Adheres to high ethical standards. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |

**RESULTS FOR SELF-MANAGEMENT SKILLS:** | 3.3 |

Comments:

## 6. INTERPERSONAL SKILLS - Shows understanding, courtesy, tact, empathy and concern to develop and maintain relationships.

INTERPERSONAL SKILLS - Behavioral Anchors

| | | | | | |
|---|---|---|---|---|---|
| Demonstrates cross-cultural sensitivity and understanding. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Identifies and seeks to solve problems and prevent or resolve conflict situations. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Encourages others through positive reinforcement. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Expresses facts and ideas both verbally and in writing in a clear, convincing and organized manner, helping others translate vision into action. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Models appropriate behavior. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Recognizes and develops potential in others; mentors. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Builds constructive and effective relationships. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |

**RESULTS FOR INTERPERSONAL SKILLS:** | 3 |

Comments:

## 7. COMMUNICATION SKILLS - Receives, attends to, interprets, and responds to verbal messages and expresses information to individuals or groups effectively.

Employee Initials: AF

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    Exhibit "J" Plaintiff's Performance Reviews at 000035    MDOPS 0014

## COMMUNICATION SKILLS - Behavioral Anchors

| | | | | | |
|---|---|---|---|---|---|
| Receives other cues such as body language in ways that are appropriate to listeners and situations. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| Takes into account the audience and nature of the information. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| Listens to others, attends to nonverbal cues, and responds appropriately. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| May make oral presentations. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| Communicates ideas, suggestions, and concerns, as well as outcomes and progress, throughout the process of an activity. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| Provides thorough and accurate information. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| Can accurately restate the opinions of others even when he/she disagrees. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

**RESULTS FOR COMMUNICATION SKILLS:** | 3 |

Comments:

8. **SELF-DEVELOPMENT** - Adapts behavior or work methods in response to new information, changing conditions, or unexpected obstacles.

## SELF-DEVELOPMENT - Behavioral Anchors

| | | | | | |
|---|---|---|---|---|---|
| Seeks efficient learning techniques to acquire and apply new knowledge and skills. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| Uses training, feedback, or other opportunities for self-learning and development. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| Develops and enhances skills to adapt to changing organizational needs. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| Remains open to change and new information and ideas. | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Employee Initials: AF

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    Exhibit "J" Plaintiff's Performance Reviews at 000036    MDCPS 0015

| | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|
| Is committed to and actively works to continuously improve himself/herself. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |

**RESULTS FOR SELF-DEVELOPMENT:** `3`

Comments:

| Technical Competencies | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|

1. **TECHNICAL PROFICIENCY** - The ability and willingness to exhibit competency in the technical areas needed to do a specific job.

TECHNICAL PROFICIENCY - Behavioral Anchors

| | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|
| Reads, comprehends, and correctly applies all rules, regulations, and policies applicable to work assignments. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Performs work with a minimum amount of supervision in areas that are familiar. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |

**RESULTS FOR TECHNICAL PROFICIENCY:** `3`

Comments:

2. **WORKFLOW MANAGEMENT** - The ability and willingness to perform work within defined specifications and timelines and to manage conflicting priorities.

WORKFLOW MANAGEMENT - Behavioral Anchors

| | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|
| Operates under specific time constraints and within specified deadlines. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Effectively prioritizes tasks in order to meet timelines. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Works on appropriate priorities to get the job done. | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ |

**RESULTS FOR WORKFLOW MANAGEMENT:** `3.4`

Employee Initials: 

MSPB Performance Development Assessment

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   MDOPS 00018

Exhibit J Plaintiff's Performance Reviews 3 000037

DocuSign Envelope ID: B18D4197-B485-499A-AFF7-1F7F158483C2

Comments:

3.  PROBLEM SOLVING/DECISION MAKING - The ability and willingness to work with people and to identify problems in order to effectively and efficiently complete assigned tasks.

PROBLEM SOLVING/DECISION MAKING - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Exhibits ability to identify and address issues that arise. | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ |
| Ensures that all problems encountered are addressed at the appropriate level and communicates all relevant information on a timely basis with accuracy and completeness. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Exercises sound reasoning. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Effectively deals with difficult issues and people. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Displays the ability and willingness to work with other officers or other divisions in order to collectively complete assigned tasks or problems as they arise. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |

RESULTS FOR PROBLEM SOLVING/DECISION MAKING:   3.2

Comments:

4.  STAKEHOLDER RELATIONS - The ability and willingness to interact and communicate effectively with stakeholders.

STAKEHOLDER RELATIONS - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Proactively provides stakeholders with proper information in an effort to reduce the occurrence of future problems. | ☐ | ☐ | ✓ | ☐ | ☐ | ☐ |
| Supports the agency mission and goals in all interactions with internal and external stakeholders. | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ |

Employee Initials: AF

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   MDOPS 0017

Exhibit "J" Plaintiff's Performance Reviews at 000038

| Acts as an advocate for agency policy. | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ |

**RESULTS FOR STAKEHOLDER RELATIONS:**  3.7

Comments:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    Exhibit "J" Plaintiff's Performance Reviews at 000039    MDOFS 0018

## D. Individual Development Plan/Performance Improvement Plan

Check appropriate plan type:

Individual Development Plan (IDP) ☐     Informal Efforts (IE) ☐     Performance Improvement Plan (PIP) ☐

Start Period:   | September | 01 | 2019

to:

Completion Period:   | August | 30 | 2020

**Short Term Career Goals:**
To accomplish in 1-2 years.

**Long Term Career Goals:**
To accomplish in 3-5 years.

| Competencies/ Behavioral Anchors | Goals | Development Activities | Target Date for Completion | Evaluations/ Outcomes | Date of Actual Completion |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

First Level Reviewer Signature: _DocuSigned by: Tonya Rogillio_     Date: 9/29/2020  |  8:24 AM CDT

Employee Signature: _[signature]_     Date: 9.28.2020

Supervisor Signature: _[signature]_     Date: 9/29/2020

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   MDOPS 0019

# Mississippi State Personnel Board

Revision Date: May 21, 2013

## Performance Development Assessment

RECEIVED BY PERSONNEL

○ Management    ◉ Non-management

DEC 19 2017

## A. Demographics/Signatures

### Section 1.  Employee Demographics

ACE Id: AF4546693

Number of People Supervised:

Employee Name: Ashley Falgout

Job Title: Program Administrator, I.L.    PIN: 122

Agency: MS Dept. Of Child Protection Services    County: SO

Supervisor Name: Mario Johnson

Assessment Start Date: November    01    2016

Assessment Completion Date: October    31    2017

Reason for Assessment:    ○ Promotion    ○ Transfer    ◉ Reallocation    ○ Reclassification

○ Resignation    ○ New Duties    ○ Annual    ○ Other

First Level Reviewer Signature: _____    Date: _____

The supervisor has reviewed with me the Job Duties, Individual Development Plan, Competencies and Behavioral Anchors.

Employee Signature: _____    Date: _____

Supervisor Signature: _____    Date: _____

### Section 2.  Review and Feedback Acknowledgement

Employee Signature: _____    Date: _____

Supervisor Signature: _____    Date: _____

### Section 3.  Final Assessment Rating

3.5

4    Outstanding    2 - 2.9 Improvement Needed

3 - 3.9 Successful    1 - 1.9 Not Demonstrated

First Level Reviewer Signature: _Sonya Rogillio_    Date: _12/19/17_

Employee Signature: _____    Date: _10·12·2017_

Supervisor Signature: _____    Date: _10·12·2017_

I acknowledge that this assessment has been discussed with me and I do __✓__ do not _____ concur with this rating.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDCPS 000041

Exhibit J Plaintiff's Performance Reviews at 000041

**B. Job Content** - statements which describe a distinct, major role or function assigned to a position which is a principal responsibility and which occupies a significant portion of work time.

| Job Complexity | 2. Routine or repetitive and follows prescribed standards |
|---|---|

**Job Summary** *(Short statement of the job's basic purpose, why the job exists.)*

Supervise the Mississippi NYTD program.
Maintain the Mississippi NYTD portal.
Maintain correspondence with NYTD eligible youth pertaining to NYTD participation.
Assist youth and workers with Independent Living requirements and questions.
Develop, plan and facilitate Independent Living Training for MDHS staff.
Supervise the Transitional Living Apartment Placement Program to ensure the youth and contract staff meet the policy requirements of the program.
Assist youth and workers with the ETV application and approval process.
Approve/Deny requests entered into MACWIS.
Coordinate, plan and facilitate the Independent Living Computer Camp.
Assist with any Independent Living activities as needed.

---

**Duty Statement #1**

Supervise the Mississippi NYTD program.
Maintain the Mississippi NYTD portal.
Maintain correspondence with NYTD eligible youth pertaining to NYTD participation.

| % of Time Devoted to this Duty | 50 | How frequently is this duty performed? *(Select One)* | | Consequence of Error (1-5) | |
|---|---|---|---|---|---|
| ⊙ Essential   or   ○ Marginal | | Regularly | | Choose One: | 5 - Serious |

**Duty Statement #2**

Assist youth and workers with Independent Living requirements and questions.
Develop, plan and facilitate Independent Living Training for MDHS staff.
Supervise the Transitional Living Apartment Placement Program to ensure the youth and contract staff meet the policy requirements of the program.

| % of Time Devoted to this Duty | 25 | How frequently is this duty performed? *(Select One)* | | Consequence of Error (1-5) | |
|---|---|---|---|---|---|
| ⊙ Essential   or   ○ Marginal | | Regularly | | Choose One: | 4 - High |

Exhibit "J" at 000043

## Duty Statement #3

Coordinate, plan and facilitate the Independent Living Computer Camp.
Assist with any Independent Living activities as needed.

| % of Time Devoted to this Duty | 25 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) | |
|---|---|---|---|---|
| ◉ Essential    or    ◯ Marginal | | Periodically | Choose One: | 3 - Moderate |

Employee Initials: AF

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## C. Competency Assessment

| Public Sector Core Competencies | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|

**1. INTEGRITY** - Demonstrates a sense of responsibility and commitment to the public trust through statements and actions.

INTEGRITY- Behavioral Anchors

| Models and demonstrates high standards of integrity, trust, openness and respect for others. | Yes | ☐ | ☑ | ☐ | ☐ | ☐ |

**RESULTS FOR INTEGRITY:**  [3]

Comments:

**2. WORK ETHIC** - Is productive, diligent, conscientious, timely and loyal.

WORK ETHIC - Behavioral Anchors

| Conscientiously abides by the rules, regulations and procedures governing work. | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

**RESULTS FOR WORK ETHIC:**  [4]

Comments:

**3. SERVICE ORIENTATION** - Demonstrates a commitment to quality public service through statements and actions.

SERVICE ORIENTATION - Behavioral Anchors

| Provides accurate and timely service. | Yes | ☐ | ☑ | ☐ | ☐ | ☐ |

**RESULTS FOR SERVICE ORIENTATION:**  [3]

*AF*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDOC'S 000034

Exhibit "J" Plaintiff's Performance Reviews at 000034

Employee Initials:

Comments:

## 4. ACCOUNTABILITY - Accepts responsibility for actions and results.

ACCOUNTABILITY - Behavioral Anchors

Remove Behavioral Anchor(s)

| | | | | | | |
|---|---|---|---|---|---|---|
| Focuses on quality and expends the necessary time and effort to achieve goals. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |
| Works to move special projects and initiatives forward. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |

**RESULTS FOR ACCOUNTABILITY:** 4

Comments:

## 5. SELF MANAGEMENT SKILLS - Effectively manages emotions and impulses and maintains a positive attitude.

SELF MANAGEMENT SKILLS - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Works effectively and cooperatively with others to achieve goals. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |

**RESULTS FOR SELF-MANAGEMENT SKILLS:** 3

Comments:

## 6. INTERPERSONAL SKILLS - Shows understanding, courtesy, tact, empathy and concern to develop and maintain relationships.

