

YOUNG 000032



YOUNG 000033