# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**MELANIE YOUNG and ASHLEY FALGOUT**            **PLAINTIFFS**

**v.**            **CIVIL ACTION NO. 3:24-cv-00615-CWR-ASH**

**MISSISSIPPI DEPARTMENT OF**
**CHILD PROTECTION SERVICES**            **DEFENDANT**

## SECOND UNOPPOSED MOTION FOR 7-DAY EXTENSION
## TO FILE REPLY BRIEF FOR MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendant, Mississippi Department of Child Protection Services ("MDCPS" or "Defendant"), by and though counsel and pursuant to FED. R. CIV. P. and L.U. CIV. R., and hereby files its second UNOPPOSED Motion for a 7-day extension of the deadline to file a Reply Brief for its Motion for Summary Judgment [30], and in support thereof, would cite unto this Honorable Court the following, to-wit:

1. Pursuant to this Court's text-only Order entered 11/7/25, Defendant's Reply Brief regarding its Motion for Summary Judgment [30] is currently due on 11/17/25.

2. Although Defense counsel has been diligent with preparing its reply brief, due to the undersigned's involvement in other litigation, a heavy work schedule and times during which counsel is scheduled to be away from the office—including drafting other dispositive motions and attending to other deadlines in several other cases, and being out of the office this past Monday (illness) and Tuesday (Veteran's Day)— it is apparent that the undersigned has been and will be unable to devote sufficient time to

adequately prepare a Reply Brief for filing on or before the current due date (11/17/25). Further, the Response brief [38] is lengthy and requires additional time to fully explore its arguments and authorities.

3. Accordingly, Defendant respectfully requests an additional seven (7) days in which to prepare and file its Reply Brief for its Motion for Summary Judgment in this matter, making said deadline on or before Monday, November 24, 2025.

4. In accordance with L.U. CIV. R. 7(b)(10), the undersigned has conferred with Plaintiffs' counsel, who stated no objection to Defendant's requested extension.

5. Defendant's requested extension is unopposed, made in good faith and not for any improper purpose or delay. Rather, this extension is sought to allow the undersigned an opportunity to fully and adequately brief a reply addressing and rebutting Plaintiffs' response brief and further supporting summary judgment.

6. Due to the straightforward nature of Defendant's requested extension, it asks that the Court waive any requirement of a separate memorandum brief.

WHEREFORE, PREMISES CONSIDERED, Defendant MDCPS respectfully requests this Honorable Court enter an Order extending the deadline to file a Reply Brief for Motion for Summary Judgment by an additional seven (7) days until 11/24/25. Defendant also requests such other and further relief as the Court deems just and appropriate in the premises.

RESPECTFULLY SUBMITTED, this the 13th day of November, 2025.

**MISSISSIPPI DEPARTMENT OF CHILD PROTECTION SERVICES**, *Defendant*

                    **LYNN FITCH, ATTORNEY GENERAL**
                    **STATE OF MISSISSIPPI**

                    */s/ Will Ivison*
                    WILLIAM C. IVISON
                    Special Assistant Attorney General
                    Mississippi Bar No. 104213

Will Ivison (MSB #104213)
Lindsay Thomas Dowdle (MSB #102873)
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Telephone:  (601) 359-4245
                (601) 359-3020
Fax:          (601) 359-2003
Email:      Will.Ivison@ago.ms.gov
              Lindsay.Dowdle@ago.ms.gov

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the ECF system which provided a copy to all counsel of record.

      SO CERTIFIED, this the 13th day of November, 2025.

                    */s/ Will Ivison*
                    WILLIAM C. IVISON (MSB #104213)
                    Special Assistant Attorney General