IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MELANIE YOUNG and ASHLEY FALGOUT**              **PLAINTIFFS**

**v.**              **CIVIL ACTION NO. 3:24-cv-00615-CWR-ASH**

**MISSISSIPPI DEPARTMENT OF
CHILD PROTECTION SERVICES**              **DEFENDANT**

**MOTION FOR LEAVE TO FILE EXCESS PAGES FOR REPLY BRIEF**

COMES NOW, Defendant, Mississippi Department of Child Protection Services ("MDCPS" or "Defendant"), by and though counsel, and hereby files its Motion for Leave to File Excess Pages as set forth in L. U. Civ. R. 7(b)(5), and in support thereof, would cite unto this Honorable Court the following, to-wit:

1. Defendant filed its Motion for Summary Judgment [30] and corresponding Memorandum Brief [31] on 9/12/25. Defendant's initial memorandum brief [31] was twenty-three (23) pages in length.

2. Plaintiffs filed their Response to Motion for Summary Judgment [37] and corresponding Memorandum Brief [38] on 11/3/25.

3. Defendant's Reply Brief regarding its Motion for Summary Judgment is currently due on 11/24/25.

4. Under L. U. Civ. R. 7(b)(5), a "[m]ovant's original and rebuttal memorandum briefs together may not exceed a total of thirty-five pages…" Thus, Defendants have twelve (12) pages left under the rule in which to respond to Plaintiffs' Memorandum Brief in Opposition [38], which was forty (40) pages in length and covers a variety of new matters and complicated issues.

5. Accordingly, Defendant respectfully requests this Court allow it to exceed the combined 35-page briefing limitation by three (3) additional pages. These additional pages are

less than the five (5) excess pages allowed for Plaintiffs' Memorandum Brief and are needed to adequately address all the arguments raised by Plaintiffs.

6. In accordance with L.U. Civ. R. 7(b)(10), the undersigned has contacted Plaintiffs' counsel earlier this evening, but has not received a response to any opposition to this motion given the late hour and the current Reply brief deadline being today.

7. Due to the straightforward nature of Defendant's request, it asks that the Court waive any requirement under L. U. Civ. R. 7(b)(4) of a separate memorandum brief.

WHEREFORE, PREMISES CONSIDERED, Defendant MDCPS respectfully requests this Honorable Court enter an Order allowing it to exceed the page limit set out in L. U. Civ. R. 7(b)(5), providing that its original and rebuttal memorandum briefs together may not exceed a total of thirty-eight (38) pages instead of thirty-five (35) pages. Defendant requests such other and further relief as the Court deems just and appropriate in the premises.

RESPECTFULLY SUBMITTED, this the 24th day of November, 2025.

**MISSISSIPPI DEPARTMENT OF CHILD PROTECTION SERVICES**, *Defendant*

**LYNN FITCH, ATTORNEY GENERAL STATE OF MISSISSIPPI**

/s/ *Will Ivison*
WILLIAM C. IVISON
Special Assistant Attorney General
Mississippi Bar No. 104213

Will Ivison (MSB #104213)
Lindsay Thomas Dowdle (MSB #102873)
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.:   (601) 359-4245
        (601) 359-3020
Fax:    (601) 359-2003
Email:  Will.Ivison@ago.ms.gov
        Lindsay.Dowdle@ago.ms.gov

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the ECF system which provided a copy to all counsel of record.

SO CERTIFIED, this the 24th day of November, 2025.

/s/ *Will Ivison*
WILLIAM C. IVISON (MSB #104213)
Special Assistant Attorney General