

# AFCARS 2020

Technical Bulletin 20:
Data Elements for Out-of-Home Care & Adoption and Guardianship Assistance Data Files

June 10, 2024

Version 2.2

Originally issued on October 29, 2020
Ver 1.1 issued on June 29, 2021
Ver 1.2 issued on January 14, 2022
Ver 2.0 issued on November 29, 2022
Ver 2.1 issued on September 28, 2023



DEFENDANT'S EXHIBIT 1

# Table of Contents

Table of Contents ..................................................................................................................................1
Introduction ...........................................................................................................................................1
   Background ........................................................................................................................................1
   AFCARS Data Uses .........................................................................................................................1
   About the Technical Bulletin .........................................................................................................2
      Revisions to the Technical Bulletin ...........................................................................................2
      Technical Bulletin Terminology ................................................................................................3
   Record Retention – Section 1355.43(f) ........................................................................................3
   Additional Technical Assistance ....................................................................................................4
Out-of-Home Care Data File Elements ............................................................................................5
   Reporting Population and Requirements ...................................................................................5
   General Information - Section 1355.44(a) ..................................................................................8
      Element 1: Title IV-E Agency ...................................................................................................8
      Element 2: Report Date .............................................................................................................9
      Element 3: Local Agency ........................................................................................................10
      Element 4: Child Record Number ..........................................................................................11
   Child Information - Section 1355.44(b) ....................................................................................12
      Element 5: Child's Date of Birth ............................................................................................12
      Element 6: Child's Sex .............................................................................................................13
      Element 7: Agency Made Inquiries ........................................................................................14
      Element 8: Child's Tribal Membership .................................................................................15
      Element 9: Federally Recognized Tribe ................................................................................16
      Element 10: Application of ICWA .........................................................................................17
      Element 11: Date of Determination that ICWA Applies ....................................................18
      Element 12: Notification ICWA .............................................................................................19
      Elements 13-20: Child's Race .................................................................................................20
      Element 21: Child's Hispanic or Latino Origin ...................................................................22
      Element 22: Health Assessment .............................................................................................23
      Element 23 Health Conditions ...............................................................................................24
      Elements 24-34: Specific Health, Behavioral, or Mental Health Conditions ..................26
      Element 35: School Enrollment ..............................................................................................29

Element 36: Highest Educational Level Completed ................................................................... 31
Element 37: Special Education .................................................................................................. 33
Element 38: Pregnant ................................................................................................................ 34
Element 39: Ever Fathered or Bore Children ............................................................................. 35
Element 40: Child and his/her Child(ren) Placed together ......................................................... 36
Element 41: Prior Adoption ....................................................................................................... 37
Element 42: Prior Adoption Date ............................................................................................... 38
Element 43: Prior Adoption Type – Intercountry ...................................................................... 39
Element 44: Prior Guardianship ................................................................................................. 40
Element 45: Prior Guardianship Date ......................................................................................... 41
Element 46: Support/Assistance Received ................................................................................. 42
Elements 47- 54: Types of Financial Assistance ........................................................................ 43
Element 55: Foster Care Maintenance Payment ........................................................................ 44
Element 56: Total Number of Siblings ....................................................................................... 45
Element 57: Siblings in Foster Care ........................................................................................... 46
Element 58: Siblings in Living Arrangement ............................................................................. 47

Parent or Legal Guardian - Section 1355.44(c) ............................................................................. 48
  Elements 59 & 60: Year of Birth of First Parent or Legal Guardian / Year of Birth of Second
  Parent or Legal Guardian ........................................................................................................... 48
  Elements 61 & 62: Tribal Membership Mother / Tribal Membership Father ........................... 49
  Elements 63 & 64: Termination of Parental Rights for First Parent / Termination of Parental
  Rights for Second Parent ........................................................................................................... 50
  Elements 65 & 66: Date of Petition for Termination of Parental Rights for First Parent / Date
  of Petition for Termination of Parental Rights for Second Parent ............................................. 51
  Elements 67 & 68: Date of Termination of Parental Rights for First Parent / Date of
  Termination of Parental Rights for Second Parent .................................................................... 52

