## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**MELANIE YOUNG and ASHLEY FALGOUT**                                   **PLAINTIFFS**

**v.**                                **CIVIL ACTION NO. 3:24-cv-00615-CWR-ASH**

**MISSISSIPPI DEPARTMENT OF**
**CHILD PROTECTION SERVICES**                                    **DEFENDANT**

---

### JOINT MOTION TO STAY TRIAL

COME NOW, Plaintiffs, Melanie Young and Ashley Falgout, and Defendant, Mississippi Department of Child Protection Services, by and though counsel, and hereby files their Joint Motion to Stay Trial and Pretrial in this cause and terminate corresponding deadlines including for filing Motions *in Limine*, to be reset upon ruling of summary judgment, and in support thereof, would cite unto this Honorable Court the following, to-wit:

1.      Pursuant to the Court's Text-Only Order entered 7/16/25, Jury Trial is set for a two-week term of court commencing 2/2/2026; and Pretrial Conference is set for 1/2/2026. Motions *in Limine* are due today, 12/12/25.

2.      At this time, Defendant's dispositive Motion for Summary Judgment [30] is still pending since it has been fully briefed on 11/24/25 [42]. Respectfully, it is anticipated that the Court will need more time than currently available before trial to review and rule on summary judgment.

3.      Accordingly, Plaintiffs and Defendant request this Honorable Court to stay the current Jury Trial setting and Pretrial Setting, and to terminate corresponding deadlines including Motions *in Limine*, to be reset if necessary upon a ruling on summary judgment.

4.      Due to the straightforward nature of the joint motion, Plaintiffs and Defendant ask that the Court waive any requirement under L. U. CIV. R. 7(b)(4) of a separate memorandum brief.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendant jointly request this Honorable Court enter an Order staying the current 2/2/2026 Jury Trial setting and 1/2/2026 Pretrial Conference setting, and terminating corresponding deadlines including for filing Motions in Limine, all of which to be reset upon a ruling on summary judgment. Plaintiffs and Defendant request such other and further relief as the Court deems just and appropriate in the premises.

RESPECTFULLY SUBMITTED, this the 12th day of December, 2025.

**MISSISSIPPI DEPARTMENT OF CHILD PROTECTION SERVICES**, *Defendant*

**LYNN FITCH, ATTORNEY GENERAL STATE OF MISSISSIPPI**

*/s/ Will Ivison*
WILLIAM C. IVISON
Special Assistant Attorney General
Mississippi Bar No. 104213

Will Ivison (MSB # 104213)
Lindsay Thomas Dowdle (MSB # 102873)
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.:    (601) 359-4245
         (601) 359-3020
Fax:    (601) 359-2003
Email:  Will.Ivison@ ago.ms.gov
         Lindsay.Dowdle@ ago.ms.gov

**ASHLEY FALGOUT and MELANIE YOUNG**,
*Plaintiffs*

*/s/ Nick Norris*
Nick Norris
Mississippi Bar No. 101574

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the ECF system which provided a copy to all counsel of record.

SO CERTIFIED, this the 12th day of December, 2025.

/s/ Will Ivison
WILLIAM C. IVISON (MSB # 104213)