INTERPERSONAL SKILLS - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Demonstrates cross-cultural sensitivity and understanding. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |

**RESULTS FOR INTERPERSONAL SKILLS:** 4

Comments:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   MDOC'S 000436

## 7. COMMUNICATION SKILLS - Receives, attends to, interprets, and responds to verbal messages and expresses information to individuals or groups effectively.

COMMUNICATION SKILLS - Behavioral Anchors

Remove Behavioral Anchor(s)

| | | | | | | |
|---|---|---|---|---|---|---|
| Receives other cues such as body language in ways that are appropriate to listeners and situations. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |
| Makes oral presentations related to Independent Living. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |

**RESULTS FOR COMMUNICATION SKILLS:** [ 4 ]

Comments:

## 8. SELF-DEVELOPMENT - Adapts behavior or work methods in response to new information, changing conditions, or unexpected obstacles.

SELF-DEVELOPMENT - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Uses training, feedback, or other opportunities for self-learning and development. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |

**RESULTS FOR SELF-DEVELOPMENT:** [ 3 ]

Comments:

| Technical Competencies | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|

## 1. TECHNICAL PROFICIENCY - The ability and willingness to exhibit competency in the technical areas needed to do a specific job.

TECHNICAL PROFICIENCY - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Performs work with a minimum amount of supervision in areas that are familiar. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |

**RESULTS FOR TECHNICAL PROFICIENCY:** [ 3 ]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDHS'S 000016

Employee Initials: _____

Exhibit "J" Plaintiff's Performance Reviews 000016

Comments:

## 2. WORKFLOW MANAGEMENT - The ability and willingness to perform work within defined specifications and timelines and to manage conflicting priorities.

WORKFLOW MANAGEMENT - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Operates under specific time constraints and within specified deadlines. | Yes | ☐ | ✔ | ☐ | ☐ | ☐ |
| Effectively prioritizes tasks in order to meet timelines. | Yes | ✔ | ☐ | ☐ | ☐ | ☐ |
| Works on appropriate priorities to get the job done. | Yes | ✔ | ☐ | ☐ | ☐ | ☐ |

**RESULTS FOR WORKFLOW MANAGEMENT:** 3.7

Comments:

## 3. PROBLEM SOLVING/DECISION MAKING - The ability and willingness to work with people and to identify problems in order to effectively and efficiently complete assigned tasks.

PROBLEM SOLVING/DECISION MAKING - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Exhibits ability to identify and address issues that arise. | Yes | ☐ | ✔ | ☐ | ☐ | ☐ |
| Ensures that all problems encountered are addressed at the appropriate level and communicates all relevant information on a timely basis with accuracy and completeness. | Yes | ✔ | ☐ | ☐ | ☐ | ☐ |
| Exercises sound reasoning. | Yes | ☐ | ✔ | ☐ | ☐ | ☐ |
| Effectively deals with difficult issues and people. | Yes | ✔ | ☐ | ☐ | ☐ | ☐ |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDOT'S 000900

Employee Initials: AF

Exhibit "J" at 000048

| Displays the ability and willingness to work with other officers or other divisions in order to collectively complete assigned tasks or problems as they arise. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |

**RESULTS FOR PROBLEM SOLVING/DECISION MAKING:** | 3.4 |

Comments:

---

## 4. STAKEHOLDER RELATIONS - The ability and willingness to interact and communicate effectively with stakeholders.

STAKEHOLDER RELATIONS - Behavioral Anchors

| Proactively provides stakeholders with proper information in an effort to reduce the occurrence of future problems. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |
| Supports the agency mission and goals in all interactions with internal and external stakeholders. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |
| Acts as an advocate for agency policy. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |

**RESULTS FOR STAKEHOLDER RELATIONS:** | 3 |

Comments:

Employee Initials: _AF_

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Exhibit "J" at 000049

## D. Individual Development Plan/Performance Improvement Plan

Check appropriate plan type:

Individual Development Plan (IDP) [✓]    Informal Efforts (IE) [ ]    Performance Improvement Plan (PIP) [ ]

Start Period:

| November | 01 | 2016 |

to:

Completion Period:

| October | 31 | 2017 |

| **Short Term Career Goals:** To accomplish in 1-2 years. | To provide extensive training for MDCPS staff in the area of Independent Living to improve services offered to youth in care. |
| --- | --- |
| **Long Term Career Goals:** To accomplish in 3-5 years. | To provide intensive individual training for specific Independent Living related issues. |

| Competencies/ Behavioral Anchors | Goals | Development Activities | Target Date for Completion | Evaluations/ Outcomes | Date of Actual Completion |
| --- | --- | --- | --- | --- | --- |
| Technical Proficiency | To become more familiar with agency systems. | Utilize reports to identify areas of improvement. | ongoing | | Ongoing |
| Problem solving/Decisiron making | To become more familiar with agency policies outside the I.L. area. | Participate in other DFCS trainings. | Ongoing | | Ongoing |
| Work flow management | To continue to manage tasks effectively. | Continue utilizing a schedule of events to prioritize tasks. | Ongoging | | Ongoing |

First Level Reviewer Signature: _Tonya Rosilleo_    Date: _12/19/17_

Employee Signature: _Ashly Short_    Date: _10·12·2017_

Supervisor Signature: _____    Date: _10·12·2017_

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - MDCPS

Employee Initials: _AF_

Exhibit "J" Plaintiff's Performance Reviews at 000049

Exhibit "J" at 000050

# Mississippi State Personnel Board

Revision Date: May 21, 2013

## Performance Development Assessment

RECEIVED BY PERSONNEL

○ Management    ● Non-management

DEC 1 9 2017

## A. Demographics/Signatures

### Section 1. Employee Demographics

| | | |
|---|---|---|
| ACE Id: | AF4546693 | Number of People Supervised: [  ] |
| Employee Name: | Ashley Falgout | |
| Job Title: | Program Administrator, I.L. | PIN: 122 |
| Agency: | Ms. Dept. of Child Protection Services | County: SO |
| Supervisor Name: | Mario Johnson | |

| Assessment Start Date: | November | 01 | 2016 |
|---|---|---|---|
| Assessment Completion Date: | October | 31 | 2017 |

Reason for Assessment:
○ Promotion    ○ Transfer    ● Reallocation    ○ Reclassification
○ Resignation    ○ New Duties    ○ Annual    ○ Other

First Level Reviewer Signature: _____ Date: _____

The supervisor has reviewed with me the Job Duties, Individual Development Plan, Competencies and Behavioral Anchors.

Employee Signature: _____ Date: _____

Supervisor Signature: _____ Date: 11·30·17

### Section 2. Review and Feedback Acknowledgement

Employee Signature: _____ Date: _____

Supervisor Signature: _____ Date: _____

### Section 3. Final Assessment Rating

| 0 |

4    Outstanding    2 - 2.9 Improvement Needed

3 - 3.9 Successful    1 - 1.9 Not Demonstrated

First Level Reviewer Signature: _____ Date: _____

Employee Signature: _____ Date: _____

Supervisor Signature: _____ Date: _____

I acknowledge that this assessment has been discussed with me and I do _____ do not _____ concur with this rating.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDCPS 00503

MSPB Performance Development Assessment

**B. Job Content** MDCPS0001d Statements which describe a distinct, major role or function assigned to a position which is a principal responsibility and which occupies a significant portion of work time.

| Job Complexity | 2. Routine or repetitive and follows prescribed standards |
|---|---|

**Job Summary** *[Short statement of the job's basic purpose; why the job exists.]*

Supervise Youth Transition Support Service field staff, oversee the implementation of transition support service programs and direct oversee the MDCPS human trafficking process.

---

**Duty Statement #1**

Oversee the implementation of the MDCPS Human Trafficking processes and procedures statewide.

| % of Time Devoted to this Duty | 50 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) |
|---|---|---|---|
| ⊙ Essential  or  ○ Marginal | | Regularly | Choose One: 4 - High |

**Duty Statement #2**

Oversee the implementation of Youth Transition Support Services field programs and services and implement the National Youth in Transition Database (NYTD) program statewide.

| % of Time Devoted to this Duty | 20 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) |
|---|---|---|---|
| ⊙ Essential  or  ○ Marginal | | Regularly | Choose One: 3 - Moderate |

**Duty Statement #3**

Supervise Youth Transition Support Services Transition Navigators.

| % of Time Devoted to this Duty | 20 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) |
|---|---|---|---|
| ⊙ Essential  or  ○ Marginal | | Regularly | Choose One: 3 - Moderate |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDCPS 009054

Exhibit J Plaintiffs Performance Reviews at 009051

Employee Initials:

MSDP Performance Development Assessment

**Duty Statement #4** at 000052

| Continuously monitor human trafficking and National Youth in Transition Database (NYTD) policy changes and program updates. |
| --- |

| % of Time Devoted to this Duty | 10 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) |
| --- | --- | --- | --- |
| ⦿ Essential    or    ○ Marginal | | Periodically | Choose One:    3 - Moderate |

Exhibit J Plaintiff's Performance Reviews at 000052

Employee Initials: _____

MSDH Performance Development Assessment

## C. Competency Assessment

| Public Sector Core Competencies | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|

**1. INTEGRITY** - Demonstrates a sense of responsibility and commitment to the public trust through statements and actions.

INTEGRITY- Behavioral Anchors

**2. WORK ETHIC** - Is productive, diligent, conscientious, timely and loyal.

WORK ETHIC - Behavioral Anchors

**3. SERVICE ORIENTATION** - Demonstrates a commitment to quality public service through statements and actions.

SERVICE ORIENTATION - Behavioral Anchors

**4. ACCOUNTABILITY** - Accepts responsibility for actions and results.

ACCOUNTABILITY - Behavioral Anchors

**5. SELF MANAGEMENT SKILLS** - Effectively manages emotions and impulses and maintains a positive attitude.

SELF MANAGEMENT SKILLS - Behavioral Anchors

**6. INTERPERSONAL SKILLS** - Shows understanding, courtesy, tact, empathy and concern to develop and maintain relationships.

INTERPERSONAL SKILLS - Behavioral Anchors

**7. COMMUNICATION SKILLS** - Receives, attends to, interprets, and responds to verbal messages and expresses information to individuals or groups effectively.

COMMUNICATION SKILLS - Behavioral Anchors

**8. SELF-DEVELOPMENT** - Adapts behavior or work methods in response to new information, changing conditions, or unexpected obstacles.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    Exhibit J Plaintiff's Performance Reviews  A 000053

Employee Initials: _____

Exhibit "J" at 000054

SELF-DEVELOPMENT - Behavioral Ancnors

| Technical Competencies | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|

1. TECHNICAL PROFICIENCY - The ability and willingness to exhibit competency in the technical areas needed to do a specific job.

TECHNICAL PROFICIENCY - Behavioral Anchors

2. WORKFLOW MANAGEMENT - The ability and willingness to perform work within defined specifications and timelines and to manage conflicting priorities.

WORKFLOW MANAGEMENT - Behavioral Anchors

3. PROBLEM SOLVING/DECISION MAKING - The ability and willingness to work with people and to identify problems in order to effectively and efficiently complete assigned tasks.