Removal Information - Section 1355.44(d) ................................................................................... 53
  Element 69: Date of Child's Removal ........................................................................................ 54
  Element 70: Transaction Date: Removal ................................................................................... 55
  Element 71: Environment at Removal ....................................................................................... 56
  Elements 72-105 Child and Family Circumstances at Removal ................................................ 58
  Element 106: Prior Victim of Sex Trafficking ........................................................................... 63
  Element 107: Prior Report to Law Enforcement ........................................................................ 64
  Element 108: Prior Date of Sex Trafficking Report to Law Enforcement ................................. 65

Element 109: Victim of Sex Trafficking while in Foster Care ...................................................... 66
Element 110: Report to Law Enforcement for Current Victimization ........................................ 67
Element 111: Date of Sex Trafficking Report to Law Enforcement ............................................ 68
Living Arrangement and Provider Information - Section 1355.44(e) ............................................. 69
Element 112: Date of Living Arrangement .................................................................................... 70
Element 113: Foster Family Home .................................................................................................. 72
Element 114-119: Foster Family Home Type ................................................................................. 73
Element 120: Other Living Arrangement Type ............................................................................. 75
Element 121: Location of Living Arrangement ............................................................................. 78
Element 122: Jurisdiction or Country Where Child is Living ...................................................... 79
Element 123: Marital Status of the Foster Parent ......................................................................... 80
Element 124: Child's Relationship to the Foster Parent ............................................................... 81
Element 125: Year of Birth for First Foster Parent ....................................................................... 83
Element 126: Tribal Membership of First Foster Parent .............................................................. 84
Elements 127-133: Race of First Foster Parent .............................................................................. 85
Element 134: Hispanic or Latino Ethnicity of First Foster Parent ............................................... 87
Element 135: Sex of First Foster Parent ......................................................................................... 88
Element 136: Year of Birth for Second Foster Parent .................................................................. 89
Element 137: Tribal Membership of Second Foster Parent ......................................................... 90
Elements 138-144: Race of Second Foster Parent ......................................................................... 91
Element 145: Hispanic or Latino Ethnicity of Second Foster Parent .......................................... 93
Element 146: Sex of Second Foster Parent .................................................................................... 94
Permanency Planning - Section 1355.44(f) ........................................................................................ 95
Element 147: Date of Permanency Plan ......................................................................................... 96
Element 148: Permanency Plan ....................................................................................................... 97
Element 149: Date of Periodic Review ........................................................................................... 99
Element 150: Date of Permanency Hearing ................................................................................. 100
Element 151: Caseworker Visit Dates ........................................................................................... 101
Element 152: Caseworker Visit Location ..................................................................................... 102
General Exit Information - Section 1355.44(g) ............................................................................... 103
Element 153: Date of Exit .............................................................................................................. 104
Element 154: Transaction Date: Exit ............................................................................................ 105
Element 155: Exit Reason .............................................................................................................. 106

Element 156: Transfer to another Agency ................................................................................108
Exit to Adoption and Guardianship Information - Section 1355.44(h) .........................................109
Element 157: Marital Status of the Adoptive Parent or Guardian .............................................110
Element 158-161: Child's Relationship to the Adoptive Parent or Guardian ............................112
Element 162: Date of Birth of First Adoptive Parent or Guardian .............................................113
Element 163: Tribal Membership of First Adoptive Parent or Guardian ...................................114
Elements 164-170: Race of First Adoptive Parent or Guardian .................................................115
Element 171: Hispanic or Latino Ethnicity of First Adoptive Parent or Guardian ....................117
Element 172: Sex of First Adoptive Parent or Guardian ............................................................118
Element 173: Date of birth of Second Adoptive Parent or Guardian .........................................119
Element 174: Tribal Membership of Second Adoptive Parent or Guardian ..............................120
Elements 175-181: Race of Second Adoptive Parent or Guardian .............................................121
Element 182: Hispanic or Latino Ethnicity of Second Adoptive Parent or Guardian ...............123
Element 183: Sex of Second Adoptive Parent or Guardian .......................................................124
Element 184: Intra/Interjurisdictional Adoption or Guardianship .............................................125
Element 185: Assistance Agreement Type .................................................................................127
Element 186: Siblings in Adoptive or Guardianship Home .......................................................128
Adoption and Guardianship Assistance Data File Elements ..........................................................129
Reporting Population – Section 1355.42(b) ...................................................................................129
General Information – Section 1355.45(a) ....................................................................................131
Element A1: Title IV-E Agency ..................................................................................................131
Element A2: Report Date ............................................................................................................132
Element A3: Child Record Number ............................................................................................133
Child Demographics – Section 1355.45(b) ....................................................................................134
Element A4: Child's Date of Birth ..............................................................................................134
Element A5: Child's Sex .............................................................................................................135
Elements: A6-A13-Race ..............................................................................................................136
Element A14: Hispanic or Latino Origin ....................................................................................138
Adoption and Guardianship Assistance Agreement Information – Section 1355.45(c)-(f) .........139
Element A15: Assistance Agreement Type .................................................................................139
Element A16: Adoption or Guardianship Subsidy Amount .......................................................140
Element A17: Adoption Finalization or Guardianship Legalization Date .................................141
Element A18: Agreement Termination Date ..............................................................................142