PROBLEM SOLVING/DECISION MAKING - Behavioral Anchors

4. STAKEHOLDER RELATIONS - The ability and willingness to interact and communicate effectively with stakeholders.

STAKEHOLDER RELATIONS - Behavioral Anchors

Exhibit J Plaintiff's Performance Reviews at 000054
Employee Initials: _____

MSPB Performance Development Assessment

## D. Individual Development Plan/Performance Improvement Plan

Check appropriate plan type:

Individual Development Plan (IDP) ☐    Informal Efforts (IE) ☐    Performance Improvement Plan (PIP) ☐

Start Period:     November     01     2016
to:
Completion Period:     October     31     2017

| Short Term Career Goals: To accomplish in 1-2 years. | |
|---|---|
| Long Term Career Goals: To accomplish in 3-5 years. | |

| Competencies/ Behavioral Anchors | Goals | Development Activities | Target Date for Completion | Evaluations/ Outcomes | Date of Actual Completion |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

First Level Reviewer Signature: _____    Date: _____

Employee Signature: _____    Date: _____

Supervisor Signature: _____    Date: 11·30·17

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Employee Initials: _____

MSPB Performance Development Assessment

Exhibit "J" at 000056

## Mississippi State Personnel Board
### Performance Development Assessment

Revision Date: May 21, 2013

○ Management    ● Non-management

RECEIVED BY PERSONNEL

DEC 1 9 2017

## A. Demographics/Signatures

### Section 1. Employee Demographics

ACE Id: _____

Employee Name: vacant

Number of People Supervised: 6

Job Title: Project Officer IV        PIN: 1

Agency: Ms. Dept. of Child Protection Services    County: SO

Supervisor Name: Mario Johnson

Assessment Start Date: November | 01 | 2016

Assessment Completion Date: October | 31 | 2017

Reason for Assessment:
○ Promotion    ○ Transfer    ● Reallocation    ○ Reclassification
○ Resignation    ○ New Duties    ○ Annual    ○ Other

First Level Reviewer Signature: _____    Date: _____

The supervisor has reviewed with me the Job Duties, Individual Development Plan, Competencies and Behavioral Anchors.

Employee Signature: _____    Date: _____

Supervisor Signature: _____    Date: 12·19·17

### Section 2. Review and Feedback Acknowledgement

Employee Signature: _____    Date: _____

Supervisor Signature: _____    Date: _____

### Section 3. Final Assessment Rating

| 0 |

4    Outstanding        2 - 2.9 Improvement Needed

3 - 3.9 Successful       1 - 1.9 Not Demonstrated

First Level Reviewer Signature: _____    Date: _____

Employee Signature: _____    Date: _____

Supervisor Signature: _____    Date: _____

I acknowledge that this assessment has been discussed with me and I do _____ do not _____ concur with this rating.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDCPS 00505

Exhibit J Plaintiffs Performance Reviews at 000056

MSPB Performance Development Assessment

**B. Job Content** MDCPS-000057 statements which describe a distinct, major role or function assigned to a position which is a principal responsibility and which occupies a significant portion of work time.

| Job Complexity | 2. Routine or repetitive and follows prescribed standards |
|---|---|

| Job Summary *[Short statement of the job's basic purpose; why the job exists.]* |
|---|
| Provide youth and MDCPS staff with referrals, technical assistance, individualized services, advocacy, life skills training and overall program/services implementation. |

**Duty Statement #1**

Administers Youth Transition Support Services assessments, act as youth advocate in Family Team Meetings (FTM), develop innovative strategies to address youth's and COR worker's needs and assist youth and MDCPS workers with Education Training Voucher (ETV) enrollment requirements

| % of Time Devoted to this Duty | 50 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) |
|---|---|---|---|
| ⦿ Essential  or  ◯ Marginal | | Regularly | Choose One: | 4 - High |

**Duty Statement #2**

Assist with tracking youth to administer the National Youth in Transition (NYTD) survey, assist the Director of Youth Engagement with implementing components of the Jim Casey Initiative and assist with tracking youth to participate in the Opportunity Passport Survey.

| % of Time Devoted to this Duty | 20 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) |
|---|---|---|---|
| ⦿ Essential  or  ◯ Marginal | | Regularly | Choose One: | 3 - Moderate |

**Duty Statement #3**

Assist the Field Support Service Director with the credit/background check initiative and Provide individualized Independent Living and Transitional Living services to MDCPS youth and make needed referrals to appropriate county, region or state resources

| % of Time Devoted to this Duty | 20 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) |
|---|---|---|---|
| ⦿ Essential  or  ◯ Marginal | | Regularly | Choose One: | 3 - Moderate |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    MDCPS-000057

Exhibit T Plaintiff's Performance Reviews, at 000057

Employee Initials: _____

MSPB Performance Development Assessment

**Duty Statement #4**

Exhibit J at 000058

| Assist MDCPS youth and COR workers with identifying supportive connections to help in the successful achievement of their TLP goals and to strengthen their support network as they transition to adulthood. |
|---|

| % of Time Devoted to this Duty | | 10 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) |
|---|---|---|---|---|
| ⊙ Essential  or  ○ Marginal | | | Periodically | Choose One: 3 - Moderate |

Exhibit J Plaintiff's Performance Reviews at 000058
Employee Initials: _____

MSDP Performance Development Assessment

## C. Competency Assessment

| Public Sector Core Competencies | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|

**1. INTEGRITY** - Demonstrates a sense of responsibility and commitment to the public trust through statements and actions.

INTEGRITY- Behavioral Anchors

**2. WORK ETHIC** - Is productive, diligent, conscientious, timely and loyal.

WORK ETHIC - Behavioral Anchors

**3. SERVICE ORIENTATION** - Demonstrates a commitment to quality public service through statements and actions.

SERVICE ORIENTATION - Behavioral Anchors

**4. ACCOUNTABILITY** - Accepts responsibility for actions and results.

ACCOUNTABILITY - Behavioral Anchors

**5. SELF MANAGEMENT SKILLS** - Effectively manages emotions and impulses and maintains a positive attitude.

SELF MANAGEMENT SKILLS - Behavioral Anchors

**6. INTERPERSONAL SKILLS** - Shows understanding, courtesy, tact, empathy and concern to develop and maintain relationships.

INTERPERSONAL SKILLS - Behavioral Anchors

**7. COMMUNICATION SKILLS** - Receives, attends to, interprets, and responds to verbal messages and expresses information to individuals or groups effectively.

COMMUNICATION SKILLS - Behavioral Anchors

**8. SELF-DEVELOPMENT** - Adapts behavior or work methods in response to new information, changing conditions, or unexpected obstacles.

Exhibit J Plaintiffs Performance Reviews_000059

Employee Initials: _____

MSDP Performance Development Assessment

Exhibit "J" at 000060

SELF-DEVELOPMENT - Behavioral Anchors

| Technical Competencies | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|

1. **TECHNICAL PROFICIENCY** - The ability and willingness to exhibit competency in the technical areas needed to do a specific job.

TECHNICAL PROFICIENCY - Behavioral Anchors

2. **WORKFLOW MANAGEMENT** - The ability and willingness to perform work within defined specifications and timelines and to manage conflicting priorities.

WORKFLOW MANAGEMENT - Behavioral Anchors

3. **PROBLEM SOLVING/DECISION MAKING** - The ability and willingness to work with people and to identify problems in order to effectively and efficiently complete assigned tasks.

PROBLEM SOLVING/DECISION MAKING - Behavioral Anchors

4. **STAKEHOLDER RELATIONS** - The ability and willingness to interact and communicate effectively with stakeholders.

STAKEHOLDER RELATIONS - Behavioral Anchors

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDOT's 001973

## D. Individual Development Plan/Performance Improvement Plan

Check appropriate plan type:

Individual Development Plan (IDP) ☐   Informal Efforts (IE) ☐   Performance Improvement Plan (PIP) ☐

Start Period: | November | 01 | 2016
to:

Completion Period: | October | 31 | 2017

| Short Term Career Goals: To accomplish in 1-2 years. | |
| --- | --- |

| Long Term Career Goals: To accomplish in 3-5 years. | |
| --- | --- |

| Competencies/ Behavioral Anchors | Goals | Development Activities | Target Date for Completion | Evaluations/ Outcomes | Date of Actual Completion |
| --- | --- | --- | --- | --- | --- |
| | | | | | |
| | | | | | |
| | | | | | |

First Level Reviewer Signature: _____   Date: _____

Employee Signature: _____   Date: _____

Supervisor Signature: _____   Date: 12·19·17

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    MSPB 000061

Employee Initials: _____

# Mississippi State Personnel Board
## Performance Development Assessment

Revision Date: May 21, 2013

○ Management     ● Non-management

## A. Demographics/Signatures

### Section 1. Employee Demographics

ACE Id: AF4546693

Number of People Supervised: [ ]

Employee Name: Ashley Falgout

Job Title: Program Administrator, I.L.     PIN: 122

Agency: Ms. Dept. of Child Protection Services     County: SO

Supervisor Name: Mario Johnson

Assessment Start Date: July     01     2017

Assessment Completion Date: June     30     2018

Reason for Assessment:

○ Promotion     ○ Transfer     ● Reallocation     ○ Reclassification

○ Resignation     ○ New Duties     ○ Annual     ○ Other

First Level Reviewer Signature: _____     Date: _____

The supervisor has reviewed with me the Job Duties, Individual Development Plan, Competencies and Behavioral Anchors.

Employee Signature: _____     Date: _____

Supervisor Signature: _____     Date: _____

### Section 2. Review and Feedback Acknowledgement

Employee Signature: _____     Date: _____

Supervisor Signature: _____     Date: _____

### Section 3. Final Assessment Rating

| 3.5 |

4     Outstanding     2 - 2.9 Improvement Needed

3 - 3.9 Successful     1 - 1.9 Not Demonstrated

First Level Reviewer Signature: _Ulludentford_     Date: 7/26/18

Employee Signature: _Ashe Falot_     Date: 7·25·18

Supervisor Signature: _Mario J_     Date: 07·25·2018

I acknowledge that this assessment has been discussed with me and I do __X__ do not _____ concur with this rating.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDCPS 00082

Exhibit "J" Plaintiffs Performance Reviews at 000089

## B. Job Content - statements which describe a distinct, major role or function assigned to a position which is a principal responsibility and which occupies a significant portion of work time.

| Job Complexity | 2. Routine or repetitive and follows prescribed standards |
|---|---|

**Job Summary** *[Short statement of the job's basic purpose; why the job exists.]*

Supervise Youth Transition Support Service field staff, oversee the implementation of transition support service programs and direct oversee the MDCPS human trafficking process.