Element A19: Adoption or Guardianship Placing Agency ........................................................143
Appendix A – AFCARS Out-of-Home Care Data Elements Side-by-Side Comparison.................144
Appendix B – ICD-10 and DSM-5 Mappings of AFCARS Diagnosed Conditions .........................157
  Element 24: Intellectual Disability................................................................................157
  Element 25: Autism Spectrum Disorder........................................................................157
  Element 26: Visual Impairment and Blindness..............................................................158
  Element 27: Hearing Impairment and Deafness ...........................................................159
  Element 28: Orthopedic Impairment or Other Physical Condition............................................159
  Element 29: Mental/Emotional Disorders.....................................................................161
  Element 30: Attention Deficit Hyperactivity Disorder..................................................161
  Element 31: Serious Mental Disorders..........................................................................162
  Element 32: Developmental Delay................................................................................162
  Element 33: Developmental Disability ........................................................................163
  Element 34: Other Diagnosed Condition......................................................................164
Appendix C – List of Federally Recognized Tribes With EPA Identifier Code ..............................165
Appendix D – List of ISO Country Codes.........................................................................................182
Appendix E – Summary of Revisions to Technical Bulletin #20 .......................................................189

# Introduction

## Background

The Department of Health and Human Services (HHS), Administration for Children and Families (ACF), Children's Bureau is responsible for the implementation and management of the Adoption and Foster Care Analysis and Reporting System (AFCARS). State and Tribal title IV-E agencies are required to report AFCARS case-level information on all children in foster care and children who have been adopted with title IV-E agency involvement (per §479 of the Social Security Act). The regulations were updated via the final rule published in May 2020 ([85 FR 28410](#)). Title IV-E agencies have until October 1, 2022 to prepare their data systems to collect and report AFCARS 2020 data. The first submission of AFCARS 2020 is due May 15, 2023.

There are two six-month report periods based on the federal fiscal year: October 1 to March 31 (A submission) and April 1 to September 30 (B submission). The agency must submit the Out-of-Home Care and Adoption and Guardianship Assistance Data Files to the Children's Bureau within 45 days of the end of the report period (May 15 and November 14). If the reporting deadline falls on a weekend, the agency has until the following Monday to submit the data file.

## AFCARS Data Uses

AFCARS was established to provide data that would assist in policy development and program management. Policymakers at the federal, tribal, and state levels use AFCARS to assess the number of children in foster care, the reasons they enter and exit care, and how to prevent their unnecessary placement in foster care. Specifically, the data include information about children who enter foster care, their entries and exits, placement details, and foster/adoptive parent information.

The data enable the Children's Bureau to administer the federal title IV-E foster care and adoption assistance programs more effectively. The Children's Bureau and ACF use these data for a number of purposes, including:

- responding to Congressional requests for current data on children in foster care or those who have been adopted;
- responding to questions and requests from other Federal departments and agencies, including the General Accounting Office (GAO), the Office of Management and Budget (OMB), the Department of Health and Human Services' Office of Inspector General (OIG), national advocacy organizations, states, tribes, and other interested organizations;
- developing short and long-term budget projections;
- developing trend analyses and short and long-term planning;
- targeting areas for greater or potential technical assistance efforts, for discretionary service grants, research and evaluation, and regulatory change; and
- determining and assessing outcomes for children and families.