---

**Duty Statement #1**

Oversee the implementation of the MDCPS Human Trafficking processes and procedures statewide.

| % of Time Devoted to this Duty | 50 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) | |
|---|---|---|---|---|
| ⊙ Essential  or  ○ Marginal | | Regularly | Choose One: | 4 - High |

**Duty Statement #2**

Oversee the implementation of Youth Transition Support Services field programs and services and implement the National Youth in Transition Database (NYTD) program statewide.

| % of Time Devoted to this Duty | 20 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) | |
|---|---|---|---|---|
| ⊙ Essential  or  ○ Marginal | | Regularly | Choose One: | 3 - Moderate |

**Duty Statement #3**

Supervise Youth Transition Support Services Transition Navigators.

| % of Time Devoted to this Duty | 20 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) | |
|---|---|---|---|---|
| ⊙ Essential  or  ○ Marginal | | Regularly | Choose One: | 3 - Moderate |

Employee Initials: _AF_

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    MDCPS 000070

Exhibit J Plaintiff's Performance Reviews at 000070

| Duty Statement #4 | | | |
|---|---|---|---|
| Continuously monitor human trafficking and National Youth in Transition Database (NYTD) policy changes and program updates. | | | |
| % of Time devoted to this Duty | 10 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) |
| ⦿ Essential  or  ○ Marginal | | Periodically | Choose One:    3 - Moderate |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDOC'S 00004

Exhibit J Plaintiff's Performance Reviews at 000074

## C. Competency Assessment

| Public Sector Core Competencies | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|
| **1. INTEGRITY** - Demonstrates a sense of responsibility and commitment to the public trust through statements and actions. | | | | | | |

INTEGRITY - Behavioral Anchors

|  | | | Remove Behavioral Anchor(s) | | | |
|---|---|---|---|---|---|---|
| Models the standards of integrity, trust, openness and respect for others. | Yes | ☐ | ☑ | ☐ | ☐ | ☐ |

**RESULTS FOR INTEGRITY:**  `3`

Comments

| **2. WORK ETHIC** - Is productive, diligent, conscientious, timely and loyal. |
|---|

WORK ETHIC - Behavioral Anchors

|  | | | Remove Behavioral Anchor(s) | | | |
|---|---|---|---|---|---|---|
| Abides by program policy and guidelines governing work. | Yes | ☑ | ☐ | ☐ | ☐ | ☐ |

**RESULTS FOR WORK ETHIC:**  `4`

Comments

| **3. SERVICE ORIENTATION** - Demonstrates a commitment to quality public service through statements and actions. |
|---|

SERVICE ORIENTATION - Behavioral Anchors

|  | | | Remove Behavioral Anchor(s) | | | |
|---|---|---|---|---|---|---|
| Provides accurate and timely services to Transition Navigator and COR workers. | Yes | ☐ | ☑ | ☐ | ☐ | ☐ |

**RESULTS FOR SERVICE ORIENTATION:**  `3`

Employee Initials: _AF_

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   MDOC's 000503

Exhibit "J" Plaintiff's Performance Reviews at 000072

Comments

---

## 4. ACCOUNTABILITY - Accepts responsibility for actions and results.

ACCOUNTABILITY - Behavioral Anchors

| | | Remove Behavioral Anchor(s) | | | | |
|---|---|---|---|---|---|---|
| Focuses on quality and expands the necessary time and effort to achieve goals | Yes | ✔ | ☐ | ☐ | ☐ | ☐ |

RESULT FOR ACCOUNTABILITY: **4**

Comments

---

## 5. SELF-MANAGEMENT SKILLS - Effectively manages emotions and impulses and maintains a positive attitude.

SELF-MANAGEMENT SKILLS - Behavioral Anchors

| | | Remove Behavioral Anchor(s) | | | | |
|---|---|---|---|---|---|---|
| Works effectively and cooperatively with others to achieve program goals. | Yes | ☐ | ✔ | ☐ | ☐ | ☐ |

RESULT FOR SELF-MANAGEMENT SKILLS: **3**

Comments

---

## 6. INTERPERSONAL SKILLS - Shows understanding, courtesy, tact, empathy and concern to develop and maintain relationships.

INTERPERSONAL SKILLS - Behavioral Anchors

| | | Remove Behavioral Anchor(s) | | | | |
|---|---|---|---|---|---|---|
| Demonstrates cross cultural sensitivity and understanding | Yes | ☐ | ✔ | ☐ | ☐ | ☐ |

RESULT FOR INTERPERSONAL SKILLS: **3**

Comments

---

## 7. COMMUNICATION SKILLS - Receives, attends to, interprets, and responds to verbal messages and expresses information to individuals or groups effectively.

Employee Initials: AF

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDOC's 000063

Exhibit "J" Plaintiff's Performance Reviews at 000073

| COMMU...TION SKILLS - Behavioral Anchors | | | | | | |
|---|---|---|---|---|---|---|
| | | | Remove Behavioral Anchor(s) | | | |
| Receives ...er cues such as body language in ways tha. ...e appropriate... listeners and situation. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |
| Makes ve...al presentations related to Youth Transitio...upport Services. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |

RESUL... OR COMMU...CATION SKILLS:  3.5

Comme...

8. SEL. DEVELOP...ENT - Adapts behavior or work methods in response to new ...ormation, ...anging conditions, or unexpected obstacles.

| SELF-DE. ...LOPMENT - Behavioral Anchors | | | | | | |
|---|---|---|---|---|---|---|
| | | | Remove Behavioral Anchor(s) | | | |
| Uses tr...feedback a...other opportunities for self-lear...and development. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |

RESUL... OR SELF-DEVELOPMENT:  3

Comme...

| ...nical Competencies | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|

1. TEC...ICAL PROFICIENCY - The ability and willingness to exhibit com...ency in th...echnical areas needed to do a specific job.

| TECHN... ROFICIENCY - Behavioral Anchors | | | | | | |
|---|---|---|---|---|---|---|
| | | | Remove Behavioral Anchor(s) | | | |
| Perform...with a m...m amount of supervi...areas that...amiliar. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |

RESUL... OR TECHN...AL PROFICIENCY:  3

Comme...

Employee Initials: _AF_

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDOC'S 000074
Exhibit "J" Plaintiff's Performance Reviews at 000074

## 2. WO... FLOW MA... AGEMENT - The ability and willingness to perform work with ...efined sp...ifications and timelines and to manage conflicting pri...es.

| WORKF... MANAGEME... Behavioral Anchors | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Remove Behavioral Anchor(s) | | | | |
| Operat... ...er specific ...e constraints and ...ed deadline | Yes | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Effecti... ...oritizes tas... ...meet time-lines | Yes | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

**RESUL... ..OR WORKFLOW MANAGEMENT:**   | 4 |

Comme...

## 3. PR... ..EM SOL...NG/DECISION MAKING - The ability and willingness to work w... ..ople and ... identify problems in order to effectively and effi... ...ly comple... assigned tasks.

| PROBL... ..OLVING/DEC... ..N MAKING - Behavioral Anchors | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Remove Behavioral Anchor(s) | | | | |
| Exhibits ...arise. ...y to identify ...d address issues that | Yes | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Ensures address... commu... basis. ...all problems ...countered are ...the appropr...e level and ...s all releva... ...ormation on a timely | Yes | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
| Exercis... ...und reason... | Yes | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
| Effective... ...als with dif... ...t issues and people. | Yes | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
| Displays ... other ... assigne... ...arise. ...ability and w...ngness to work with ...S programs to ...fectively complete ...ks and adda...s ...oblems as they | Yes | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

**RESU... ..OR PROBLE... ..OLVING/DECISION MAKING:**   | 3.4 |

Comme...

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDOC'S 00505
Exhibit J Plaintiff's Performance Reviews at 000075

**4. ST    EHOLDER RELATIONS - The ability and willingness to interact and
   com    nicate effectively with stakeholders.**

STAKEH    ER RELATIC    - Behavioral Anchors

| | | | Remove Behavioral Anchor(s) | | | |
|---|---|---|---|---|---|---|
| Acts as    dvocate for agency policy. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |
| Provide    choolders w    accurate information in    duce the cons    ences of future problen | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |
| Suppo    interac    stakeho    agency miss    and goals in all    th internal    external | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |

RESUL    OR STAKEH    DER RELATIONS:    | 4 |

Comm.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDOC'S 00369
Exhibit "J" Plaintiff's Performance Reviews, at 000070

# D. Individual Development Plan/Performance Improvement Plan

Check appropriate plan type:

Individual Development Plan (IDP) [ ]    Informal Efforts (IE) [ ]    Performance Improvement Plan (PIP) [ ]

Start Period: | July | 01 | 2017 |

to:

Completion Period: | June | 30 | 2018 |

**Short Term Career Goals:** To provide extensive training for MDCPS staff in the area of transitional living services in an effort
To accomplish in 1-2 years. To strengthen direct practice.

**Long Term Career Goals:** To strengthen COR workers knowledge and influence direct practice with youth ages 14-21.
To accomplish in 3-5 years.

| Competencies/Behaviors/Behaviors | Goals | Development Activities | Target Date for Completion | Evaluations/Outcomes | Date of Actual Completion |
|---|---|---|---|---|---|
| Technical Proficiency | To become more familiar with agency systems. | Utilize reports to identify areas of improvement. | Ongoing | | Ongoing |
| Problem solving/Decision making | Become more familiar with agency policies outside of the Transition Support Services work | Participate in MDCPS trainings. | Ongoing | | Ongoing |
| Work flow management | Continue to manage task timely. | Continue to prioritize task. | Ongoing | | Ongoing |

First Level Reviewer Signature: _MDavenport_    Date: 7/26/18

Employee Signature: _____    Date: 7·25·18

Supervisor Signature: _____    Date: 07·25·2078

# Mississippi State Personnel Board

Revision Date: May 21, 2013

## Performance Development Assessment

○ Management    ◉ Non-management

**RECEIVED**

**MAR 2 1 2016**

**DFCS PERSONNEL UNIT**

## A. Demographics/Signatures

### Section 1. Employee Demographics

ACE Id: `AF4546693`                                    Number of People Supervised: [ ]

Employee Name: `Ashley Falgout`

Job Title: `Program Administrator, I.L.`        PIN: `122`

Agency: `MS Dept. Of Human Services`        County: `SO`

Supervisor Name: `Mario Johnson`

Assessment Start Date: `January`  `02`  `2015`

Assessment Completion Date: `January`  `01`  `2016`

Reason for Assessment:    ○ Promotion    ○ Transfer    ○ Reallocation    ○ Reclassification

○ Resignation    ○ New Duties    ◉ Annual    ○ Other

First Level Reviewer Signature: _____    Date: _____

The supervisor has reviewed with me the Job Duties, Individual Development Plan, Competencies and Behavioral Anchors.

Employee Signature: _____    Date: _____

Supervisor Signature: _____    Date: _____

### Section 2. Review and Feedback Acknowledgement

Employee Signature: _____    Date: _____

Supervisor Signature: _____    Date: _____

### Section 3. Final Assessment Rating

| 3.5 |

4    Outstanding        2 - 2.9 Improvement Needed

3 - 3.9 Successful        1 - 1.9 Not Demonstrated

First Level Reviewer Signature: *Sandra McClendon*    Date: `3/21/16`

Employee Signature: *Ashley Falgout*    Date: `3·18·16`

Supervisor Signature: *[signature]*    Date: `03·18·2016`

I acknowledge that this assessment has been discussed with me and I do **X** do not _____ concur with this rating.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDCPS 00591

Exhibit "J" Plaintiffs Performance Reviews at 000078

## B. Job Content - statements which describe a distinct, major role or function assigned to a position which is a principal responsibility and which occupies a significant portion of work time.

| Job Complexity | 2.  Routine or repetitive and follows prescribed standards |
|---|---|

**Job Summary** *[Short statement of the job's basic purpose; why the job exists.]*

Supervise the Mississippi NYTD program.
Maintain the Mississippi NYTD portal.
Maintain correspondence with NYTD eligible youth pertaining to NYTD participation.
Assist youth and workers with Independent Living requirements and questions.
Develop, plan and facilitate Independent Living Training for MDHS staff.
Supervise the Transitional Living Apartment Placement Program to ensure the youth and contract staff meet the policy requirements of the program.
Assist youth and workers with the ETV application and approval process.
Approve/Deny requests entered into MACWIS.
Coordinate, plan and facilitate the Independent Living Computer Camp.
 Assist with any Independent Living activities as needed.