Additionally, the AFCARS data are used specifically in the:
- Adoption and Legal Guardianship Incentive Payments Program (ALGIPP);

- Child Welfare Outcomes Report;
- Child and Family Services Reviews (CFSRs);
- Title IV-E Eligibility Reviews; and
- Allotment of funds in the Chafee Foster Care Independence Program (CFCIP).

## About the Technical Bulletin

This technical bulletin gives reporting instructions and provides examples for the data elements of the AFCARS 2020 Out-of-Home Care and Adoption and Guardianship Assistance Files. The regulation for each element is shown in a blue box. Following the regulation language, the Children's Bureau provides explanatory text, examples, differences between AFCARS 1993 and AFCARS 2020, and data reporting standards.

The regulation made some overall changes to the information that title IV-E agencies must report as a part of AFCARS 1993:

- The reporting population for the out-of-home care data file was expanded to include those in out-of-home care who are over age seventeen, regardless of the funding source.
- Reporting requirements changed from only reporting the most recent information about a child's removals, permanency plans, and placements to reporting all the child's removals, permanency plans, and living arrangements[1].
- The file also allows for multiple dates and information on specific elements, instead of just the most recent, such as caseworker visit dates and locations.
- The adoption data file submitted for AFCARS 1993 was removed. Many of the data elements that were previously reported as part of the adoption data file are now part of the out-of-home care data file in AFCARS 2020.
- The Adoption and Guardianship Assistance Data File is new. Title IV-E agencies report on children who were in a finalized adoption or legal guardianship under a title IV-E adoption or guardianship assistance agreement.

A table comparing the elements from the AFCARS 1993 foster care data file and adoption data file to the AFCARS 2020 out-of-home care data file is included as Appendix A.

## Revisions to the Technical Bulletin

The original version of this technical bulletin was released on October 29, 2020.  The technical bulletin has been revised multiple times since then to add clarifying language and examples for some of the data elements.  This version is the most recently revised version.  To see a table documenting all the significant changes to this bulletin, see Appendix E.

---

[1] Children who experienced a removal episode before October 1, 2022 only need to report three elements for the prior removal(s): date of removal, date of exit, and exit reason (see 45 CFR 1355.43(b)(3)).

### Element 37: Special Education

*Out-of-Home Care Element 37:* **Special Education (b)(14)**
Indicate whether the child has an Individualized Education Program (IEP) as defined in section 614(d)(1) of Part B of Title I of the Individuals with Disabilities Education Act (IDEA) and implementing regulations, or an Individualized Family Service Program (IFSP) as defined in section 636 of Part C of Title I of IDEA and implementing regulations, as of the end of the report period. Indicate "yes" if the child has either an IEP or an IFSP or "no" if the child has neither.

For element 37, indicate if a child has an Individual Education Program (IEP) or an Individualized Family Service Program (IFSP) as of the last day of the report period or the day of exit. The IEP or IFSP does not have to be completely signed and in place in order for the agency to indicate "1", yes.

> *For example, if a child has an IFSP, and still has the IFSP at the end of the report period, the agency should indicate "1", yes.*

> *For example, if a child began the year with an IEP and then was determined to no longer need an IEP before the end of the report period, the agency should indicate "0", no.*

Element 37, special education, is *new to AFCARS 2020*.

| Data format | Numeric |
| --- | --- |
| Data constraint | 0 = No <br> 1 = Yes |