---

**Duty Statement #1**

Supervise the Mississippi NYTD program.
Maintain the Mississippi NYTD portal.
Maintain correspondence with NYTD eligible youth pertaining to NYTD participation.

| % of Time Devoted to this Duty | 50 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) |
|---|---|---|---|
| ⦿ Essential    or    ○ Marginal | | Regularly | Choose One: | 5 - Serious |

**Duty Statement #2**

Assist youth and workers with Independent Living requirements and questions.
Develop, plan and facilitate Independent Living Training for MDHS staff.
Supervise the Transitional Living Apartment Placement Program to ensure the youth and contract staff meet the policy requirements of the program.

| % of Time Devoted to this Duty | 25 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) |
|---|---|---|---|
| ⦿ Essential    or    ○ Marginal | | Regularly | Choose One: | 4 - High |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDHS 75

Exhibit "J" Plaintiff's Performance Reviews at 000072

Employee Initials:

| Duty Statement #3 | | | |
|---|---|---|---|
| Coordinate, plan and facilitate the Independent Living Computer Camp.<br>Assist with any Independent Living activities as needed. | | | |
| % of Time Devoted to this Duty | 25 | How frequently is this duty performed? *(Select One)* | Consequence of Error<br>(1-5) |
| ⦿ Essential    or    ○ Marginal | | Periodically | Choose One:  3 - Moderate |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MSPB 000069
Exhibit "J" Plaintiff's Performance Reviews at 000069
Employee Initials:

MSPB Performance Development Assessment

## C. Competency Assessment

| Public Sector Core Competencies | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|
| **1. INTEGRITY** - Demonstrates a sense of responsibility and commitment to the public trust through statements and actions. | | | | | | |

INTEGRITY- Behavioral Anchors

| Models and demonstrates high standards of integrity, trust, openness and respect for others. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|

**RESULTS FOR INTEGRITY:** | 3 |

Comments:

| **2. WORK ETHIC** - Is productive, diligent, conscientious, timely and loyal. |
|---|

WORK ETHIC - Behavioral Anchors

| Conscientiously abides by the rules, regulations and procedures governing work. | ☐ | ✓ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|

**RESULTS FOR WORK ETHIC:** | 4 |

Comments:

| **3. SERVICE ORIENTATION** - Demonstrates a commitment to quality public service through statements and actions. |
|---|

SERVICE ORIENTATION - Behavioral Anchors

| Provides accurate and timely service. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|

**RESULTS FOR SERVICE ORIENTATION:** | 3 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Exhibit "J" Plaintiff's Performance Reviews at 000081

Employee Initials:

Comments:

## 4. ACCOUNTABILITY - Accepts responsibility for actions and results.

ACCOUNTABILITY - Behavioral Anchors

Remove Behavioral Anchor(s)

| | | | | | | |
|---|---|---|---|---|---|---|
| Focuses on quality and expends the necessary time and effort to achieve goals. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |
| Works to move special projects and initiatives forward. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |

**RESULTS FOR ACCOUNTABILITY:** 4

Comments:

## 5. SELF MANAGEMENT SKILLS - Effectively manages emotions and impulses and maintains a positive attitude.

SELF MANAGEMENT SKILLS - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Works effectively and cooperatively with others to achieve goals. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |

**RESULTS FOR SELF-MANAGEMENT SKILLS:** 3

Comments:

## 6. INTERPERSONAL SKILLS - Shows understanding, courtesy, tact, empathy and concern to develop and maintain relationships.

INTERPERSONAL SKILLS - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Demonstrates cross-cultural sensitivity and understanding. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |

**RESULTS FOR INTERPERSONAL SKILLS:** 4

Comments:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDOC's 005082

Exhibit "J" Plaintiff's Response MDOC's 005082

Employee Initials: ____

MSPB Performance Development Assessment

## 7. COMMUNICATION SKILLS - Receives, attends to, interprets, and responds to verbal messages and expresses information to individuals or groups effectively.

COMMUNICATION SKILLS - Behavioral Anchors

Remove Behavioral Anchor(s)

| | | | | | |
|---|---|---|---|---|---|
| Receives other cues such as body language in ways that are appropriate to listeners and situations. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |
| Makes oral presentations related to Independent Living. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |

**RESULTS FOR COMMUNICATION SKILLS:** 4

Comments:

## 8. SELF-DEVELOPMENT - Adapts behavior or work methods in response to new information, changing conditions, or unexpected obstacles.

SELF-DEVELOPMENT - Behavioral Anchors

| | | | | | |
|---|---|---|---|---|---|
| Uses training, feedback, or other opportunities for self-learning and development. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |

**RESULTS FOR SELF-DEVELOPMENT:** 3

Comments:

| Technical Competencies | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|

## 1. TECHNICAL PROFICIENCY - The ability and willingness to exhibit competency in the technical areas needed to do a specific job.

TECHNICAL PROFICIENCY - Behavioral Anchors

| | | | | | |
|---|---|---|---|---|---|
| Performs work with a minimum amount of supervision in areas that are familiar. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |

**RESULTS FOR TECHNICAL PROFICIENCY:** 3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDOC-S 000083

Exhibit "J" Plaintiff's Performance Reviews at 000083

Employee Initials:

Comments:

2. **WORKFLOW MANAGEMENT** - The ability and willingness to perform work within defined specifications and timelines and to manage conflicting priorities.

WORKFLOW MANAGEMENT - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Operates under specific time constraints and within specified deadlines. | Yes | ☐ | ☑ | ☐ | ☐ | ☐ |
| Effectively prioritizes tasks in order to meet timelines. | Yes | ☑ | ☐ | ☐ | ☐ | ☐ |
| Works on appropriate priorities to get the job done. | Yes | ☑ | ☐ | ☐ | ☐ | ☐ |

**RESULTS FOR WORKFLOW MANAGEMENT:** 3.7

Comments:

3. **PROBLEM SOLVING/DECISION MAKING** - The ability and willingness to work with people and to identify problems in order to effectively and efficiently complete assigned tasks.

PROBLEM SOLVING/DECISION MAKING - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Exhibits ability to identify and address issues that arise. | Yes | ☐ | ☑ | ☐ | ☐ | ☐ |
| Ensures that all problems encountered are addressed at the appropriate level and communicates all relevant information on a timely basis with accuracy and completeness. | Yes | ☑ | ☐ | ☐ | ☐ | ☐ |
| Exercises sound reasoning. | Yes | ☐ | ☑ | ☐ | ☐ | ☐ |
| Effectively deals with difficult issues and people. | Yes | ☑ | ☐ | ☐ | ☐ | ☐ |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    MBS 000064

Exhibit "J" Plaintiff's Performance Reviews  at 000064

Employee Initials:

MSPR Performance Development Assessment

| Displays the ability and willingness to work with other officers or other divisions in order to collectively complete assigned tasks or problems as they arise. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|

**RESULTS FOR PROBLEM SOLVING/DECISION MAKING:**  3.4

Comments:

## 4. STAKEHOLDER RELATIONS - The ability and willingness to interact and communicate effectively with stakeholders.

STAKEHOLDER RELATIONS - Behavioral Anchors

| Proactively provides stakeholders with proper information in an effort to reduce the occurrence of future problems. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|
| Supports the agency mission and goals in all interactions with internal and external stakeholders. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |
| Acts as an advocate for agency policy. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |

**RESULTS FOR STAKEHOLDER RELATIONS:**  3

Comments:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MBOS 000985

Exhibit J Plaintiff's Performance Reviews at 000985

Employee Initials: _____

# D. Individual Development Plan/Performance Improvement Plan

Check appropriate plan type:

Individual Development Plan (IDP) [✓]    Informal Efforts (IE) [ ]    Performance Improvement Plan (PIP) [ ]

Start Period: | January | 02 | 2015

to:

Completion Period: | January | 02 | 2016

| | |
|---|---|
| **Short Term Career Goals:** To accomplish in 1-2 years. | To provide extensive training for MDHS/DFCS staff in the area of Independent Living to improve services offered to youth in care. |
| **Long Term Career Goals:** To accomplish in 3-5 years. | To provide intensive individual training for specific Independent Living related issues. |

| Competencies/ Behavioral Anchors | Goals | Development Activities | Target Date for Completion | Evaluations/ Outcomes | Date of Actual Completion |
|---|---|---|---|---|---|
| Technical Proficiency | To become more familiar with agency systems. | Utilize reports to identify areas of improvement. | ongoing | | Ongoing |
| Problem solving/Decisiron making | To become more familiar with agency policies outside the I.L. area. | Participate in other DFCS trainings. | Ongoing | | Ongoing |
| Work flow management | To continue to manage tasks effectively. | Continue utilizing a schedule of events to prioritize tasks. | Ongoging | | Ongoing |

First Level Reviewer Signature: _Sandra McClendon_    Date: 3/21/16

Employee Signature: _Ashley Dupont_    Date: 3-18-16

Supervisor Signature: _Ma___    Date: 03-18-2016

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - MSPB 000086

Exhibit "J" Plaintiff's Performance Reviews at 000086

Employee Initials: ___

Exhibit "J" at 000080

# Mississippi State Personnel Board
## Performance Development Assessment

Revision Date: May 21, 2013

○ Management    ◉ Non-management

## A. Demographics/Signatures

### Section 1.  Employee Demographics

ACE Id: **AF4546693**    Number of People Supervised: [ ]

Employee Name: **Ashley Falgout**

Job Title: **Program Administrator, I.L.**    PIN: **122**

Agency: **MS Dept. Of Human Services**    County: **SO**

Supervisor Name: **Mario Johnson**

Assessment Start Date: **March**    **01**    **2014**

Assessment Completion Date: **February**    **28**    **2015**

Reason for Assessment:
○ Promotion    ○ Transfer    ○ Reallocation    ○ Reclassification
○ Resignation    ○ New Duties    ◉ Annual    ○ Other

First Level Reviewer Signature: _____ Date: _____

The supervisor has reviewed with me the Job Duties, Individual Development Plan, Competencies and Behavioral Anchors.

Employee Signature: _____ Date: _____

Supervisor Signature: _____ Date: _____

### Section 2.  Review and Feedback Acknowledgement

Employee Signature: _____ Date: _____

Supervisor Signature: _____ Date: _____

### Section 3.  Final Assessment Rating

| 3.5 | 4    Outstanding | 2 - 2.9 Improvement Needed |
|-----|------------------|----------------------------|
|     | 3 - 3.9 Successful | 1 - 1.9 Not Demonstrated |

First Level Reviewer Signature: _*Sandra McCloud*_    Date: **2-28-15**

Employee Signature: _*Ashley Falgout*_    Date: **2-28-15**

Supervisor Signature: _*(signature)*_    Date: **2-28-15**

I acknowledge that this assessment has been discussed with me and I do **X** do not _____ concur with this rating.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDOC'S 000600

Exhibit "J" Plaintiff's Performance Reviews at 000087

## Mississippi State Personnel Board
### Performance Development Assessment

Revision Date: May 21, 2013

○ Management    ● Non-management

## A. Demographics/Signatures

### Section 1. Employee Demographics

| | | | |
|---|---|---|---|
| ACE Id: | AF4546693 | Number of People Supervised: | |
| Employee Name: | Ashley Falgout | | |
| Job Title: | Program Administrator, I.L. | PIN: | 122 |
| Agency: | MS Dept. Of Human Services | County: | SO |
| Supervisor Name: | Mario Johnson | | |

| | | | |
|---|---|---|---|
| Assessment Start Date: | March | 01 | 2014 |
| Assessment Completion Date: | February | 28 | 2015 |

Reason for Assessment:
○ Promotion    ○ Transfer    ○ Reallocation    ○ Reclassification

○ Resignation    ○ New Duties    ● Annual    ○ Other

First Level Reviewer Signature: _Danhiah McClist_    Date: _2-28-15_

The supervisor has reviewed with me the Job Duties, Individual Development Plan, Competencies and Behavioral Anchors.