Appendix A – AFCARS Out-of-Home Care Data Elements Side-by-Side Comparison

| Element Number | Element Name | Revisions | AFCARS 2020[18] | AFCARS 1993[19] |
|---|---|---|---|---|
| | | | **(a) General information** | **General information** |
| 1 | Title IV-E Agency | Yes | (a)(1) Title IV-E Agency | 1. Title IV-E Agency |
| 2 | Report Date | Same | (a)(2) Report date | 2. Report date |
| 3 | Local Agency | Yes | (a)(3) Local agency | 3. Local agency |
| 4 | Child Record Number | Same | (a)(4) Child record number | 4. Child's Record number |
| | | | **(b) Child information** | **Child's Demographic Information** |
| 5 | Child's Date of Birth | Same | (b)(1) Child's date of birth | 5. Date of birth |
| 6 | Child's Sex | Same | (b)(2) Child's sex | 7. Child's Sex |
| 7 | Agency Made Inquires | New | (b)(3) Reason to know a child is an "Indian Child" as defined in the Indian Child Welfare Act (ICWA) | Not in AFCARS 1993 |
| 8 | Child's Tribal Membership | New | (b)(4)(i) Child's tribal membership – federally recognized tribe | Not in AFCARS 1993 |
| 9 | Federally Recognized Tribe | New | (b)(4)(ii) Child's tribal membership | Not in AFCARS 1993 |
| 10 | Application of ICWA | New | (b)(5)(i) Application of ICWA | Not in AFCARS 1993 |
| 11 | Date of Determination that ICWA Applies | New | (b)(5)(ii) Application of ICWA | Not in AFCARS 1993 |
| 12 | Notification ICWA | New | (b)(6) Notification | Not in AFCARS 1993 |
| | | | (b)(7) Child's race | 8. Child's Race |
| 13 | American Indian or Alaska Native | Same | (i) American Indian or Alaska Native | a) American Indian or Alaska Native |
| 14 | Asian | Same | (ii) Asian | b) Asian |

---

[18] Out-of-Home Care Data File Elements as Published in the Final Rule Issued 5/12/2020 (85 FR 28410, 45 CFR 1355.44)
[19] Foster Care Data File and Adoption Data File Elements as Published in the Appendix to 45 CFR part 1355 (1993)

AFCARS TB #20 ver 2.2

| Element Number | Element Name | Revisions | AFCARS 2020[18] | AFCARS 1993[19] |
|---|---|---|---|---|
| 33 | Developmental disability | Revised | (b)(10)(x) Developmental disability | 15. Other Medically Diagnosed Conditions Requiring Special Care |
| 34 | Other diagnosed condition | Revised | (b)(10)(xi) Other diagnosed condition | 15. Other Medically Diagnosed Conditions Requiring Special Care |
| 35 | School enrollment | New | (b)(11) School enrollment | Not in AFCARS 1993 |
| 36 | Highest Educational level Completed | New | (b)(12) Educational level | Not in AFCARS 1993 |
| 37 | Special education | New | (b)(14) Special education | Not in AFCARS 1993 |
| 38 | Pregnant | New | (b)(13)(i) Child is pregnant as of the end of the report period | Not in AFCARS 1993 |
| 39 | Ever fathered or bore a child | New | (b)(13)(ii) Child has ever fathered or bore a child | Not in AFCARS 1993 |
| 40 | Child and his/her child(ren) placed together | New | (b)(13)(iii) Child and his/her child(ren) placed together at any point during the report period | Not in AFCARS 1993 |
| 41 | Prior adoption | Revised | (b)(15) Prior adoption | 16. Has this Child Ever Been Adopted? |
| 42 | Prior adoption date | Revised | (b)(15)(i) Prior adoption date | 17. If yes, how old was the child when the adoption was legalized? |
| 43 | Prior adoption intercountry | New | (b)(15)(ii) Prior adoption intercountry | Not in AFCARS 1993 |
| 44 | Prior guardianship | New | (b)(16)(i) Prior guardianship | Not in AFCARS 1993 |
| 45 | Prior guardianship date | New | (b)(16)(ii) Prior guardianship date | Not in AFCARS 1993 |
| 46 | Support/Assistance Received—New assistance | | (b)(17) Child financial and medical assistance | 59 - 65 Sources of Federal Financial Support/Assistance for Child |
| 47 | State/Tribal adoption assistance | Revised | (b)(17)(i) State/Tribal adoption assistance | 65. None of the Above |
| 48 | State/Tribal foster care | Revised | (b)(17)(ii) State/Tribal foster care | 65. None of the Above |
| 49 | Title IV-E adoption subsidy | Same | (b)(17)(iii) Title IV-E adoption subsidy | 60. Title IV-E (adoption subsidy) |
| 50 | Title IV-E guardianship assistance | Revised | (b)(17)(iv) Title IV-E guardianship assistance | 65. None of the Above |