Employee Signature: _Ashley Falgout_    Date: _2.28.14_

Supervisor Signature: _[signature]_    Date: _2.28.14_

### Section 2. Review and Feedback Acknowledgement

Employee Signature: _____    Date: _____

Supervisor Signature: _____    Date: _____

### Section 3. Final Assessment Rating

| 0 |
|---|

4    Outstanding    2 - 2.9 Improvement Needed

3 - 3.9 Successful    1 - 1.9 Not Demonstrated

First Level Reviewer Signature: _____    Date: _____

Employee Signature: _____    Date: _____

Supervisor Signature: _____    Date: _____

I acknowledge that this assessment has been discussed with me and I do _____ do not _____ concur with this rating.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDHS 000001
Exhibit J Plaintiffs Performance Reviews at 000088

**B. Job Content** - statements which describe a distinct, major role or function assigned to a position which is a principal responsibility and which occupies a significant portion of work time.

| Job Complexity | 2. Routine or repetitive and follows prescribed standards |
|---|---|

**Job Summary** *[Short statement of the job's basic purpose; why the job exists.]*

Supervise the Mississippi NYTD program.
Maintain the Mississippi NYTD portal.
Maintain correspondence with NYTD eligible youth pertaining to NYTD participation.
Assist youth and workers with Independent Living requirements and questions.
Develop, plan and facilitate Independent Living Training for MDHS staff.
Supervise the Transitional Living Apartment Placement Program to ensure the youth and contract staff meet the policy requirements of the program.
Assist youth and workers with the ETV application and approval process.
Approve/Deny requests entered into MACWIS.
Coordinate, plan and facilitate the Independent Living Computer Camp.
Assist with any Independent Living activities as needed.

---

**Duty Statement #1**

Supervise the Mississippi NYTD program.
Maintain the Mississippi NYTD portal.
Maintain correspondence with NYTD eligible youth pertaining to NYTD participation.

| % of Time Devoted to this Duty | 50 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) | |
|---|---|---|---|---|
| ⦿ Essential    or    ○ Marginal | | Regularly | Choose One: | 5 - Serious |

**Duty Statement #2**

Assist youth and workers with Independent Living requirements and questions.
Develop, plan and facilitate Independent Living Training for MDHS staff.
Supervise the Transitional Living Apartment Placement Program to ensure the youth and contract staff meet the policy requirements of the program.

| % of Time Devoted to this Duty | 25 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) | |
|---|---|---|---|---|
| ⦿ Essential    or    ○ Marginal | | Regularly | Choose One: | 4 - High |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Exhibit "J" Plaintiff's Performance Reviews at 000082
Employee Initials

| Duty Statement #3 | | | |
|---|---|---|---|
| Coordinate, plan and facilitate the Independent Living Computer Camp. Assist with any Independent Living activities as needed. | | | |

| % of Time Devoted to this Duty | 25 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) |
|---|---|---|---|
| ⊙ Essential   or   ○ Marginal | | Periodically | Choose One:    3 - Moderate |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Exhibit "J" Plaintiff's Performance Reviews at 000009
Employee Initials

## C. Competency Assessment

| Public Sector Core Competencies | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|

**1. INTEGRITY** - Demonstrates a sense of responsibility and commitment to the public trust through statements and actions.

INTEGRITY- Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Models and demonstrates high standards of integrity, trust, openness and respect for others. | Yes | | ✓ | | | |

**RESULTS FOR INTEGRITY:** 3

Comments:

**2. WORK ETHIC** - Is productive, diligent, conscientious, timely and loyal.

WORK ETHIC - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Conscientiously abides by the rules, regulations and procedures governing work. | | ✓ | | | | |

**RESULTS FOR WORK ETHIC:** 4

Comments:

**3. SERVICE ORIENTATION** - Demonstrates a commitment to quality public service through statements and actions.

SERVICE ORIENTATION - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Provides accurate and timely service. | Yes | | ✓ | | | |

**RESULTS FOR SERVICE ORIENTATION:** 3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Exhibit J Plaintiff's Performance Reviews at 000091
Employee Initials:

Comments:

## 4. ACCOUNTABILITY - Accepts responsibility for actions and results.

ACCOUNTABILITY - Behavioral Anchors

Remove Behavioral Anchor(s)

| | | | | | | |
|---|---|---|---|---|---|---|
| Focuses on quality and expends the necessary time and effort to achieve goals. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |
| Works to move special projects and initiatives forward. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |

**RESULTS FOR ACCOUNTABILITY:** 4

Comments:

## 5. SELF MANAGEMENT SKILLS - Effectively manages emotions and impulses and maintains a positive attitude.

SELF MANAGEMENT SKILLS - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Works effectively and cooperatively with others to achieve goals. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |

**RESULTS FOR SELF-MANAGEMENT SKILLS:** 3

Comments:

## 6. INTERPERSONAL SKILLS - Shows understanding, courtesy, tact, empathy and concern to develop and maintain relationships.

INTERPERSONAL SKILLS - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Demonstrates cross-cultural sensitivity and understanding. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |

**RESULTS FOR INTERPERSONAL SKILLS:** 4

Comments:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Exhibit "J" Plaintiff's Performance Reviews  at 000082

Employee Initials:

## 7. COMMUNICATION SKILLS - Receives, attends to, interprets, and responds to verbal messages and expresses information to individuals or groups effectively.

COMMUNICATION SKILLS - Behavioral Anchors

Remove Behavioral Anchor(s)

| | | | | | | |
|---|---|---|---|---|---|---|
| Receives other cues such as body language in ways that are appropriate to listeners and situations. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |
| Makes oral presentations related to Independent Living. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |

**RESULTS FOR COMMUNICATION SKILLS:** 4

Comments:

## 8. SELF-DEVELOPMENT - Adapts behavior or work methods in response to new information, changing conditions, or unexpected obstacles.

SELF-DEVELOPMENT - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Uses training, feedback, or other opportunities for self-learning and development. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |

**RESULTS FOR SELF-DEVELOPMENT:** 3

Comments:

| Technical Competencies | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|

## 1. TECHNICAL PROFICIENCY - The ability and willingness to exhibit competency in the technical areas needed to do a specific job.

TECHNICAL PROFICIENCY - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Performs work with a minimum amount of supervision in areas that are familiar. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |

**RESULTS FOR TECHNICAL PROFICIENCY:** 3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Exhibit "J" Plaintiff's Performance Reviews at 000086

Employee Initials

Comments:

## 2. WORKFLOW MANAGEMENT - The ability and willingness to perform work within defined specifications and timelines and to manage conflicting priorities.

WORKFLOW MANAGEMENT - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Operates under specific time constraints and within specified deadlines. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |
| Effectively prioritizes tasks in order to meet timelines. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |
| Works on appropriate priorities to get the job done. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |

**RESULTS FOR WORKFLOW MANAGEMENT:** 3.7

Comments:

## 3. PROBLEM SOLVING/DECISION MAKING - The ability and willingness to work with people and to identify problems in order to effectively and efficiently complete assigned tasks.

PROBLEM SOLVING/DECISION MAKING - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Exhibits ability to identify and address issues that arise. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |
| Ensures that all problems encountered are addressed at the appropriate level and communicates all relevant information on a timely basis with accuracy and completeness. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |
| Exercises sound reasoning. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |
| Effectively deals with difficult issues and people. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Exhibit "J" Plaintiff's Performance Reviews at 000087
Employee Initials ___

| | Yes | | | | | |
|---|---|---|---|---|---|---|
| Displays the ability and willingness to work with other officers or other divisions in order to collectively complete assigned tasks or problems as they arise. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |

**RESULTS FOR PROBLEM SOLVING/DECISION MAKING:**    3.4

Comments:

---

## 4. STAKEHOLDER RELATIONS - The ability and willingness to interact and communicate effectively with stakeholders.

STAKEHOLDER RELATIONS - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Proactively provides stakeholders with proper information in an effort to reduce the occurrence of future problems. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |
| Supports the agency mission and goals in all interactions with internal and external stakeholders. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |
| Acts as an advocate for agency policy. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |

**RESULTS FOR STAKEHOLDER RELATIONS:**    3

Comments:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    Exhibit J Plaintiffs Performance Review et 000085

## D. Individual Development Plan/Performance Improvement Plan

Check appropriate plan type:

Individual Development Plan (IDP) [✓]     Informal Efforts (IE) [ ]          Performance Improvement Plan (PIP) [ ]

| Start Period: | March | 01 | 2014 |
|---|---|---|---|
| to: | | | |
| Completion Period: | February | 28 | 2015 |

| Short Term Career Goals: To accomplish in 1-2 years. | To provide extensive training for MDHS/DFCS staff in the area of Independent Living to improve services offered to youth in care. |
|---|---|

| Long Term Career Goals: To accomplish in 3-5 years. | To provide intensive individual training for specific Independent Living related issues. |
|---|---|

| Competencies/ Behavioral Anchors | Goals | Development Activities | Target Date for Completion | Evaluations/ Outcomes | Date of Actual Completion |
|---|---|---|---|---|---|
| Technical Proficiency | To become more familiar with agency systems. | Utilize reports to identify areas of improvement. | ongoing | | Ongoing |
| Problem solving/Decisiron making | To become more familiar with agency policies outside the I.L. area. | Participate in other DFCS trainings. | Ongoing | | Ongoing |
| Work flow management | To continue to manage tasks effectively. | Continue utilizing a schedule of events to prioritize tasks. | Ongoing | | Ongoing |

First Level Reviewer Signature: _____     Date: _2-31-15_

Employee Signature: _____     Date: _'2.31.15_

Supervisor Signature: _____     Date: _2.31.15_

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDHS-S 000009

Exhibit "J" Plaintiff's Performance Reviews at 000009          Employee Initials: _____

Exhibit "J" at 000090

*SPB Form 800-1*
*Revised: May 1, 2000*

# MS STATE PERSONNEL BOARD
## PERFORMANCE APPRAISAL REVIEW REPORT

### SECTION 1.  GENERAL  INFORMATION

Appraisal
Period From: 11. 8. 2012          to     11. 8. 2012

Falgout, Ashley                          428491702

| Employee's Name (Last, First, Middle Initial) | Social Security Number |
|---|---|

| Position (PIN) Number: | 122 | Title: | Program Administrator |
|---|---|---|---|

| Agency Code: | 0662 | Agency Name: | Mississippi Department of Human Services |
|---|---|---|---|
| | | Agency Dept.: | DFCS /Resource Development Unit |

### SECTION 2.  DUTIES / PERFORMANCE  STANDARDS (To complete, see reverse for instructions.)

### SECTION 3.  ACKNOWLEDGEMENT  OF  DUTIES / PERFORMANCE  STANDARDS

Date: 11. 8. 2012      Supervisor Signature:

Date: 11- 8- 2012      First Level Reviewer:

Employee Response:  (*Initial one blank ONLY.*)

The supervisor has reviewed with me the duties/performance standards.    I  do  X    do not ____  concur.

Date: 11.8.12          Employee Signature:

### SECTION 4:  REVIEW  AND  FEEDBACK

Review Date: _____    Supervisor Initials: _____    Employee Initials: _____

### SECTION 5.  ACCOMPLISHMENTS / AREAS TO IMPROVE (To complete, see reverse for instructions.)

### SECTION 6.        NARRATIVE APPRAISAL/RATING

Summary Rating:

For online SPAHRS purposes, rating supervisor please initial the reason for rating:

Completed:    First Six Months_____    Second six months_____    Annual ✓

Agency/rating cycle_____    Transferred_____    Promoted_____    Demoted_____
Reclassed_____    Rater Transferred_____    No longer employed_____    Other_____

Date: 11.8.12  Supervisor Signature:

Date: 11-8-12  First Level Reviewer:

Employee Response: (*Initial one line ONLY.*)

This rating has discussed with me and I do  AF  do not _____  concur with this rating.

I acknowledge that the rating was discussed with me.  AF

Date: 11.8.12  Employee Signature:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDHS 00010

Exhibit "J" Plaintiff's Performance Reviews at 000097

Exhibit "J" at 000091

MDHS-PER-211
SPB Form 800-3
Revised: January, 1996

**MS STATE PERSONNEL BOARD**
PERFORMANCE APPRAISAL REVIEW REPORT
Page 1 of 2

Name: Ashley Falgout   TITLE: Program Administrator   AGENCY: 0662   PIN: 122

Employee's Signature: _Ashley Falgout_   Date: _11·8·12_

| Section 2. | Duties / Performance Standards | WT | Section 5 | Accomplishments / Areas To Improve | Weight x | Rating = | Points |
|---|---|---|---|---|---|---|---|
| | | | | Weight (1 or 2) Rating (1.0, 2.0 or 3.0) | | | |
| 1. | **Interprets policies, rules, and regulations of the program to which assigned.** Responsible for developing, maintaining and managing the National Youth in Transition Database (NYTD) for the state. <br>• Receive daily MACWIS reports to ensure correct information is entered into the system on youth ages 14 and up. Compile a list of youth who need additional/corrected information in MACWIS to send to the Regional Directors <br>• Track the physical location and placement status of eligible NYTD youth through MAWIS and contractor and social worker contact <br>• Maintain a list of eligible youth to be surveyed and coordinate how the survey will be administered to each youth age 17 and up <br>• Collaborate with Management Information System (MIS) to ensure we are capturing the required information for reporting to the Administration for Children and Families (ACF) <br>• Validate the information transmitted to ACF during required reporting periods <br>• Complete the final submittal of NYTD information to ACF to meet the federal compliance standards to avoid penalties associated with the state's allotted Chafee Grant Award | 2 | Ashley has assisted DFCS in maintaining a 100% survey completion rate. | | 2 | 2 | 4 |
| 2. | **Develops material for and conducts in-service training and participates in staff development activities.** Responsible for scheduling, planning and facilitating the Strategies for Accessing Independent Living Services (SAILS) committee meetings. <br>• Coordinate with Human Resources to ensure a meeting location for the monthly SAILS committee meetings <br>• Create the meeting agenda by identifying issues to be presented and discussed by the committee <br>• Send e-mails to the committee members confirming date, time, location and attendance of meeting | 2 | Ashley works well with SAILS Committee | | 2 | 2 | 4 |

Exhibit J, Plaintiffs Performance Reviews, at 000098

Exhibit "J" at 000092

**MDHS-PER-211**
**SPB Form 800-3**
**Revised: January, 1996**

# MS STATE PERSONNEL BOARD
## PERFORMANCE APPRAISAL REVIEW REPORT
Page 2 of 3

Page 2 of 2

Name: Ashley Falgout    TITLE: Program Administrator    AGENCY: 0662    PIN: 122

Employee's Signature: _Ashley Falgout_    Date: 11-8-12

Weight (1 or 2) Rating (1.0, 2.0 or 3.0)

| Section 2. | Duties / Performance Standards | WT | Section 5 | Accomplishments / Areas To Improve | Weight x | | Rating = | Points |
|---|---|---|---|---|---|---|---|---|
| 3. | *Performs administrative duties for policy sections and service programs.* Complete daily Independent Living related functions. • Respond to emails and phone calls • Assist field staff and youth access available Independent Living resources • Assist field staff and youth with Educational Training Voucher (IETV) enrollment and request • Approve request on the MACWIS tickler | 2 | Ashley is good with assisting field staff with IL issues. | | 2 | | 2 | 4 |
| 4. | *Serves as liaison between agency and clients, general public, other divisions within the agency, and public and private agencies.* | 2 | Works well with Committee Partners. | | 2 | | 2 | 4 |
| | *Maintains current Office Property & Equipment Log, Form MDHS-PROP-114E, visibly posted in office or work area.* | 1 | | | 1 | | 1 | 2 |
| | **Total** | 9 | | | 9 | | | 18 |

TOTAL WEIGHT    TOTAL POINTS

Total Points ÷ Total Weight = Summary Rating

_18_ ÷ _9_ = _2.00_

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDCPS 00612

Exhibit J, Plaintiffs Performance Reviews, at 000099

Exhibit "J" at 000093

SPB Form 800-1
Revised: July 1, 1999

## MS STATE PERSONNEL BOARD
## PERFORMANCE APPRAISAL REVIEW REPORT

RECEIVED
JUL - 8 2009
DFCS PERSONNEL UNIT

### SECTION 1. GENERAL INFORMATION

Appraisal Period From: __June__ , 20 _09_ to __May__ , 20 _10_

__Ashley L. Falgout__                                    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
Employee's Name (Last, First, Middle Initial)            Social Security Number

Position (PIN) Number: _122_          Title: __Program Administrator__

Agency Code: __0662__        Agency Name: __Mississippi Department of Human Services__

                             Agency Dept: __Family and Children Services__

### SECTION 2. DUTIES/PERFORMANCE STANDARDS (To complete, see reverse for instructions.)

### SECTION 3. ACKNOWLEDGEMENT OF DUTIES/PERFORMANCE STANDARDS

Date: _7.8.09_          Supervisor Signature: _____

Date: _7.8.09_          First Level Reviewer: _Angie M. William_

Employee Response: (Initial one blank ONLY.)

The supervisor has reviewed with me the duties/performance standards.   I do _____   do not _____ concur.

Date: _7.8.09_          Employee Signature: _Ashley Falgout_

### SECTION 4. REVIEW AND FEEDBACK

Review Date: _____   Supervisor Initials: _____   Employee Initials: _____

### SECTION 5. ACCOMPLISHMENTS/AREAS TO IMPROVE (To complete, see reverse for instructions.)

### SECTION 6. NARRATIVE APPRAISAL/RATING

Appraisal Rating _____   For online SPAHRS purpose, rating supervisor please initial the reason for rating:
                           Completed: First six months _____   Second six months _____   Annual _____
                           Agency/rating cycle: Transferred _____   Promoted _____   Demoted _____   Reclassed _____
                                   Rater transferred _____   No longer employed _____   Other _____

Date: _____   Supervisor Signature: _____

Date: _____   First level Reviewer: _____

Employee Response: (Initial one line ONLY.)

My supervisor has discussed this narrative appraisal/rating with me and I do _____ do not _____ concur with this rating.

I acknowledge that the appraisal rating was discussed with me. _____

Date: _____   Employee Signature: _____

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDCPS 000810      Exhibit "J" Plaintiff's Performance Reviews at 000100

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDCPS 00614

Exhibit "J" at 000094

SPB Form 800-3
Revised: January, 1999

**MS STATE PERSONNEL BOARD**
**PERFORMANCE APPRAISAL REVIEW REPORT**

Page _____ of _____

Date: _____

Employee's Signature: _____

| Section 2. | Duties/Performance Standards | WT | Section 5. | Accomplishments/ Areas to Improve | Weight x Rating = Points (1 or 2) (1.0, 2.0 or 3.0) |
|---|---|---|---|---|---|
| | Assist with development, implementation, and facilitation of independent living training. | 2 | | | |
| | Assist with the development and implementation of the National Youth in Transition Data Base (NYTD). | 2 | | | |
| | Maintain a tracking system for youth in the eligible for NYTD. | 2 | | | |
| | Serve as a liaison between MDHS and the Independent Living sub grantee. | 2 | | | |

TOTAL WEIGHT        TOTAL POINTS

TOTAL POINTS ÷ TOTAL WEIGHT = OVERALL APPRAISAL RATING

_____ ÷ _____ = _____

Exhibit J, Plaintiffs Performance Reviews, at 000101

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER MDCPS 00615

Exhibit "J" at 000095

*SPB Form 800-3*
*Revised: January, 1999*

## MS STATE PERSONNEL BOARD
## PERFORMANCE APPRAISAL REVIEW REPORT

Page _____ of _____

Date: _____

Employee's Signature: _____

| Section 2. | Duties/Performance Standards | WT | Section 5. | Accomplishments/ Areas to Improve | Weight x Rating = Points (1 or 2) (1.0, 2.0 or 3.0) |
|---|---|---|---|---|---|
| | Train and implement the Independent Living curriculum. | 2 | | | |
| | Monitor Independent Living program services. | 2 | | | |
| | Participate in various informational conferences and meetings. | 2 | | | |
| | Support, Motivate, and advocate for youth participating in the Independent Living program. | 2 | | | |

TOTAL WEIGHT _____ TOTAL POINTS _____

TOTAL POINTS ÷ TOTAL WEIGHT = OVERALL APPRAISAL RATING

_____ ÷ _____ = _____

Exhibit J, Plaintiffs Performance Reviews, at 000102

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDCPS 00616

Exhibit "J" at 000096

SPB Form 800-3
Revised: January, 1999

## MS STATE PERSONNEL BOARD
## PERFORMANCE APPRAISAL REVIEW REPORT

Page _____ of _____

Date: _____

Employee's Signature: _____

| Section 2. Duties/Performance Standards | WT | Section 5. Accomplishments/ Areas to Improve | Weight (1 or 2) x Rating (1.0, 2.0 or 3.0) = Points |
|---|---|---|---|
| Assist county field staff with the Independent Living issues and concerns. | 2 | | |
| Co-lead the Strategies for Accessing Independent Living Skills Committee (S.A.I.L.S) | 2 | | |
| Coordinate Helping Others Prosper Equally (Hope Forum) foster care youth advisory board. | 2 | | |
| | | | |

TOTAL WEIGHT    TOTAL POINTS

TOTAL POINTS ÷ TOTAL WEIGHT = OVERALL APPRAISAL RATING

_____ ÷ _____ = _____

Exhibit J, Plaintiffs Performance Reviews, at 000103

Exhibit "J" at 000097
DocuSign Envelope ID: E11DEC7D-6BAD-42... ...CBE-4C73C2A2A16B

# Mississippi State Personnel Board
## Performance Development Assessment

Revision Date: May 21, 2013

○ Management    ● Non-management

## A. Demographics/Signatures

### Section 1. Employee Demographics

ACE Id: 30497960

Number of People Supervised: 0

Employee Name: Melanie Young

Job Title: Project Officer IV, Special    PIN: 1330

Agency: Ms. Dept. of Child Protection Services    County: State Office

Supervisor Name: Ashley Falgout

Assessment Start Date: October | 01 | 2020

Assessment Completion Date: March | 19 | 2021

Reason for Assessment:
● Promotion    ○ Transfer    ○ Reallocation    ○ Reclassification
○ Resignation    ○ New Duties    ○ Annual    ○ Other

First Level Reviewer Signature: _____ Date: _____

The supervisor has reviewed with me the Job Duties, Individual Development Plan, Competencies and Behavioral Anchors.

Employee Signature: _____ Date: 10/1/2020

Supervisor Signature: Ashley Falgout Date: 10.1.2020

### Section 2. Review and Feedback Acknowledgement

Employee Signature: _____ Date: 3/19/2021

Supervisor Signature: Ashley Falgout Date: 3.19.2021

### Section 3. Final Assessment Rating

3.6

4    Outstanding    2 – 2.9 Improvement Needed

3 – 3.9 Successful    1 – 1.9 Not Demonstrated

First Level Reviewer Signature: MD Davenport Date: 3/22/2021 | 9:26 AM CDT
74487B90131743B...

Employee Signature: _____ Date: 3/19/2021

Supervisor Signature: Ashley Falgout Date: 3.19.2021

I acknowledge that this assessment has been discussed with me and I do _do_ do not _____ concur with this rating.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDCPS 000912
Exhibit J Plaintiffs Performance Reviews at 0000173 10

DocuSign Envelope ID: E11DEC7D-6BAD-42∶ ⊂BE-4C73C2A2A16B

**B. Job Content** – statements which describe a distinct, major role or function assigned to a position which is a principal responsibility and which occupies a significant portion of work time.

| Job Complexity | 5. Governed generally by broad instructions, objectives, and policies |
|---|---|

**Job Summary** *[Short statement of the job's basic purpose; why the job exists.]*

Provide youth and MDCPS staff with assistance regarding state and federal laws surrounding educational requirements for youth in care.

**Duty Statement #1**

Provide Individual support and coaching to MDCPS workers and youth in care with educational assistance regarding school enrollment, transfers, tutoring, IEP meetings, and any other educational required assistance.

| % of Time Devoted to this Duty | 55 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) |
|---|---|---|---|
| ⊙ Essential   or   ○ Marginal | | Regularly | Choose One:   5 - Serious |

**Duty Statement #2**

Train MDCPS staff and community partners per the MSA requirements to ensure youth in care meet their educational benchmarks and goals.

| % of Time Devoted to this Duty | 20 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) |
|---|---|---|---|
| ⊙ Essential   or   ○ Marginal | | Regularly | Choose One:   3 - Moderate |

**Duty Statement #3**

Assist with the development and implementation of MDCPS Educational Policies and Procedures to comply with all state and federal requirements.

| % of Time Devoted to this Duty | 15 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) |
|---|---|---|---|
| ⊙ Essential   or   ○ Marginal | | Regularly | Choose One:   4 - High |

Employee Initials:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER - MDHS 000085

DocuSign Envelope ID: E11DEC7D-6BAD-423   CBE-4C73C2A2A16B
Exhibit "J" al 000099

| Duty Statement #4 | | | |
|---|---|---|---|
| Provide MDCPS Educational Policies and Procedures training to resource parents to ensure compliance with state and federal guidelines | | | |
| % of Time Devoted to this Duty | 10 | How frequently is this duty performed? *(Select One)* | Consequence of Error (1-5) |
| ⊙ Essential    or    ○ Marginal | | Periodically | Choose One:  3 - Moderate |

Employee Initials: _____

Exhibit J Plaintiff's Performance Reviews

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDCPS 00704

Exhibit "J" at 000100

DocuSign Envelope ID: E11DEC7D-6BAD-42    CBE-4C73C2A2A16B

## C.  Competency Assessment

| Public Sector Core Competencies | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|

### 1. INTEGRITY - Demonstrates a sense of responsibility and commitment to the public trust through statements and actions.

INTEGRITY- Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Models and demonstrates high standards of integrity, trust, openness and respect for others. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |
| Demonstrates integrity by honoring commitments and promises. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |

**RESULTS FOR INTEGRITY:**    4

Comments:

### 2. WORK ETHIC - Is productive, diligent, conscientious, timely and loyal.

WORK ETHIC - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Conscientiously abides by the rules, regulations and procedures governing work. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |
| Sticks with assigned tasks until they are completed correctly. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |

**RESULTS FOR WORK ETHIC:**    4

Comments:

### 3. SERVICE ORIENTATION - Demonstrates a commitment to quality public service through statements and actions.

SERVICE ORIENTATION - Behavioral Anchors

Employee Initials:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDPS 000607

DocuSign Envelope ID: 21F13EC7D-6BAD-423    :BE-4C73C2A2A16B

| | | | | | | |
|---|---|---|---|---|---|---|
| Seeks to understand and meet and/or exceed the needs and experiences of customers. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |
| Treats customers with respect, responding to requests in a professional manner, even in difficult circumstances. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |

**RESULTS FOR SERVICE ORIENTATION:** 4

Comments:

## 4. ACCOUNTABILITY - Accepts responsibility for actions and results.

ACCOUNTABILITY - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Demonstrates loyalty to the job and the agency and is a good steward of state assets. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |
| Deals effectively with pressure and recovers quickly from setbacks. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |

**RESULTS FOR ACCOUNTABILITY:** 3

Comments:

## 5. SELF MANAGEMENT SKILLS - Effectively manages emotions and impulses and maintains a positive attitude.

SELF MANAGEMENT SKILLS - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Works effectively and cooperatively with others to achieve goals. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |
| Communicates effectively. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |
| Avoids conflicts of interest. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |

**RESULTS FOR SELF-MANAGEMENT SKILLS:** 4

Comments:

Employee Initials:

MSPB Performance Development Assessment

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDOC'S 000408

Exhibit J Plaintiff's Performance Reviews at 000408 of 10

Exhibit "J" at 000102

DocuSign Envelope ID: E11DEC7D-6BAD-423... ...BE-4C73C2A2A16B

## 6. INTERPERSONAL SKILLS - Shows understanding, courtesy, tact, empathy and concern to develop and maintain relationships.

INTERPERSONAL SKILLS - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Demonstrates cross-cultural sensitivity and understanding. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |
| Expresses facts and ideas both verbally and in writing in a clear, convincing and organized manner, helping others translate vision into action. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |
| Recognizes and develops potential in others; mentors. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |

**RESULTS FOR INTERPERSONAL SKILLS:** 3.4

Comments:

## 7. COMMUNICATION SKILLS - Receives, attends to, interprets, and responds to verbal messages and expresses information to individuals or groups effectively.

COMMUNICATION SKILLS - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Takes into account the audience and nature of the information. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |
| Communicates ideas, suggestions, and concerns, as well as outcomes and progress, throughout the process of an activity. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |
| Provides thorough and accurate information. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |

**RESULTS FOR COMMUNICATION SKILLS:** 3.4

Comments:

## 8. SELF-DEVELOPMENT - Adapts behavior or work methods in response to new information, changing conditions, or unexpected obstacles.

SELF-DEVELOPMENT - Behavioral Anchors

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDOT'S 000707

Exhibit J Plaintiff's Performance Reviews 4000099

Employee Initials:

Exhibit "J" at 000103
DocuSign Envelope ID: E11DEC7D-6BAD-42... CBE-4C73C2A2A16B

| | | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|---|
| Uses training, feedback, or other opportunities for self-learning and development. | Yes | | | ✓ | | | |
| Remains open to change and new information and ideas. | Yes | | ✓ | | | | |

**RESULTS FOR SELF-DEVELOPMENT:** `3`

Comments:

| Technical Competencies | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|

1. **TECHNICAL PROFICIENCY** - The ability and willingness to exhibit competency in the technical areas needed to do a specific job.

TECHNICAL PROFICIENCY - Behavioral Anchors

| | | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|---|
| Reads, comprehends, and correctly applies all rules, regulations, and policies applicable to work assignments. | Yes | ✓ | | | | | |
| Performs work with a minimum amount of supervision in areas that are familiar. | | | | ✓ | | | |

**RESULTS FOR TECHNICAL PROFICIENCY:** `3.5`

Comments:

2. **WORKFLOW MANAGEMENT** - The ability and willingness to perform work within defined specifications and timelines and to manage conflicting priorities.

WORKFLOW MANAGEMENT - Behavioral Anchors

| | | Review & Feedback | Outstanding | Successful | Improvement Needed | Not Demonstrated | N/A |
|---|---|---|---|---|---|---|---|
| Operates under specific time constraints and within specified deadlines. | Yes | | | ✓ | | | |
| Effectively prioritizes tasks in order to meet timelines. | Yes | | | ✓ | | | |
| Works on appropriate priorities to get the job done. | Yes | | | ✓ | | | |

Employee Initials: _____

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDOC's 00406

DocuSign Envelope ID: E11DEC7D-6BAD-42⁓ CBE-4C73C2A2A16B

**RESULTS FOR WORKFLOW MANAGEMENT:**   3

Comments:

3. **PROBLEM SOLVING/DECISION MAKING** - The ability and willingness to work with people and to identify problems in order to effectively and efficiently complete assigned tasks.

PROBLEM SOLVING/DECISION MAKING - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Exhibits ability to identify and address issues that arise. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |
| Ensures that all problems encountered are addressed at the appropriate level and communicates all relevant information on a timely basis with accuracy and completeness. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |
| Exercises sound reasoning. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |
| Effectively deals with difficult issues and people. | Yes | ☐ | ✓ | ☐ | ☐ | ☐ |
| Displays the ability and willingness to work with other officers or other divisions in order to collectively complete assigned tasks or problems as they arise. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |

**RESULTS FOR PROBLEM SOLVING/DECISION MAKING:**   3.6

Comments:

4. **STAKEHOLDER RELATIONS** - The ability and willingness to interact and communicate effectively with stakeholders.

STAKEHOLDER RELATIONS - Behavioral Anchors

| | | | | | | |
|---|---|---|---|---|---|---|
| Proactively provides stakeholders with proper information in an effort to reduce the occurrence of future problems. | Yes | ✓ | ☐ | ☐ | ☐ | ☐ |

Employee Initials: _____

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDOC'S 000411

Exhibit "J" at 000105

DocuSign Envelope ID: E11DEC7D-6BAD-42: CBE-4C73C2A2A16B

| RESULTS FOR STAKEHOLDER RELATIONS: | 4 |
| --- | --- |
| Comments: | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MBOP'S 000713

Exhibit "J" Plaintiff's Performance Reviews at 000713

Employee Initials:

Exhibit "J" at 000106
DocuSign Envelope ID: E11DEC7D-6BAD-42   CBE-4C73C2A2A16B

## D. Individual Development Plan/Performance Improvement Plan

Check appropriate plan type:

Individual Development Plan (IDP)  ☐     Informal Efforts (IE)  ☐     Performance Improvement Plan (PIP)  ☐

Start Period:    | Select a month | Select a day | Select a year |
to:
Completion Period:    | Select a month | Select a day | Select a year |

**Short Term Career Goals:**
To accomplish in 1-2 years.

**Long Term Career Goals:**
To accomplish in 3-5 years.

| Competencies/ Behavioral Anchors | Goals | Development Activities | Target Date for Completion | Evaluations/ Outcomes | Date of Actual Completion |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

First Level Reviewer Signature: _____    Date: _____

Employee Signature: _____    Date: _____

Supervisor Signature: _____    Date: _____

Employee Initials: _____

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MDOC'S 4

Exhibit "J" Plaintiff's Performance Reviews at 000118